IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BROOKE ROLLINS, *et al.*, <br><br> *Defendants*. | Case No. 25-569 |

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Rhode Island State Council of Churches, National Council of Nonprofits, Service Employees International Union, Main Street Alliance, City of Central Falls, City of Pawtucket, City of Providence, City of Albuquerque, City of Baltimore, City of Columbus, City of Durham, City of New Haven, Amos House, Dr. Martin Luther King, Jr. Community Center, East Bay Community Action Program, Federal Hill House Association, The Milagros Project, United Way of Rhode Island, New York Legal Assistance Group, and Black Sheep Market each certify that they have no parent corporation and are not publicly held.

October 30, 2025                    Respectfully submitted,

/s/ Amy R. Romero
Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^^
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

/s/ Kristin Bateman
Kristin Bateman (D.C. Bar No. 90037068)^
Jyoti Jasrasaria (D.C. Bar No. 1671527)^
Michael Torcello (D.C. Bar No. 90014480)^
Andrew Bookbinder (D.C. Bar No. 90028967)^
Adnan Perwez (D.C. Bar No. 90027532)^
Robin F. Thurston (D.C. Bar No. 1531399)^
Skye L. Perryman (D.C. Bar No. 984573)^
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
jjasrasaria@democracyforward.org
mtorcello@democracyforward.org
abookbinder@democracyforward.org
aperwez@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

^*Pro hac vice* motion forthcoming