# EXHIBIT 1

## DECLARATION OF JEREMY MICHAEL LANGILL, EXECUTIVE MINISTER, RHODE ISLAND STATE COUNCIL OF CHURCHES

I, Jeremy Michael Langill, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Executive Minister of Rhode Island State Council of Churches ("RISCC"), a nonprofit membership organization of churches serving as an advocate for those who have no voice and resource for individuals, congregations, denominations, and civil organizations, operating as a coalition of individuals and faith communities located in Providence, Rhode Island.

2. I have served as Executive Minister of Rhode Island State Council of Churches since 2023. In this capacity, I am responsible for the administration of Council affairs, leadership, and all other aspects of carrying out the work of the Council. As Executive Minister, I am familiar with the needs of the congregations we serve. The facts set forth in this declaration are based on my personal knowledge, files and documents of RISCC that I have reviewed, as well as information supplied to me in my official capacity by members of RISCC whom I know to be reliable. If called as a witness, I could and would testify competently to the matters stated herein.

### I. RISCC'S MISSION AND SERVICES

3. RISCC was founded in 1937 by a Christian minister, a Unitarian minister, and a Rabbi. Our mission is built around the principle that God loves everyone, that God includes everyone, and that because of this, we are called upon to

1

care for our neighbors. One way we do this is by providing all manner of support, including food assistance.

4. RISCC maintains relationships with ten judicatory bodies of eight denominations. Our membership consists of 30 individual congregations across Rhode Island. RISCC provides its member churches and their congregations with educational programs, such as a "coffee and conversation" series around economic justice issues, while member churches provide financial support, serve on committees, and are embedded in the work of RISCC. RISCC advocates across the state for economic and social justice, providing member churches a way to engage at the intersection of faith and civic responsibility.

5. Our belief in welcoming strangers and serving those in need is rooted in scripture: Micah 6:8 instructs that, "What does the Lord require of you but to do justice and to love kindness and to walk humbly with your God?" It is our firmly rooted theological commitment that all are welcome at the table, that all are included in God's embrace. God does not turn anyone away from God's family, so we do not either.

6. RISCC fulfills its mission by drawing on and building community through our congregants, community, volunteers, and connections with others who care for those in need. Many RISCC member churches live out this mission by providing food to those in need.

## II. RISCC'S FOOD ASSISTANCE PROGRAMS

7. Food assistance is a critical component of services provided by RISCC member churches. Many RISCC member churches operate food pantries that provide

emergency food assistance to thousands of households each month. These member churches provide produce, meat, dairy, and non-perishables to individuals and families, and for some churches these pantries serve as an entry point for other programs and services.

8. Many of the individuals and families RISCC member churches serve rely on both SNAP benefits and food pantry services to meet their basic nutritional needs. The individuals and families who use these food pantries include children, seniors, veterans, people with disabilities, immigrants with limited English proficiency, and other vulnerable populations struggling to afford adequate food.

9. A substantial portion of people served by our member churches are SNAP recipients who use their benefits as their primary means of purchasing food, supplementing those benefits with emergency food assistance from our pantries when necessary.

10. RISCC churches' food pantry services are already operating at or near capacity. We carefully manage our food inventory, volunteer schedules, and distribution operations to efficiently serve the existing demand from our community.

### III. INJURY TO RISCC AND ITS MEMBERS CHURCHES FROM SNAP BENEFIT SUSPENSION

11. Based on my knowledge of the communities served by our member churches, including conversations with pastors, ministers, and staff at those churches, I am aware that many or most of the households served by these food pantries include at least one member who receives SNAP benefits.

12. The suspension of SNAP benefits will cause immediate and severe harm to RISCC, its members, and our ability to fulfill our mission. Member church staff have already received calls from SNAP recipients seeking information or emergency food assistance. RISCC member churches expect to experience a dramatic and unprecedented increase in demand for emergency food assistance at their food pantries if SNAP benefits are suspended. Individuals and families who normally rely on SNAP benefits to purchase food will be forced to turn to emergency food sources to avoid going hungry.

13. Based on reports from our member churches, we have already seen a significant and dramatic increase in the number of households seeking food assistance since the federal government shut down in early October. We expect that number to dramatically increase if SNAP benefits are not distributed in November, much as we saw when people had a decrease in income during the Covid pandemic.

14. This surge in demand is unsustainable for our member churches. Their food pantries were designed and resourced to provide *supplemental* emergency food assistance, not to serve as the primary food source for thousands of households that have suddenly lost their SNAP benefits.

15. The dramatic increase in demand would rapidly deplete the food inventory for RISCC member churches. We are already distributing food at a rate that far exceeds our normal pace, and our existing supply chains were not designed to accommodate this level of sustained demand. RISCC member churches will be forced to expend significant additional financial resources trying to find and/or raise

money to purchase emergency food supplies to meet the increased demand and do our best to counteract the loss of SNAP benefits for those we serve.

16. As of today, member churches have already spent unbudgeted funds on emergency food purchases in response to the anticipated SNAP suspension. If the SNAP suspension occurs, RISCC member churches will face impossible choices: either continue depleting our food inventory and capacity to raise funds at an unsustainable rate, or turn away hungry families who have nowhere else to turn. Neither option is acceptable, and both represent a fundamental frustration of RISCC and its member churches' core mission.

17. For example, Mathewson Street Church is an urban church in Providence and a member of RISCC. Like many other members, Mathewson Street Church offers a food pantry to its community as part of its mission. Their food pantry runs five days every week and provides over 1000 meals every week. Already, since the shutdown, they sometimes run out of food to serve people in need. People they serve are frightened and worried, scared about how they will be able to buy food if the food pantry is not resourced. The Mathewson Street Church's ability to provide food will be stretched beyond breaking if SNAP benefits are cut, and they will be unable to perform a role central to their mission.

18. The First Unitarian Church of Providence is another RISCC member church that operates a food pantry once every month, regularly relied upon by nearly 150 families. Their storage, refrigeration, and freezer space is at capacity, yet they need to increase what they provide to meet the need in their community. First

Unitarian has already run out of food several times in the last six months, and seen a significant increase since the beginning of October, when at least twenty-five families came for emergency food for the first time.

19. RISCC's mission is to share God-given resources and provide for our neighbors in times of need. The SNAP suspension would undermine this mission by forcing us to operate in crisis mode, focusing all available resources on emergency food distribution while our other programs suffer.

20. The increased demand will also place extraordinary strain on RISCC and member churches staff and volunteers. Food pantry staff and volunteers will be forced to work longer hours and manage far greater numbers of clients than these operations were designed to handle. RISCC will be required to organize member churches to respond to the increased, widespread need, drawing away from its other work.

21. The harm to RISCC and its member churches will worsen each day that SNAP benefits are suspended. We cannot sustain or even meet this level of emergency response. Even the effort to do so will have devastating consequences for RISCC, its member churches, and the community we serve.

22. One example of this impact is St. Peter and St. Andrew Episcopal Church in Providence, Rhode Island. A member of RISCC, St. Peter and St. Andrew holds a food pantry every Saturday, currently for 225 families. This pantry is already over-capacity and has run out of food, having experienced an increase from 175 to 225 families just since the government shutdown. The pastor, who is nearly 80 years old,

is working overtime hours to help meet this need. The community that relies on St. Peter and St. Andrew is expressing a tremendous amount of anxiety and, for the volunteers and staff, it is difficult to help them wait for the next groceries to be available. Although this church is already diverting funds to its food program and people are stepping up with donations, the church does not expect to have sufficient resources to meet an increased need.

23. For St. Peter and St. Andrew Episcopal Church, the gathering of food to feed people impacts all that they do because it drains energy and keeps their focus mainly on feeding, rather than helping people through its other programs. It limits the churches' ability to think outside the box to help people in ways that would actually help them to have employment that would meet the needs of their family. For example, resources are being diverted away from the churches' EEL program and its social worker internship program. The churches also have a ministry to women who have recently come out of prison, with their partner agency, Better Lives RI, that is in its infancy and needs care, but here again, the energy is going towards food, draining away energy to make sure this program has what it needs. This diversion of resources away from other programs will be compounded and if SNAP benefits are suspended. As a church, it would also drain energy that is needed for pastoral care for the parish, the volunteers, and guests.

24. Another example is Lime Rock Baptist Church in Lincoln, Rhode Island. Lime Rock Baptist Church has been in operation for 193 years, and its food pantry is part of the Rhode Island Community Food Bank network, serving the entire zip code

7

of 02865. It also serves the people in the cities of Pawtucket and Central Falls. Since the shutdown, the demand for food has increased twenty percent. Since many of the people they serve already receive SNAP benefits, the need is certain to increase if benefits are cut, and they will be unable to meet the need to which they are committed. People from the community are experiencing heightened anxiety, and are wondering if the Lime Rock Baptist Church food pantry will run out of food altogether. The staff of Lime Rock Baptist Church recognize that, if demand increases, their food inventory will be rapidly depleted.

25. Lime Rock Baptist Church is a small congregation and its ministries are staffed mainly by volunteers. With food insecurity at crisis proportions, the time and attention of those volunteers must be focused on the food pantry program. Currently, this involves participating in food drives, to meet the increased demand. It is particularly stressful when we run out of items that are staple food products, like rice. Having to engage in food drives to fill in the gaps is a monumental drain on the Church's resources and volunteer time, diverting resources away from other church programs like Eldercare, and focus from other typical congregational and pastoral activities.

## IV. THE HARM TO RISCC AND THE COMMUNITIES ITS MEMBERS SERVE ABSENT A TRO WOULD BE IRREPARABLE

26. The harms to RISCC, its member churches, and the communities served described above would be irreparable if SNAP benefits are suspended. Each day that SNAP benefits remain suspended, more families will go hungry, more resources will be diverted from RISCC's other critical programs, and more damage will be done to

8

its ability and the ability of its members to fulfill their mission of providing for our neighbors in need.

27. If RISCC member churches exhaust their food inventory and resources, they may be forced to reduce or close food pantry operations temporarily, leaving vulnerable families with no source of emergency food assistance. The harm to those families—and to member churches' relationship with the community we have served for decades and through generations—would be irreparable.

28. The uncertainty and crisis atmosphere created by the SNAP suspension also harm member churches' ability to maintain partnerships with food suppliers and community organizations, and plan effectively for food programs and services.

29. A temporary restraining order requiring USDA to immediately release November SNAP benefits would directly remedy the harms to RISCC and its member churches. SNAP recipients would receive their benefits, reducing the demand on these food pantries to sustainable levels and allowing each to continue normal operations and our full range of community engagement and support.

30. Without such relief, the harm to RISCC will be immediate and worsen each day. The longer the SNAP suspension continues, the more difficult it will be for RISCC member churches to recover and restore programs to their normal functioning.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

_____
Jeremy Michael Langill
Executive Minister, Rhode Island State Council of Churches