# EXHIBIT 2

# DECLARATION OF DIANE YENTEL, PRESIDENT AND CEO, NATIONAL COUNCIL OF NONPROFITS

I, Diane Yentel, declare as follows:

1. I am the President and CEO of the National Council of Nonprofits ("NCN"), which is the largest network of nonprofits in the United States and North America.

2. Our members include state and regional associations that collectively represent more than 32,000 nonprofit and foundation members across the country.

3. The facts set forth in this declaration are based on my personal knowledge, information provided to me by NCN staff in the course of their duties, and review of NCN's records.

4. NCN's core mission is to champion, connect, and inform the nonprofit sector. We are dedicated to improving and strengthening the nonprofit sector and the communities they serve through collaboration and direct engagement.

5. NCN believes that communities thrive when nonprofits succeed. To that end, we work to support nonprofits that serve as pillars in their communities, including hundreds of organizations that provide critical food and benefits assistance.

6. NCN has also been on the forefront of working with nonprofits across the nation to advance nonprofit-government partnerships and streamline government grants and contracts at the federal and state levels.

7. We routinely advocate on behalf of nonprofits at the federal, state, and local levels, addressing issues that would severely burden their operations and the

communities they support or addressing opportunities for nonprofits to continue to serve their communities.

8. Many nonprofits are small and do not have the capacity to advocate on their own behalf—because they are so focused on fulfilling their missions of service.

9. As the leader of NCN, I spend significant time engaging and listening to nonprofit members.

10. Many of NCN's members that I have heard from in recent weeks have expressed grave concerns about upcoming changes to SNAP, including the imminent suspension of funds for November SNAP benefits and the early termination of states' previously approved waivers for able-bodied adults without dependents (ABAWDs).

11. Indeed, a large number of NCN's members are directly affected by the suspension of SNAP funds and/or the early termination of ABAWD waivers because their core functions involve providing access to emergency food assistance, helping community members apply for benefits, or supporting their constituents with job training and placement opportunities.

12. As just one example, NCN member Brothers Building A Better Nation (BBABN), a community-based nonprofit organization located in Newark, New Jersey, will be directly impacted by the suspension of SNAP funding and the termination of New Jersey's ABAWD waiver. BBABN serves low-income men, including by helping them sign up for SNAP benefits and providing workforce development programming.

13. First, because of the suspension of SNAP funding, BBABN will need to divert resources from its general operating funds to meet the increased need for food

assistance in its community. BBABN plans to provide gift cards to grocery stores to help fill the gap, and it will need to entirely rethink plans for a program that it was set to launch that would provide individuals without access to kitchens a means to prepare food.

14. Second, because new eligibility requirements for ABAWDs in New Jersey will take effect three months earlier than expected, BBABN will have to divert significant resources and time from its other core activities to educate its staff and its community members about the new requirements, hire advocates to attend SNAP hearings with community members, and help individuals track their work hours to maintain SNAP eligibility.

15. Likewise, NCN members include direct emergency food assistance providers like food banks and food pantries, some of which are challenged by meeting increased community needs as it is—and will need to divert significant resources to meet the increased demand in the wake of individuals losing their SNAP benefits.

16. NCN member organizations are not equipped, financially or physically, to address the demand for services that the SNAP suspension and ABAWD waiver terminations will create.

17. Without relief, many nonprofits in our network will need to significantly increase operations of their core programs and divert staff to address food insecurity. Because many nonprofits already do not have the resources or capacity to meet the increased demand for services in their communities in light of federal funding cuts, they will face an even greater struggle to address the surge in need because of SNAP

3

suspension and ABAWD waiver terminations. Most will be unable to fulfill their missions of ensuring that their communities do not go hungry.

18.     The SNAP suspension and ABAWD waiver terminations would be catastrophic and are nothing short of five-alarm fires for many nonprofit organizations and the people and communities they serve. Even a short pause in SNAP benefits could be devastating, harming thousands of organizations and leaving neighbors without the healthy food and services they need.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

Signed by:

*Diane Yentel*

F86F3E4F6B4340A...

Diane Yentel
President and CEO, National Council of Nonprofits

4