# EXHIBIT 3

## DECLARATION OF MARIA RIVERA, MAYOR, CITY OF CENTRAL FALLS

I, Maria Rivera, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Mayor of the City of Central Falls, Rhode Island.

2. I have served as the Mayor of the City of Central Falls, Rhode Island, since 2021. In this capacity, I have direct responsibility for overseeing the City's operations, public safety, city services, and budget, and I am familiar with the needs of Central Falls residents and the challenges facing our community. The facts set forth in this declaration are based on my personal knowledge, information provided to me by City staff in the course of their duties, and review of City records. If called as a witness, I could and would testify competently to the matters stated herein.

### I.   CITY OF CENTRAL FALLS

3. The City of Central Falls, Rhode Island, is a municipal corporation organized under the laws of the State of Rhode Island and is authorized to bring the cause of action in this lawsuit under R.I. Gen. Laws § 45-15-1, which grants municipalities the power to sue and be sued and to exercise all powers necessary for the effective operation of municipal government and the welfare of its inhabitants.

4. Central Falls has a population of approximately 22,500 residents and is the smallest and most densely populated city in Rhode Island, covering just 1.29 square miles. Despite our small geographic size, Central Falls is home to a vibrant, diverse community that reflects the immigrant heritage that has defined our city for generations.

5. Central Falls is also one of the most economically vulnerable communities in Rhode Island. Our residents face significant economic challenges, including high rates of poverty, unemployment, and food insecurity. According to recent data, approximately 22% of Central Falls residents live

1

below the federal poverty line, compared to just 10% statewide. Our residents include high percentages of children, seniors, people with disabilities, veterans, and immigrants with limited English proficiency—populations that are particularly vulnerable to food insecurity and economic instability.

## II.     <u>CENTRAL FALLS RESIDENTS RELY ON SNAP BENEFITS</u>

6. According to data from the Rhode Island Department of Human Services, approximately 5,100 residents—nearly one-fourth of the city's population — in Central Falls receive SNAP benefits. These benefits are critical to preventing hunger and supporting food security among the City's residents.

7. For many of these households, SNAP benefits constitute the primary or sole means by which they can afford to purchase food. These benefits are typically loaded onto Electronic Benefits Transfer ("EBT") cards at the beginning of each month, and families plan their food budgets around the availability of these benefits.

8. Many of our City's residents live paycheck to paycheck with no savings or financial cushion. They depend on the timely and predictable issuance of their SNAP benefits to feed themselves and their families.

9. Central Falls is also one of the nine Rhode Island municipalities covered by the able-bodied adults without dependents ("ABAWD") waiver that USDA approved effective March 1, 2025, through February 28, 2026. This waiver was granted based on the lack of sufficient jobs for ABAWDs in Central Falls and was intended to ensure that individuals who want to work but cannot find adequate employment would not lose their food assistance.

10. A significant number of Central Falls residents are subject to ABAWD work requirements. These individuals—able-bodied adults without dependents between the ages of 18 and 54—are subject to a time limit on their SNAP benefits unless they meet certain work requirements or live in an area covered by a waiver of those requirements.

### III.  IMPACT OF SNAP BENEFIT SUSPENSION ON CENTRAL FALLS

11.  On October 10, 2025, USDA issued a letter to all State SNAP agencies directing them to "hold their November issuance files and delay transmission to State EBT vendors until further notice." As a result, SNAP benefits will not be issued beginning November 1, 2025, to approximately 140,000 Rhode Islanders—including thousands of Central Falls residents.

12.  USDA stated in its letter that if the lapse in appropriations continues, there will be "insufficient funds to pay full November SNAP benefits." However, USDA did not cite any legal authority for its directive and did not explain why it could not use available contingency funds and appropriations to continue SNAP benefits, as it reportedly has done for the WIC program. As a direct and immediate result of USDA's October 10, 2025 directive, and its October 24, 2025 memo formally suspending SNAP benefits, SNAP benefits will not be available to recipients in Rhode Island beginning November 1, 2025.

13.  As a municipality, Central Falls provides essential services and programs to support our residents, including public safety, public health, education, recreation, and various social services designed to help individuals and families achieve stability and self-sufficiency, including food security. The City operates and/or funds the Office of Constituent Services, the Parks and Recreation Department, the Adams Library, youth programs, recreation programs, public health initiatives such as of the Office on Health and our EMS services within our Fire Department, that serve thousands of Central Falls residents each year.

14.  The City also partners with and provides funding to local nonprofit organizations and food pantries that provide emergency food assistance and other support services to Central Falls residents, including Progreso Latino and the Elisha Project.

15.  The City's ability to provide these services depends on careful planning and allocation of limited municipal resources. As a City that came out of State Receivership and Federal Bankruptcy

3

in the last decade, Central Falls operates with a constrained budget, and any significant increase in demand for City services or need to divert resources to address emergency situations creates substantial strain on our operations and impairs our ability to serve our residents effectively.

16. The suspension of SNAP benefits will have immediate and severe consequences for the City of Central Falls and its residents. Many households in the City rely on SNAP as their primary source of food assistance. When those benefits are suspended, the burden of meeting basic nutritional needs falls to local government and nonprofit service providers that already operate at capacity.

17. The City's community partners—including local food pantries, schools, and senior centers—have reported an increase in residents seeking emergency food assistance since the federal government shutdown began in early October. If November SNAP benefits are not issued, the City anticipates a surge in food insecurity and hunger that will far exceed available resources.

18. The City expects to experience a dramatic and unprecedented increase in demand for City services and programs as a result of the SNAP suspension. Residents who suddenly lose their primary means of purchasing food will turn to City resources, local food pantries, and other emergency assistance programs.

19. The City will be forced to expend significant additional financial resources to address the crisis created by the SNAP suspension. This may include overtime for public safety staff, staffing from multiple city departments at emergency food distribution centers, increased funding for emergency food assistance programs, including the purchasing of gift cards for families to purchase food and/or expanded hours at city facilities serving as emergency response centers.

20. As one example, this Saturday, November 1, 2025, because SNAP will be suspended, the City is hosting a city-wide food drive. This food drive, designed to provide food for up to 800 families, will require the City to expend resources, including thousands of dollars to purchase grocery store gift cards and staffing from the police department, the department of public works and the office

4

of constituent services; resources that would have otherwise been spent on the delivery of city services and public safety.

21. The City's Office of Constituent Services and Office on Health will experience immediate strain. Staff are already fielding calls from residents seeking information about the SNAP lapse. City personnel will be required to divert time and resources from their normal duties to assist affected households, including coordinating emergency food distribution, connecting residents with nonprofit partners, and responding to increased public safety and health concerns.

22. Central Falls will also face higher costs related to emergency services, including increased demand on its public schools (as more children arrive hungry or without adequate meals), health programs, and senior nutrition programs.

23. Although we understand that community members and philanthropic organizations are stepping up to donate to food banks and food pantries in this time of need, we have no expectation that donations will close the gap that SNAP benefits typically provide. Even if we saw exponential growth in charitable support, it would not replace the essential role that SNAP benefits play in ensuring food security for Central Falls residents.

24. The SNAP suspension undermines the City's ability to meet its legal and moral obligations to safeguard the welfare of its residents. The harm to Central Falls will continue to worsen each day that SNAP benefits remain suspended. These diversions of staff time and financial resources impair the City's ability to carry out its regular municipal functions and thus frustrate our mission of serving and supporting our residents. We cannot sustain this level of emergency response without devastating consequences for our City government and the community we serve.

### IV.   IMPACT OF ABAWD WAIVER TERMINATION ON CENTRAL FALLS

25. Rhode Island received approval from USDA's Food and Nutrition Service for a partial ABAWD waiver effective March 1, 2025, through February 28, 2026. This waiver was granted based

5

on the lack of sufficient jobs for ABAWDs in nine Rhode Island municipalities, including Central Falls, and was intended to ensure that individuals who want to work but cannot find adequate employment would not lose their food assistance. A significant portion of Central Falls residents are individuals who will be subject to ABAWD work requirements when the waiver expires.

26. In addition to suspending SNAP benefit issuances during the shutdown, USDA has also terminated Rhode Island's ABAWD waiver effective November 2, 2025. This termination occurred despite the fact that Rhode Island's waiver had been approved through February 28, 2026, and was based on USDA's own finding that Rhode Island lacks sufficient jobs for ABAWDs. The early termination of this waiver will directly harm City residents and City operations.

27. USDA's termination of the ABAWD waiver means that able-bodied adults without dependents in Central Falls who do not meet work requirements will begin losing their SNAP benefits after three months, even if they want to work but cannot find adequate employment.

28. Many residents in Central Falls who are subject to ABAWD requirements face significant barriers to employment, including limited English proficiency, lack of transportation, criminal records, or health issues that do not meet the threshold for disability. When these residents lose their SNAP benefits after three months of noncompliance, they will turn to City agencies for assistance with food, housing, and emergency needs.

29. The termination of the ABAWD waiver thus independently harms the City because it means that even if the immediate SNAP suspension is resolved, a significant portion of our population subject to ABAWD requirements will face loss of benefits in the coming months.

30. The termination of the ABAWD waiver will result in an entire category of Central Falls residents losing SNAP benefits four months earlier than expected and turning to City services and local food pantries for emergency assistance. For the same reasons that a suspension of SNAP benefits during the shutdown will frustrate the City's ability to serve residents and force us to divert

6

municipal resources in response, the early waiver termination will also increase demand on our already-strained resources and prevent us from effectively carrying out our municipal functions.

31. The City anticipates that the termination of the ABAWD waiver will increase demand on its workforce development assistance and emergency food services. The City will be forced to divert staff time away from other municipal functions to meet the additional demand for job placement support, benefits navigation assistance, and emergency services for residents losing SNAP benefits under the waiver termination.

32. The early termination of the ABAWD waiver will also exacerbate public health and safety issues within Central Falls. Hunger and poverty contribute to increased stress, mental health challenges, and instability that strain City resources across departments, including police, fire, and emergency medical services.

## V. HARM TO CENTRAL FALLS AND OUR CITIZENS ABSENT A TRO WOULD BE IRREPARABLE

33. The combined effect of the SNAP suspension and the ABAWD waiver termination poses an existential challenge to Central Falls' capacity to serve its residents. The City operates with a modest budget and limited reserve funds. The additional burdens caused by these federal actions will require the City to divert money and personnel away from essential municipal services, impairing its ability to function effectively. Each day that SNAP benefits remain suspended, and each additional day that ABAWDs are at risk of losing their SNAP eligibility, more families will go hungry.

34. The harm is not merely financial. Central Falls' relationship with our residents, the City's capacity to provide essential services, our public health and safety systems, and our ability to plan and operate effectively are all being damaged in ways that cannot be quantified or compensated after the fact.

35. Similarly, the disruption to the City's educational, workforce development, and other programs caused by the need to divert resources to emergency food response or ABAWD-specific

7

job placement and benefits advice would cause irreparable harm to the individuals and families who depend on those programs. Delays in education, job training, and support services can have lasting consequences that cannot be remedied later.

36. The uncertainty and crisis atmosphere created by the SNAP suspension and ABAWD waiver termination also harm the City's ability to plan effectively for our programs and services.

37. More than 2,000 children in Central Falls will suffer irreparable developmental, educational, and health consequences from food insecurity that cannot be remedied by later restoration of SNAP benefits. The harm of going hungry during critical developmental periods cannot be undone.

38. A temporary restraining order requiring USDA to immediately release November SNAP benefits and to restore Rhode Island's ABAWD waiver would directly remedy the harms to Central Falls. SNAP recipients would receive their benefits, reducing the demand on City services to sustainable levels and allowing the City to continue normal operations and provide our full range of municipal programs and services to residents.

39. Without such relief, the harm to Central Falls will be immediate and worsen each day. The longer the SNAP suspension continues, the more difficult it will be for the City to recover and restore our operations to normal functioning. The same is true for each day that Central Falls must absorb the responsibility of providing emergency support to ABAWDs affected by Rhode Island's early waiver termination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

Signed by:
*[signature]*
7CF87EA9F55145D...
Maria Rivera
*Mayor*