# EXHIBIT 6

**DECLARATION OF LETITIA DZIRASA**

I, Letitia Dzirasa, M.D., declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Deputy Mayor of Health and Human Services of Baltimore City, Maryland.

2. I have served as the Deputy Mayor since July 2025, a role I previously held from May 2023 to June 2024. I also served as the Commissioner for the Baltimore City Health Department from 2019 to 2023. In my capacity as Deputy Mayor, I have direct responsibility for overseeing the City's health and human services departments and initiatives, and I am familiar with the health needs of Baltimore City residents and the challenges facing our community. The facts set forth in this declaration are based on my personal knowledge, information provided to me by City staff in the course of their duties, and review of City records. If called as a witness, I could and would testify competently to the matters stated herein.

3. Baltimore City, Maryland is a municipal corporation organized under the laws of the State of Maryland and the Baltimore City Charter, established as a home rule jurisdiction with the power to sue and be sued and invested with police powers to protect the health and safety of its residents.

4. Baltimore is the 30th largest city in the United States, with just under 570,000 residents.

5. Baltimore is a majority minority city with a poverty rate of approximately 20 percent, over double the poverty rate of Maryland (about 9.5%) and almost twice the national average (12.5%). Our residents include high percentages of

1

children, seniors, and people with disabilities—populations that are particularly vulnerable to food insecurity and economic instability.

6. Baltimore City is also home to a high number of federal employees—approximately 12,000—and a large number of former federal employees displaced by DOGE and other workforce reduction plans.

7. According to data from the Maryland Department of Human Services, in August 2025, Baltimore City had 144,954 participants in SNAP. These benefits are critical to preventing hunger and supporting food security among the City's residents. SNAP benefits also generate $48 million per month in economic impact for Baltimore City, as the SNAP money spent on food generates demand at grocery stores and small food retailers, which creates jobs throughout the food chain.

8. For many of these households, SNAP benefits constitute the primary or sole means by which they can afford to purchase food. These benefits are typically loaded onto Electronic Benefits Transfer ("EBT") cards at the beginning of each month, and families plan their food budgets around the availability of these benefits.

9. Many of our City's residents live paycheck to paycheck with no savings or financial cushion. They depend on the timely and predictable issuance of their SNAP benefits to feed themselves and their families.

10. On October 10, 2025, USDA issued a letter to all State SNAP agencies directing them to "hold their November issuance files and delay transmission to State EBT vendors until further notice." As a result, SNAP benefits will not be issued

2

beginning November 1, 2025, to the nearly 150,000 Baltimore City residents who rely on them.

11. USDA stated in its letter that if the lapse in appropriations continues, there will be "insufficient funds to pay full November SNAP benefits." However, USDA did not cite any legal authority for its directive and did not explain why it could not use available contingency funds and appropriations to continue SNAP benefits, as it reportedly has done for the WIC program.

12. As a municipality, Baltimore City provides essential services and programs to support our residents, including public safety, public health, education, recreation, and various social services designed to help individuals and families achieve stability and self-sufficiency. The City operates and funds homeless services, public health programs, services for children and families, violence reduction plans, and many more initiatives that serve tens of thousands of Baltimore City residents each year.

13. The City's ability to provide these services depends on careful planning and allocation of limited municipal resources. Baltimore City operates with a constrained budget, ad any significant increase in demand for City services or need to divert resources to address emergency situations creates substantial strain on our operations and impairs our ability to serve our residents effectively, particularly amidst other unexpected federal funding cuts to these types of programs.

14. The suspension of SNAP benefits will have immediate and severe consequences for Baltimore City and its residents. Many households in the City rely on

3

SNAP as their primary source of food assistance. When those benefits are suspended, the burden of meeting basic nutritional needs falls to local government and nonprofit service providers that already operate at capacity.

15. If November SNAP benefits are not issued, the City anticipates a surge in food insecurity and hunger that will far exceed the available resources of both the City and its nonprofit partners.

16. The City expects to experience a dramatic and unprecedented increase in demand for City services and programs as a result of the SNAP suspension. Residents who suddenly lose their primary means of purchasing food will turn to City resources, local food pantries (many of which receive City funding or operate in City facilities), and other emergency assistance programs.

17. The City will be forced to expend significant additional financial resources to address the crisis created by the SNAP suspension. Baltimore has already committed $4.6 million to help support workers and residents with food, child care, and rent during the government shutdown. The City is allocating $1 million for rental assistance for federal workers and those with federal housing subsidies. $1.71 million is going toward food distribution by government agencies and non-profit partners: the Maryland Food Bank, the Baltimore City Health Department for the Home Delivered Food Box Program, the Department of Planning for the Produce Box Distribution Program, So What Else for mobile food delivery across West and Southwest Baltimore, The Food Project to support three months of operational and food costs, and the Baltimore Hunger Project for weekend meal delivery for Baltimore City

Public Schools students. The City has committed $1 million to help with child care costs of federal workers working without pay.

18. In addition, City personnel will be required to divert time and resources from their normal duties to assist affected households and to develop plans for addressing the crisis.

19. Although we understand that community members and philanthropic organizations are stepping up to donate to food banks and food pantries in this time of need, we have no expectation that donations will close the gap that SNAP benefits typically provide. Even if we saw exponential growth in charitable support, it would not replace the essential role that SNAP benefits play in ensuring food security for Baltimore City residents.

20. The SNAP suspension undermines the City's ability to meet its legal and moral obligations to safeguard the welfare of its residents. The harm to Baltimore City will continue to worsen each day that SNAP benefits remain suspended. These diversions of staff time and financial resources impair the City's ability to carry out its regular municipal functions and thus frustrate our mission of serving and supporting our residents. We cannot sustain this level of emergency response without devastating consequences for our City government and the community we serve.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

Signed by:
*Letitia Dzirasa*
E31187D873D14B7...
_____
Letitia Dzirasa, M.D.
Deputy Mayor, Baltimore City