# EXHIBIT 9

**DECLARATION OF HEATHER STROUT, EXECUTIVE DIRECTOR, DR. MARTIN LUTHER KING, JR. COMMUNITY CENTER**

I, Heather Strout, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Executive Director of Dr. Martin Luther King, Jr. Community Center ("MLKCC"), a multi-service community-based organization located in Newport, Rhode Island.

2. I have served as Executive Director of the Dr. Martin Luther King Community Center since 2018. In this capacity, I have direct responsibility for overseeing MLKCC's operations, programs, and services, and I am familiar with the needs of the individuals and families we serve. The facts set forth in this declaration are based on my personal knowledge, information provided to me by MLKCC staff in the course of their duties, and review of MLKCC's records. If called as a witness, I could and would testify competently to the matters stated herein.

I. **MARTIN LUTHER KING COMMUNITY CENTER'S MISSION AND SERVICES**

3. The MLKCC was incorporated in 1922 as the Newport Community Center. From its opening, the Center immediately became a gathering place for people of all cultures and communities. The MLKCC operates with a mission to nourish, educate, and support Newport County residents to improve their economic, social, and physical well-being.

4. The MLKCC is committed to creating an environment where all persons affiliated with the Center, particularly those of us who are people of color, within the LGBTQIA+ community, and/or with disabilities, are truly seen and treated with the

1

utmost consideration, respect, and compassion. Guided by our values, we provide community-responsive services that promote well-being, foster relationships, empower the individual, and are centered in equity. After 103 years of service to our community, our organization, our physical building, and our programs are stronger than ever.

5. MLKCC Programs encompass three areas: Hunger Prevention and Nutrition, Children's Education (PreK, afterschool, and summer camp), and Community Support and Wellness. Only childcare programs have fees, with nearly all children (98%) being subsidized. Today, MLKCC is a central service provider for at-risk individuals, families, and seniors. 8,706 unique individuals were served last year, 92% low-income, 8% moderate-income, and 64% racially diverse.

## II. MARTIN LUTHER KING COMMUNITY CENTER'S HUNGER RELIEF PROGRAMS

6. Our hunger services, with service figures from FY25 (completed June 30, 2025), encompass a large variety of areas to fight hunger in the six municipalities of Newport County, RI. They include:

- Feed a Friend Food Pantry - (guest choice, open 5 days/week), the County's highest volume food pantry, serving 4,253 individuals with 692,706 equivalent meals in FY25.

- Mobile Pantry - bringing healthy food to 16 low-income & senior housing sites across the County on a rotating basis 2x weekly, serving 913 individuals with 136,290 equivalent meals last year.

- Food2Friends - delivers pantry food to the homes of homebound elderly and adults living with disabilities each month, serving 202 individuals with 70,854 equivalent meals.

- Breakfast Program - the County's only daily meal site serving 1,145 individuals (18% increase over prior year) with 38,056 meals. Service may further increase with the addition of our new showering program.

- Produce to the People - distributes fruit and vegetables every Thursday at the MLKCC and in low-income housing and senior service sites in Middletown & Newport 3 additional days from June – October. 2,193 individuals (9% increase over year prior) were provided with 222,243 equivalent meals (26% increase).

- Three-times-weekly community lunches provide 43,200 meals annually.

- Food for holiday meals is provided through special food pantry access in November and December. Thanksgiving food served 2,320 households with 11,600 equivalent meals and the Holiday distribution served 2,978 households with 14,890 equivalent meals.

- In 2023, we opened a satellite food pantry embedded in Middletown High School to serve students, faculty, families, and neighbors. This proved so impactful that in 2024, we opened a second satellite food pantry in Tiverton High School. 85,570 equivalent meals (40% increase over

 the year prior) were provided last year to 303 individuals. We are working on opening a 3rd satellite food pantry in Newport's North End this year.

- In 2025 we began providing food to youth receiving counseling services in a local mental health center's Family Transitions programs. We are now bringing nonperishable food every two weeks that children can prepare themselves, such as peanut butter, single serve cereals, soup, fresh fruit, etc. We are considering developing a food pantry model there.

7. Many of the individuals and families we serve rely on both SNAP benefits and our hunger relief services to meet their basic nutritional needs. The individuals and families who use MLKCC's hunger relief programs include children, seniors, veterans, people with disabilities, immigrants with limited English proficiency, and other vulnerable populations struggling to afford adequate food. A substantial portion of our clients are SNAP recipients who use their benefits as their primary means of purchasing food, supplementing those benefits with emergency food assistance from our pantries when necessary.

8. In 2025, MLKCC's hunger relief programs served more than 6,400 unique individuals and distributed more than 1.3 million equivalent meals to our community. More than 50% of these clients were children under 18.

9. Our food pantry services are already operating at or near capacity. We carefully manage our food inventory, volunteer schedules, and distribution operations to efficiently serve the existing demand from our community.

### III. MARTIN LUTHER KING COMMUNITY CENTER CLIENTS WHO ARE SNAP RECIPIENTS

10. Based on my knowledge of our client population and information gathered from intake procedures and client interactions, I estimate that approximately 65% of the individuals served by MLKCC's hunger relief programs receive SNAP benefits.

11. For many of these households, SNAP benefits constitute the primary or sole means by which they can afford to purchase food. These benefits are typically loaded onto Electronic Benefits Transfer ("EBT") cards at the beginning of each month, and families plan their food budgets around the availability of these benefits.

12. Many of our clients live paycheck to paycheck with no savings or financial cushion. Many of them are working in essential jobs that keep our community safe and economically strong. They depend on the timely and predictable issuance of their SNAP benefits to feed themselves and their families.

### IV. INJURY TO DR. MARTIN LUTHER KING COMMUNITY CENTER FROM SNAP BENEFIT SUSPENSION

13. The suspension of SNAP benefits will cause immediate and severe harm to MLKCC and our ability to fulfill our mission. Specifically:

14. Our staff have already received hundreds of visits from SNAP recipients seeking information or emergency food assistance. We have had to divert employees and volunteers from community programs as well as administrative tasks to manage this influx. This disruption impairs our ability to carry out other essential services and strains our limited administrative and financial resources.

15. MLKCC is already seeing a surge in our hunger relief programming and expects a dramatic and unprecedented increase in demand for emergency food assistance at all of our hunger programs. Individuals and families who normally rely on SNAP benefits to purchase food will be forced to turn to emergency food sources to avoid going hungry.

16. Based on reports from our food pantry managers and volunteers, we have already seen an approximate 10% increase in the number of households seeking food assistance since the federal government shut down in early October. We expect that number to dramatically increase if SNAP benefits are not distributed in November. Some MLKCC clients have expressed panic and desperation about the pending cuts, not knowing how they will feed their children or themselves without their SNAP benefits. Unlike the panic and anxiety during COVID, their does not appear to be any safety net other than food pantries, which can't withstand this type of surge.

17. This surge in demand is unsustainable for MLKCC. Our hunger relief programs were designed and resourced to provide *supplemental* emergency food assistance, not to serve as the primary food source for thousands of households that have suddenly lost their SNAP benefits.

18. The dramatic increase in demand would rapidly deplete MLKCC's food inventory. We are already distributing food at a rate that far exceeds our normal pace, and our existing supply chains and purchasing arrangements were not designed to accommodate this level of sustained demand.

19. MLKCC will be forced to expend significant additional financial resources to purchase emergency food supplies to meet the increased demand and do our best to counteract the loss of SNAP benefits for those we serve. We will be forced to divert funds from other programs and services to ensure we can provide food to the families coming to our doors.

20. As of October 28, 2025, we have spent approximately $10,000 in unbudgeted funds on emergency food purchases in response to the anticipated SNAP suspension. This represents a diversion of resources from other critical programs, including childcare programming.

21. If the SNAP suspension continues, MLKCC will face impossible choices: either continue depleting our food inventory and financial reserves at an unsustainable rate, or turn away hungry families who have nowhere else to turn. Neither option is acceptable, and both represent a fundamental frustration of MLKCC's core mission.

22. The increased demand will also place extraordinary strain on MLKCC's staff and volunteers. Our food pantry staff, who were already working at full capacity, will be forced to work longer hours and manage far greater numbers of clients than our operations were designed to handle.

23. We will be forced to reassign staff from other programs to help manage the food pantry operations if SNAP benefits are suspended. This will disrupt our other services and prevent us from fully delivering on our commitments to clients in our educational, wellness, and holiday programs.

24. Although we understand that community members and philanthropic organizations are stepping up to donate to food banks and food pantries like ours in this time of need, we have no expectation that donations will come close to filling the gap that SNAP benefits typically provide. Even if we saw exponential growth in support, we would not be able to scale our food assistance operations without significant cuts to our other programming due to staff and space limitations.

25. At MLKCC we envision a strong and inclusive community where all people are empowered to be self-reliant and to live their best quality of life. The SNAP suspension would undermine this goal by forcing us to operate in crisis mode, focusing all available resources on emergency food distribution while our other programs suffer.

26. The harm to MLKCC will worsen each day that SNAP benefits are suspended. These diversions of staff time and financial resources impair MLKCC's ability to carry out its regular programs and thus frustrate our mission. We cannot sustain this level of emergency response without devastating consequences for our organization and the community we serve.

### V. THE HARM TO MATIN LUTHER KING COMMUNITY CENTER AND OUR CLIENTS ABSENT A TRO WOULD BE IRREPARABLE

27. The harms to MLKCC and our clients described above would be irreparable if SNAP benefits are suspended. Each day that SNAP benefits remain suspended, more families will go hungry, more resources will be diverted from MLKCC's other critical programs, and more damage will be done to our ability to fulfill our mission of supporting individuals and families from birth until death.

28. If MLKCC exhausts its food inventory and financial reserves, we may be forced to reduce or close our hunger relief operations temporarily, leaving vulnerable families with no source of emergency food assistance. The harm to those families—and to MLKCC's relationship with the community we have served for 103 years—would be irreparable.

29. Similarly, the disruption to MLKCC's educational, wellness, and other programs caused by the need to divert resources to emergency food response would cause irreparable harm to the individuals and families who depend on MLKCC's regular programs. Delays in education, wellness, and support services can have lasting consequences that cannot be remedied later.

30. The uncertainty and crisis atmosphere created by the SNAP suspension also harm MLKCC's ability to maintain partnerships with food suppliers and community organizations, and plan effectively for our programs and services.

31. A temporary restraining order requiring USDA to immediately release November SNAP benefits would directly remedy the harms to MLKCC. SNAP recipients would receive their benefits, reducing the demand on MLKCC's hunger relief programs to sustainable levels and allowing us to continue our normal operations and our full range of programs and services.

32. Without such relief, the harm to MLKCC will be immediate and worsen each day. The longer the SNAP suspension continues, the more difficult it will be for MLKCC to recover and restore our programs to their normal functioning.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

*Heather Hole Strout*

_____
Heather Strout
Executive Director, Dr. Martin Luther King, Jr. Community Center