# EXHIBIT 10

## <u>DECLARATION OF RILWAN K. FEYISITAN, JR., PRESIDENT AND CEO OF EAST BAY COMMUNITY ACTION PROGRAM</u>

I, Rilwan K. Feyisitan, Jr., declare as follows:

1.    I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the President and Chief Executive Officer of East Bay Community Action Program ("EBCAP"), a private, non-profit, 501(c)(3) health and human services agency, serving the residents of 10 cities and towns in Rhode Island's East Bay: East Providence, Barrington, Warren, Bristol, Tiverton, Little Compton, Portsmouth, Middletown, Newport, and Jamestown. EBCAP is both a Community Action Agency and a Federally Qualified Health Center.

2.    I have served as President and CEO of East Bay Community Action Program since 2023. In this capacity, I have direct responsibility for overseeing EBCAP's operations, programs, and services, and I am knowledgeable of the needs of individuals and families we serve. The facts set forth in this declaration are based on my personal knowledge, information provided to me by EBCAP staff, and review of EBCAP's records. If called as a witness, I could and would testify competently to the matters stated herein.

## I.    <u>EAST BAY COMMUNITY ACTION PROGRAM'S MISSION AND SERVICES</u>

3.    East Bay Community Action Program was formed in 2004 with the merger of two well-established Community Action agencies—New Visions for Newport County, Inc. (established in Newport in 1965) and Self Help, Inc. (established in East Providence in 1966). In 2015, another key merger, with East Bay

1

Center, added Behavioral Health services to our offerings, allowing EBCAP to provide a fully integrated model of health care to our patients. EBCAP provides a wide range of health and human services, and it is dedicated to serving low-income individuals and families from 10 cities and towns in Rhode Island's East Bay region.

4.     EBCAP's mission is to provide high quality, comprehensive, and accessible health and human services to assist people to achieve their fullest potential. We are a mission-driven organization where people come first. When a resident walks through our doors, we get to know them personally. Then, we connect them with the right service at the right time.

5.     Each year, EBCAP serves more than 30,000 residents of East Providence, Barrington, Warren, Bristol, Tiverton, Little Compton, Portsmouth, Middletown, Newport, and Jamestown. Our core services include health; behavioral health; dental; WIC; emergency food assistance; LIHEAP (home energy assistance) and weatherization; Head Start and other early childhood education programs; workforce development; youth services; senior services; and various support services to help individuals and families attain stability and self-reliance.

## II.    EBCAP'S FOOD ASSISTANCE PROGRAMS

6.     Food assistance is a critical component of EBCAP's services. EBCAP operates three food pantries in East Providence, Newport, and Tiverton, Rhode Island. Through these food pantries, EBCAP provides emergency food assistance to hundreds of households each month. At the EBCAP food pantries, we offer food assistance to individuals and families, and these pantries often serve as an entry point for EBCAP's other programs and services. Our food pantry clients participate

in a comprehensive assessment of other health and social service needs, and staff connect clients with resources to address those needs.

7.      Many of the individuals and families we serve rely on both SNAP benefits and our food pantry services to meet their basic nutritional needs. The individuals and families who use EBCAP's food pantries include children, seniors, veterans, people with disabilities, immigrants with limited English proficiency, and other vulnerable populations struggling to afford adequate food. A substantial portion of our clients are SNAP recipients who use their benefits as their primary means of purchasing food, supplementing those benefits with emergency food assistance from our pantries when necessary.

8.      In 2024, EBCAP's food pantries served more than 1,320 unique households across more than 5,391 visits and distributed more than 110,000 pounds of food to those families.

9.      Our food pantry services are already operating at or near capacity. We carefully manage our food inventory, volunteer schedules, and distribution operations to efficiently serve the existing demand from our community.

10.     In addition to operating three food pantries, EBCAP directly addresses food insecurity through a variety of other programs including a Congregate Nutrition Program for seniors and individuals with disabilities; WIC; Backpack Feeding Program at the Pell Elementary School in Newport; Head Start, pre-K, licensed childcare, and out-of-school time learning programs.

11.    Additionally, we address hunger in all our case management programs by helping clients enroll in SNAP, WIC, Meals on Wheels and other resources, in and accessing crisis funds, gift cards, and food provided through our own fundraising efforts and other community organizations.

12.    Our community outreach programs also fight hunger by hosting and supporting other food pantries, including within local school systems, convening community partners to develop local systems of care and share resources, and educating the public about healthy eating and available resources.

13.    Finally, through our array of services we address overall household cost burden to help prevent hunger through programs such as LIHEAP, Weatherization, Home Stabilization, and workforce development programs, including adult and youth education, and RI Works.

## III.    EBCAP CLIENTS WHO ARE SNAP RECIPIENTS

14.    Based on my knowledge of our client population and information gathered from intake procedures and client interactions, I estimate that approximately 60% of the households served by EBCAP's programs include at least one member who receives SNAP benefits or is eligible for SNAP.

15.    For many of these households, SNAP benefits constitute the primary or sole means by which they can afford to purchase food. These benefits are typically loaded onto Electronic Benefits Transfer ("EBT") cards at the beginning of each month, and families plan their food budgets around the availability of these benefits.

4

16.    Many of our clients live paycheck to paycheck with no savings or financial cushion. They depend on the timely and predictable issuance of their SNAP benefits to feed themselves and their families.

IV.    **INJURY TO EBCAP FROM SNAP BENEFIT SUSPENSION**

17.    The suspension of SNAP benefits will cause immediate and severe harm to EBCAP and our ability to fulfill our mission. Specifically:

18.    Our staff have already received hundreds of calls from SNAP recipients seeking information or emergency food assistance. We have had to divert employees and volunteers from other programs, such as our housing programs and Health Equity Zones (HEZ), which are providing other critical services, to manage this influx. This disruption impairs our ability to carry out other essential services and strains our limited administrative and financial resources.

19.    EBCAP expects to experience a dramatic and unprecedented increase in demand for emergency food assistance at our three pantries, Congregate Nutrition Program, WIC, Backpack Feeding Program, and all case management and community outreach programs. Individuals and families who normally rely on SNAP benefits to purchase food will be forced to turn to emergency food sources to avoid going hungry.

20.    Based on reports from our food pantry managers and volunteers, we have already seen an approximate 20% increase in the number of households seeking food assistance since the federal government shut down in early October; and an approximate increase of 47% increase in the number of individuals served by our food

pantries. We expect that number to dramatically increase if SNAP benefits are not distributed in November.

21.     This surge in demand is unsustainable for EBCAP. Our food pantries, Congregate Nutrition Program, Backpack Feeding Program, and related programs were designed and resourced to provide *supplemental* emergency food assistance, not to serve as the primary food source for thousands of households that have suddenly lost their SNAP benefits.

22.     The dramatic increase in demand would rapidly deplete EBCAP's food inventory. We are already distributing food at a rate that far exceeds our normal pace, and our existing supply chains and purchasing arrangements were not designed to accommodate this level of sustained demand.

23.     EBCAP will be forced to expend significant additional financial resources to purchase emergency food supplies to meet the increased demand and do our best to counteract the loss of SNAP benefits for those we serve. We will be forced to divert funds from other programs and services to ensure we can provide food to the families coming to our doors.

24.     As of October 28, 2025, we have designated approximately $85,000.00 in unrestricted funds on emergency food purchases in response to the exponential increase in need. This represents a diversion of resources from other critical programs, including health, youth education, senior services, workforce development, and overall fund development for the organization.

25.    If the SNAP suspension continues, EBCAP will face impossible choices: either continue depleting our food inventory and financial reserves at an unsustainable rate or turn away hungry families who have nowhere else to turn. Neither option is acceptable, and both represent a fundamental frustration of EBCAP's core mission.

26.    The increased demand will also place extraordinary strain on EBCAP's staff and volunteers. Our food pantry staff, who were already working at full capacity, will be forced to work longer hours and manage far greater numbers of clients than our operations were designed to handle.

27.    We will be forced to reassign staff from other programs to help manage the food pantry operations if SNAP benefits are suspended. This will disrupt our other services and prevent us from fully delivering on our commitments to clients in our housing, community outreach, and safety net programs.

28.    EBCAP's mission is to provide comprehensive support services that help individuals and families achieve stability and self-sufficiency. The SNAP suspension would undermine this mission by forcing us to operate in crisis mode, focusing all available resources on emergency food distribution while our other programs suffer.

29.    The suspension of SNAP benefits would have significant impact on three of our core activities—food assistance, workforce development, and benefits navigation—and would threaten to overwhelm EBCAP's capacity from multiple directions, causing ongoing, irreparable harm to our organization and mission.

30.     The harm to EBCAP will worsen each day that SNAP benefits are suspended. These diversions of staff time and financial resources impair EBCAP's ability to carry out its regular programs and thus frustrate our mission. We cannot sustain this level of emergency response without devastating consequences for our organization and the community we serve.

## V.     THE HARM TO EAST BAY COMMUNITY ACTION PROGRAM AND ITS CLIENTS ABSENT A TRO WOULD BE IRREPARABLE

31.     The harms to EBCAP and our clients described above would be irreparable if SNAP benefits are halted. Each day that SNAP benefits remain suspended, more families will go hungry, more resources will be diverted from EBCAP's other critical programs, and more damage will be done to our ability to fulfill our mission of supporting individuals and families across the lifespan.

32.     If EBCAP exhausts its food inventory and financial reserves, we may be forced to reduce or close our food pantry operations temporarily, leaving vulnerable families with no source of emergency food assistance. The harm to those families—and to EBCAP relationship with the community we have served for 60 years—would be irreparable.

33.     Similarly, the disruption to EBCAP's educational, workforce development, and other programs caused by the need to divert resources to emergency food response and benefits navigation would cause irreparable harm to the individuals and families who depend on EBCAP's regular programs. Delays in education, job training, and support services can have lasting consequences that cannot be remedied later.

8

34.    The uncertainty and crisis atmosphere created by the SNAP suspension also harm EBCAP's ability to maintain partnerships with food suppliers and community organizations, and plan effectively for our programs and services.

35.    A temporary restraining order requiring USDA to immediately release November SNAP benefits would directly remedy the harms to EBCAP. SNAP recipients would receive their benefits, reducing the demand on EBCAP's food pantries and other programs to sustainable levels and allowing us to continue our normal operations and our full range of programs and services.

36.    Without such relief, the harm to EBCAP will be immediate and worsen each day. The longer the SNAP suspension continues, the more difficult it will be for EBCAP to recover and restore our programs to their normal functioning.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

Rilwan K. Feyisitan, Jr.
President and Chief Executive Officer, East Bay Community Action Program