# EXHIBIT 11

# DECLARATION OF KIMBERLY FERNANDEZ, EXECUTIVE DIRECTOR, FEDERAL HILL HOUSE

I, Kimberly Fernandez, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Executive Director of Federal Hill House ("FHH"), a multi-service community-based organization located in Providence, Rhode Island.

2. I have served as Executive Director of Federal Hill House since 2017. In this capacity, I have direct responsibility for overseeing FHH's operations, programs, and services, and I am familiar with the needs of the individuals and families we serve. The facts set forth in this declaration are based on my personal knowledge, information provided to me by FHH staff in the course of their duties, and review of FHH's records. If called as a witness, I could and would testify competently to the matters stated herein.

## I. FEDERAL HILL HOUSE'S MISSION AND SERVICES

3. Federal Hill House is one of the oldest community centers in Providence, Rhode Island, having served as a second home to its neighbors for more than 138 years. Founded in 1887, FHH has a long history of serving low-income, immigrant, and limited English-speaking individuals and families in the City of Providence – first Irish immigrants, then Italians, and now community members from both near and far.

4. FHH's mission is to help our neighbors in Federal Hill, Olneyville, and the surrounding community thrive, at every stage of life. We provide education, opportunities, and support across the lifespan of an individual, and often serve multiple

1

family members across programs and over time. We pride ourselves on being a place where people can access the resources that all of us need to thrive. We draw from and build upon the strengths of the people who come through our doors, whether they come to volunteer, access services, or join our programs.

5. Each year, FHH serves more than 7,500 households in Providence and the surrounding communities. Our core services include emergency food assistance, early childhood education, after school programs, parent education, youth workforce development, senior programs, free tax preparation, and various support services designed to help individuals and families achieve stability and self-sufficiency.

## II. FEDERAL HILL HOUSE'S FOOD ASSISTANCE PROGRAMS

6. Food assistance is a critical component of FHH's services. FHH operates one of the busiest food pantries in Rhode Island—and until the end of 2024, operated a second food pantry that was the busiest in the entire state. From January 1 through October 28, 2025, FHH has provided emergency food assistance to 3,600 unique households through 19,046 visits, an 11% increase over the same period in 2024. At the FHH food pantry, individuals and families can access up to a week's worth of culturally responsive produce, meat, dairy, and non-perishables, and can visit twice each month. FHH's food pantry serves as an entry point for FHH's other programs and services, and for information and referrals to community resources and organizations through our family support team.

7. Many of the individuals and families we serve rely on both SNAP benefits and our food pantry services to meet their basic nutritional needs. The individuals and families who use FHH's food pantries include families with children, seniors

2

(42%), veterans, people with disabilities, immigrants with limited English proficiency, and other vulnerable populations struggling to afford adequate food. A substantial portion of our clients are SNAP recipients who use their benefits as their primary means of purchasing food, supplementing those benefits with emergency food assistance from our pantries when necessary.

8. In 2024, FHH food pantries served more than 7,000 unique households across more than 45,000 visits. We distributed more than 2,000,000 pounds of food to those families – valued at more than $4 million. At the end of 2024, Federal Hill House had to give up operation of the Olneyville Food Center due to the financial constraints its operating costs placed on the rest of our programs and services. Despite our mission to respond to the directly-expressed needs of our community, we simply could not keep up with continuously rising demand for food assistance at two locations, and shifted our focus to our Swiss Street Food Pantry location, which is co-located with many of our other programs and services.

9. Demand for food assistance continues to rise. From January through September of 2025, compared with the same nine-month period for 2024, FHH's food pantry saw an 11% increase in unduplicated households; an 18% increase in total visits; a 32% increase in individual served per month; and a 18% growth in average visits per month. More than 1,200 unique households accessed our food pantry for the first time in 2024.

10. FHH's food pantry services are already operating at capacity. We carefully manage our food inventory, volunteer schedules, and distribution operations to

3

efficiently serve the existing demand from our community. In addition to at least two staff members supporting pantry operations at all times, and a driver to pick up daily food donations, we rely on an average of ten volunteers at any given time when the pantry is open or food is being delivered or restocked.

### III. FEDERAL HILL HOUSE'S CLIENTS WHO ARE SNAP RECIPIENTS

11. Based on my knowledge of our client population and information gathered from intake procedures and client interactions, I estimate that approximately 75% of the households served by FHH's food pantry include at least one member who receives SNAP benefits. Of the individuals and households served by FHH's other programs and services, the overwhelming majority are low or extremely low-income, meaning they are also likely eligible for SNAP benefits.

12. For many of these households, SNAP benefits constitute the primary or sole means by which they can afford to purchase food. These benefits are typically loaded onto Electronic Benefits Transfer ("EBT") cards at the beginning of each month, and families plan their food budgets around the availability of these benefits.

13. Many of our clients live paycheck to paycheck with no savings or financial cushion. Many are on fixed incomes due to their age or disability. They depend on the timely and predictable issuance of their SNAP benefits to feed themselves and their families, and to manage their other basic needs such as housing, transportation, and healthcare.

## IV. INJURY TO FEDERAL HILL HOUSE FROM SNAP BENEFIT SUSPENSION

14. On October 10, 2025, USDA issued a letter to all State SNAP agencies directing them to "hold their November issuance files and delay transmission to State EBT vendors until further notice." This directive will prevent Rhode Island and other states from issuing SNAP benefits that were already calculated and ready for distribution to approximately 42 million individuals nationwide, including approximately 140,000 SNAP recipients in Rhode Island, 46,000 of whom are children.

15. USDA stated in its letter that if the lapse in appropriations continues, there will be "insufficient funds to pay full November SNAP benefits." However, USDA did not cite any legal authority for its directive and did not explain why it could not use available contingency funds and appropriations to continue SNAP benefits, as it reportedly has done for the WIC program.

16. As a direct and immediate result of USDA's October 10, 2025 directive, and its October 24, 2025 memo formally suspending SNAP benefits, SNAP benefits will not be available to recipients in Rhode Island beginning November 1, 2025.

17. The suspension of SNAP benefits will cause immediate and severe harm to FHH and our ability to fulfill our mission. Specifically:

18. We have already seen a dramatic increase in demand in our food pantry since the news came out that SNAP benefits would not be released for November 1. During the week of October 20, we had three out of four days with more than 140 visits, a record for our pantry. We have had to divert employees and volunteers from other programs, particularly our family support team and senior services, to manage

5

this influx. This disruption impairs our ability to carry out other essential services and strains our limited administrative and financial resources.

19. FHH expects to experience a dramatic and unprecedented increase in demand for emergency food assistance at our food pantry after November 1. Individuals and families who normally rely on SNAP benefits to purchase food will be forced to turn to emergency food sources to avoid going hungry. Individuals and families who already rely on our food pantry once a month will return for a second time each month. We anticipate that seniors who rely on SNAP will come for a hot lunchtime meal through our congregate meal site instead, forcing FHH to spend unbudgeted funding on food and staff to meet the increased demand.

20. Based on reports from our food pantry coordinator and other FHH staff members, FHH clients across programs have expressed panic and desperation about the pending cuts, not knowing how they will feed their children or themselves without their SNAP benefits. We know from our experience when the Covid-19 emergency SNAP benefits were terminated towards the end of 2023 that demand increases at our food pantry – in 2024, we served 1,635 more unique households over 3,909 more visits than in 2023, which was already a higher number of visits than in 2022 and each year prior.

21. This surge in demand is unsustainable for FHH. Our food pantry is designed and resourced to provide *supplemental* emergency food assistance, not to serve as the primary food source for thousands of households that have suddenly lost their SNAP benefits.

22. The dramatic increase in demand would rapidly deplete FHH's food inventory, which already includes daily deliveries that are completely distributed before the next delivery arrives. We are already distributing food at a rate that far exceeds our normal pace, and our existing supply chains were not designed to accommodate this level of sustained demand. For context – so far in 2025 we've distributed 623,147 pounds of food, at a value of $1,227,600.

23. FHH will be forced to expend significant additional resources to secure emergency food supplies to meet the increased demand and do our best to counteract the loss of SNAP benefits for those we serve. We will be forced to divert staff time and funds from other programs and services to ensure we can provide food to the families coming to our doors. We will also be forced to divert fundraising efforts by agency administration and development to respond to this need, rather than to raise support for our portfolio of important programs and services.

24. As of October 28, we have already diverted staff and volunteers from other programs to support food pantry operations, and from our administrative and development team to attempt to secure food and financial resources to meet the demand. For example, our family support team is designed to circulate across FHH programs to offer resources and support, but instead is stationed primarily in our food pantry to assist clients accessing both food and resources.

25. If the SNAP suspension continues, FHH will be forced to turn away hungry families who have nowhere else to turn for food. This is not acceptable, represents a fundamental frustration of FHH's core mission, and will prevent FHH from offering

additional programs, services, and resources that can help hungry individuals and families in other areas of their lives (housing, education, healthcare, transportation, workforce development, etc.). We will also be forced to limit our food distribution to once per month, reducing by half the amount of food that individuals and families can access to supplement their nutritional needs.

26. The increased demand will also place extraordinary strain on FHH's staff and volunteers. Our food pantry staff, who are already working at full capacity, will be forced to work longer hours and manage far greater numbers of clients than our operations were designed to handle. Our volunteers, many who are retired or have disabilities, will be asked to volunteer longer hours with more manual labor and increased demands for customer service, putting them at risk for strain and burnout.

27. We will be forced to reassign staff from other programs to help manage the food pantry operations if SNAP benefits are suspended. This will disrupt our other services and prevent us from fully delivering on our commitments to clients in our senior programs, parent education, and family support programs.

28. Although we understand that community members and philanthropic organizations are stepping up to donate to food banks and food pantries like ours in this time of need, we have no expectation that donations will close the gap that SNAP benefits typically provide. I am aware that the national Feeding America food bank network, for example, states that for every meal that its network provides, SNAP provides nine. Even if we saw exponential growth in support, we would not be able to scale our food assistance operations without significant cuts to our other

8

programming due to staff and space limitations. In addition, without SNAP benefits, food insecure families will not have the choice they deserve to select what they need to eat for any number of reasons, including health and cultural preference. We anticipate that a "surge" in emergency support from philanthropy will focus on staple items, reduce "shoppers' choice" (a very successful food pantry model where clients select their own food items), and reduce the percentage of food available that is fresh and culturally responsive, which are the items with the highest demand at our pantry but also more costly to purchase.

29. FHH's mission is to provide comprehensive support services that help individuals and families achieve stability and self-sufficiency. The SNAP suspension would undermine this mission by forcing us to operate in crisis mode, focusing all available resources on emergency food distribution while our other programs suffer.

30. The harm to FHH will worsen each day that SNAP benefits are suspended. These diversions of staff time and financial resources impair FHH's ability to carry out its regular programs and thus frustrate our mission. We cannot sustain this level of emergency response without devastating consequences for our organization and the community we serve. We also anticipate that clients in our other programs and services may no longer be able to afford the transportation it takes to participate in senior center activities and parent education programs, or to pick their children up from after school, or to pay tuition or co-pays for childcare. Families across our programs who receive SNAP benefits are worried that they will have to

chose between food and medicine, food and housing, food and transportation, or food and programs / services for their child(ren).

## V. FEDERAL HILL HOUSE'S CLIENTS WOULD BE SUBJECT TO ABAWD WORK REQUIREMENTS

31. Rhode Island received approval from USDA's Food and Nutrition Service for a partial ABAWD waiver effective March 1, 2025, through February 28, 2026. This waiver was granted based on the lack of sufficient jobs for ABAWDs in nine Rhode Island municipalities, including Providence, and was intended to ensure that individuals who want to work but cannot find adequate employment would not lose their food assistance.

32. FHH serves a significant population of individuals who will be subject to ABAWD work requirements when the waiver expires. These individuals—able-bodied adults without dependents between the ages of 18 and 64—are subject to a time limit on their SNAP benefits unless they meet certain work requirements or live in an area covered by a waiver of those requirements.

33. In addition to suspending SNAP benefit issuances during the shutdown, USDA has also terminated Rhode Island's ABAWD waiver effective November 2, 2025. This termination occurred despite the fact that Rhode Island's waiver had been approved through February 28, 2026, and was based on USDA's own finding that Rhode Island lacks sufficient jobs for ABAWDs.

## VI. INJURY TO FEDERAL HILL HOUSE FROM ABAWD WAIVER TERMINATION

34. USDA's termination of the ABAWD waiver means that able-bodied adults without dependents in Rhode Island who do not meet work requirements will

10

begin losing their SNAP benefits after three months, even if they want to work but cannot find adequate employment.

35. The termination of the ABAWD waiver independently harms FHH because it means that even if the immediate SNAP suspension is resolved, a significant portion of our client population subject to ABAWD requirements will face loss of benefits in the coming months.

36. Many of the FHH clients who are subject to ABAWD requirements face barriers to employment, including limited English proficiency, lack of transportation, physical or mental health challenges that do not rise to the level of disability, lack of work experience, or criminal records that make finding employment extremely difficult.

37. We also anticipate that our staff will be inundated with requests for assistance navigating new ABAWD requirements. We are building capacity to provide this type of assistance as part of our family support team, stationing them in our food pantry to help clients access community resources and support. We did not expect that Rhode Island's waiver would be terminated until the end of February and have not yet developed plans for educating our clients about how the waiver's termination will affect their work requirements. USDA's sudden termination of the waiver requires us to expend time and resources educating ourselves about these changes, training staff members to assist clients with these changes, developing operational infrastructure, including technology, to support changing reporting requirements, and educating clients that our support will be available. We are already stretched

thin and will have to divert resources from our parent education and family support programs to meet this need.

38. The termination of the ABAWD waiver will result in an entire category of individuals losing SNAP benefits four months earlier than expected and turning to FHH's food pantries for emergency assistance. For the same reasons that a suspension of SNAP benefits during the shutdown will frustrate FHH's mission and force us to divert resources in response, the early waiver termination will also increase demand on our already-strained resources and prevent us from effectively serving our community.

39. We will need to significantly expand our food assistance operations to fill even some of the gap for ABAWDs losing their benefits under the waiver termination. Although we would have had to make adjustments for the eventual termination on February 28, 2026, the extra four months of emergency support that we will need to provide will be a substantial drain on our resources, and our other programs and mission will suffer as a result.

40. The waiver termination's significant impact on two of our core activities—food assistance, and support accessing community resources, including benefits—threatens to overwhelm FHH's capacity from multiple directions and causes ongoing, irreparable harm to our organization and mission.

### VII. THE HARM TO FEDERAL HILL HOUSE AND OUR CLIENTS ABSENT A TRO WOULD BE IRREPARABLE

41. The harms to FHH and our clients described above would be irreparable if SNAP benefits are suspended or if Rhode Island's waiver is terminated early. Each

12

day that SNAP benefits remain suspended, and each additional day that ABAWDs are at risk of losing their SNAP eligibility, more families will go hungry, more resources will be diverted from FHH's other critical programs, and more damage will be done to our ability to fulfill our mission of supporting individuals and families across the lifespan.

42. If FHH exhausts its food inventory and financial resources, we may be forced to reduce or close our food pantry operations temporarily, leaving vulnerable families with no source of emergency food assistance. The harm to those families—and to FHH's relationship with the community we have served for 138 years—would be irreparable. It would also prevent individuals and families from accessing other critical programs and services through FHH, which relies on the food pantry as a main point of entry to our services.

43. Similarly, the disruption to FHH's educational and other programs caused by the need to divert resources to emergency food response or ABAWD-specific compliance and benefits access would cause irreparable harm to the individuals and families who depend on FHH's regular programs. Delays in education and support services can have lasting consequences that cannot be remedied later.

44. The uncertainty and crisis atmosphere created by the SNAP suspension and ABAWD waiver termination also harm FHH's ability to maintain partnerships with food suppliers and community organizations, and plan effectively for our programs and services. It also impairs our ability to raise critical funds for other important programs and services that rely on philanthropic support.

45. A temporary restraining order requiring USDA to immediately release November SNAP benefits and to restore Rhode Island's ABAWD waiver would directly remedy the harms to FHH. SNAP recipients would receive their benefits, reducing the demand on FHH's food pantries to sustainable levels and allowing us to continue our normal operations and our full range of programs and services.

46. Without such relief, the harm to FHH will be immediate and worsen each day. The longer the SNAP suspension continues, the more difficult it will be for FHH to recover and restore our programs to their normal functioning. The same is true for each day that FHH needs to absorb the responsibility of providing food and benefits assistance to ABAWDs affected by Rhode Island's early waiver termination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

*Kimberly Fernandez*
Kimberly Fernandez
Executive Director, Federal Hill House