# EXHIBIT 12

# DECLARATION OF BONNIE PIEKARSKI, EXECUTIVE DIRECTOR, THE MILAGROS PROJECT

I, Bonnie Piekarski, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Executive Director of The Milagros Project ("TMP"), a community-based organization located in Woonsocket, Rhode Island.

2. I co-founded TMP in 2020 to provide direct food assistance to local residents during the COVID-19 epidemic. While initially just a small project in Woonsocket, we now assist people who are food insecure throughout the northern part of the state, including the City of Providence.

3. I have served as Executive Director of The Milagros Project since its inception in 2020. In this capacity, I have direct responsibility for overseeing TMP's operations, programs, and services, and I am familiar with the needs of the individuals and families we serve.

4. The facts set forth in this declaration are based on my personal knowledge, information provided to me by TMP volunteers in the course of their duties, and review of TMP's records. If called as a witness, I could and would testify competently to the matters stated herein.

## I. THE MILAGROS PROJECT'S MISSION

5. The primary purpose of The Milagros Project is to provide food to the most at-risk citizens in Woonsocket and the surrounding area. This includes individuals and families who receive SNAP benefits but still need supplemental food assistance to survive.

1

6. TMP serves approximately 150 people each week, primarily providing food through our food pantry. We also provide a hot lunch on Saturdays to about 150-180 individuals and families.

7. We offer a unique social service by serving people in need of emergency food assistance with virtually no administrative barriers to recipients.

8. We work collaboratively with local elected officials from both political parties to serve our community.

9. TMP relies exclusively on volunteers to operate; no one receives a salary or wages. There are six core team members and ten youth volunteers. We rely on financial donations to cover rent, utilities, emergency assistance, and food.

## II. THE NEED

10. According to Rhode Island Kids Count, approximately 33 % of the population in Woonsocket has income below the federal poverty level; the median income is $45,000 per year.

11. In the past year and a half, the number of people receiving food assistance from TMP has doubled; about a quarter of the population we serve are children under age 18.

12. If needy individuals and families lose their SNAP benefits, there is no other low-barrier, community-based organization besides TMP that can that provide them with food.

13. The suspension of SNAP benefits will cause immediate and severe harm to TMP and our ability to fulfill our mission. Specifically, our tiny volunteer staff has

been working frantically to find alternative sources of food by this Saturday, November 1, 2025, to meet the anticipated additional need. There is about $7,500 left in our emergency fund, which could be depleted within the next two months.

14. The increased demand will place extraordinary strain on TMP's staff and volunteers. Our volunteers, who are already stretched too thin, will be forced to work longer hours and manage far greater numbers of clients than our operations were designed to handle. Our volunteers will be asked to volunteer longer hours with more manual labor and increased demands for customer service, putting them at risk for strain and burnout.

15. If the SNAP suspension continues, TMP will be forced to turn away hungry families who have nowhere else to turn for food. This is not acceptable, represents a fundamental frustration of TMP's core mission, and will prevent TMP from offering additional programs, services, and resources that can help our community thrive.

16. This additional burden will also interfere with our ability to carry out our others programs, as TMP will be forced to diver all of its resources and staff time to address the increased need for food assistance.

17. For example, TMP may be forced to end our nonviolence program which we offer for youth in Woonsocket, which we created in August 2024. In that program, we work with youth in the city who are justice-impacted and provide them with re-entry services as well as nonviolence training for those charged with nonviolent offenses.

18. Similarly, TMP has coordinated events to meet the needs of the community in Woonsocket, including backpack giveaways, where children are provided backpacks filled with all the supplies they would need to start the school year right, and haircuts to start the new school year.

19. If SNAP benefits are suspended, we will be forced to divert resources away from these and other programs to meet the increased need for food assistance, which will be a loss for communities in Woonsocket and harm TMP's core mission.

### III. THE HARM TO THE MILAGROS PROJECT AND OUR CLIENTS ABSENT EMERGENCY RELIEF WOULD BE IRREPARABLE

20. The harms to TMP and our clients described above would be irreparable if SNAP benefits are suspended or if Rhode Island's waiver is terminated early. Each day that SNAP benefits remain suspended, and each additional day that ABAWDs are at risk of losing their SNAP eligibility, more families will go hungry.

21. People will have to choose between eating and paying their rent; this will likely contribute to an increase in the homeless population, exacerbating social stresses and negatively impacting the mental health of people we serve.

22. If our emergency fund is depleted, we will be forced to reduce or close our food pantry operations temporarily, leaving vulnerable families with no source of emergency food assistance. The harm to those families—and to TMP's relationship with the community – would be irreparable.

23. A temporary restraining order requiring USDA to immediately release November SNAP benefits would directly remedy the harms to TMP. SNAP recipients

would receive their benefits, reducing the demand on TMP's food pantries to sustainable levels and allowing us to continue our normal operations and our full range of programs and services.

24. Without such relief, the harm to TMP will be immediate and worsen each day. The longer the SNAP suspension continues, the more difficult it will be for TMP to recover and restore our programs to their normal functioning

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

   /s/ *Bonnie Piekarski*
Bonnie Piekarski, Executive Director