# EXHIBIT 13

# DECLARATION OF CORTNEY NICOLATO, PRESIDENT AND CEO, UNITED WAY OF RHODE ISLAND

I, Cortney M. Nicolato, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the President and CEO at United Way of Rhode Island ("UWRI"), a multi-service community-based organization located in Providence, Rhode Island.

2. I have served as President and CEO at United Way of Rhode Island since 2018. In this capacity, I have direct responsibility for overseeing UWRI's operations, programs, and services, and I am familiar with the needs of the individuals and families we serve. The facts set forth in this declaration are based on my personal knowledge, information provided to me by UWRI staff in the course of their duties, and review of UWRI's records. If called as a witness, I could and would testify competently to the matters stated herein.

## I. UNITED WAY OF RHODE ISLAND'S MISSION AND SERVICES

3. From our inception in 1926, United Way of Rhode Island has effectively moved people from crisis to stability while working to shore up the systems that provide support across the community. United Way of Rhode Island is a proud member of the National Council of Nonprofits.

4. United Way of Rhode Island is uniting our community and resources to build racial equity and opportunities for all Rhode Islanders. As a member of the world's largest nonprofit network, we bring together individuals, business, nonprofit, community leaders and government to tackle the root causes of inequity and achieve

1

specific, measurable goals. Our programs include 211, the statewide front door connecting Rhode Islanders with social services, resources, and vital programs. Both directly and through grants to nonprofits, we are investing to build economic opportunity, advance childhood learning, expand philanthropy, and drive policy and participation.

5. Each year, United Way connects hundreds of thousands of Rhode Islanders to critical resources that support every aspect of their wellbeing. Through our contact centers, outreach teams, and VITA programs we provide assistance to families and individuals across Rhode Island that helps secure pathways to lasting stability.

## II. UWRI'S FOOD ASSISTANCE PROGRAMS

6. Assisting members of the community in receiving SNAP benefits is a critical component of services provided by UWRI. In SFY25, our efforts helped more than 9,000 households understand their SNAP eligibility and over 300 households complete or renew applications, concrete steps toward reducing food insecurity. In addition, more than 3,200 residents received factual, easy to understand information about SNAP, ensuring that families who may not yet be ready to apply left with empowering knowledge about their options. Lastly, in 2025 there has been over 6,200 contacts seeking information on food resources, a 26% increase from the previous year.

7. Our 211, ADRC, and Community Outreach teams play a pivotal role in food assistance, serving as the first point of contact for residents seeking help with food access. Call specialists and resource navigators provide factual information

about SNAP, explain eligibility criteria, and make direct referrals to SNAP outreach staff for application or recertification assistance. In addition to phone and online assistance, all three teams also provide in-person application support for walk-in clients at the United Way offices in Providence and at over 40 outreach events per month across the state of Rhode Island.

8. In 2024 we provided information and assistance to more than 100,000 Rhode Islanders across more than 40 sites and calls.

9. Our contact centers have already seen an increase in food requests with food-related needs in the wake of the government shutdown, surpassing rent and utility assistance for the top spot this week. Additionally, on October 27th, 90% of contacts were in search of food assistance.

10. In examining our clients served, in 2025 food related needs rose 15% in our contact centers and SNAP outreach contacts rose over 200%.

### III. INJURY TO UWRI FROM SNAP BENEFIT SUSPENSION

11. The suspension of SNAP benefits will cause immediate and severe harm to UWRI and our ability to fulfill our mission. Specifically:

12. Should SNAP be unavailable, the impact on Rhode Island's communities, and on United Way's frontline teams, would be immediate and profound. Families would lose a vital source of nutrition support, forcing them to make impossible choices, whether to pay rent or buy groceries, whether to heat their homes or put food on the table. These tradeoffs are not theoretical; they are decisions that low-income Rhode Islanders already face on tight budgets.

3

13. Without SNAP benefits to help stabilize household food access, the "heat or eat" dilemma would become a daily reality for thousands. Parents would skip meals so their children could eat. Seniors living on fixed incomes would ration medication to afford food. Workers would come to their shifts hungry, exhausted, and less able to focus or stay healthy. Community food pantries and mutual aid networks, already stretched thin, would face overwhelming demand.

14. Based on reports, our contact centers have already seen an increase in food requests with food related needs, and have become the top concern of people who reach out to UWRI for assistance. We anticipate these numbers will continue to increase within our contact centers and outreach teams if SNAP benefits are withheld and families find themselves in an impossible situation, determining how to feed themselves and their families.

15. This surge will be unsustainable as resources will continue to be depleted at food pantries.

16. A sudden loss of SNAP would create demand for food assistance that would skyrocket overnight. Our partners are already moving food faster than ever before, and even with our strong 211 network and community partnerships, the calls for help would far outpace what local food systems can sustain. We would be facing a volume of need that no single organization, no matter how dedicated, could meet alone.

17. When individuals lose SNAP benefits, they turn to trusted organizations like United Way for help understanding what happened and what to do next. The

influx of calls, emails, and in-person visits would require exorbitant additional staff hours across multiple departments. Our contact center specialists would need to spend more time on each call explaining complex policy changes, walking clients through new eligibility rules, and connecting them to alternative food and employment resources. Outreach staff would need to expand their schedules to attend additional community events and respond to partner requests, while program managers would need to divert capacity from other critical initiatives to coordinate this emergency response.

18. For United Way, this would also create significant strain on our 211 and ADRC teams, who would see a surge in calls from desperate households seeking help that may no longer exist. Every day, these teams serve as the connective thread between Rhode Islanders in crisis and the resources that sustain them. If SNAP were unavailable, the phone lines and inboxes would fill with voices of fear and uncertainty—parents trying to stretch a few remaining groceries, seniors deciding between food and life-saving medication, and families suddenly unsure how they will make it through the week.

## IV. HARM TO UWRI FROM ABAWD WAIVER TERMINATION

19. USDA's termination of the ABAWD waiver means that able-bodied adults without dependents in Rhode Island who do not meet work requirements will begin losing their SNAP benefits after three months, even if they want to work but cannot find adequate employment.

20. UWRI serves a significant population of individuals through its contact centers and outreach teams who will be subject to ABAWD work requirements when

5

the waiver expires. These individuals—able-bodied adults without dependents between the ages of 18 and 64—are subject to a time limit on their SNAP benefits unless they meet certain work requirements or live in an area covered by a waiver of those requirements.

21. The anticipated removal of Rhode Island's ABAWD time-limit waiver will have a profound effect on individuals who rely on SNAP for their most basic nutritional needs. If this waiver is removed, a large number of people will lose their SNAP benefits, often suddenly and without clear understanding of why. Many of those affected will experience confusion, fear, and frustration as they try to interpret complex eligibility rules and meet new participation requirements.

22. The removal of the ABAWD waiver and the resulting loss of SNAP benefits for many Rhode Islanders would create a significant financial and operational burden on United Way of Rhode Island. As the state's primary connector through 211, the Aging and Disability Resource Center, and our Community Outreach and Impact teams, we would face an unprecedented surge in demand for assistance, guidance, and case support.

23. The termination of the waiver will also trigger a surge in individuals urgently seeking appropriate work or volunteer opportunities in order to retain their benefits. As the operator of the state's only 211 Contact Center and Aging and Disability Resource Center (ADRC), as well as through our Community Outreach and Impact teams, United Way of Rhode Island serves as a central access point for residents seeking help with benefits, employment, and community resources.

24. The removal of the ABAWD waiver would lead to a significant increase in the number of individuals contacting 211 and ADRC for factual information, referrals, and direct support, as well as a rise in in-person visits and outreach requests. Staff would face an influx of calls and cases requiring complex explanations of new rules, employment requirements, and reinstatement procedures. This would not only strain our contact center capacity but also extend to our outreach, community impact, and partnership networks, as more residents seek urgent help navigating an unfamiliar and often intimidating process and we are forced to divert resources from other programs to meet those needs.

25. This heightened demand would stretch our human and financial resources beyond sustainable limits. Overtime costs would rise, staff fatigue and burnout would increase, and our ability to maintain timely responses across all 211 and ADRC call categories would decline. In effect, a single policy shift could disrupt the entire ecosystem of assistance that United Way provides to tens of thousands of Rhode Islanders every year.

26. The ripple effect would extend to our core mission work. Programs that focus on long-term stability, such as financial empowerment, education, workforce development, and equity initiatives, would experience reduced capacity as staff are redirected to meet the urgent and immediate demand for food and benefits support. Partnerships that rely on our leadership and coordination could slow or stall, affecting progress across the broader community impact landscape.

## V. HARM TO UNITED WAY OF RHODE ISLAND WILL BE IRREPARALBE ABSENT A TRO

27. The harms to UWRI and our clients described above would be irreparable if SNAP benefits are suspended or if Rhode Island's ABAWD waiver is terminated early. For United Way staff, the emotional toll would be profound. Our 211 and ADRC specialists, who take thousands of calls each year, would bear the heartbreak of listening to residents describe their hunger and knowing that fewer options exist to help them. Outreach staff, accustomed to connecting people to practical solutions, would find themselves in the painful position of having to say, "there's nothing available right now." The weight of those conversations cannot be overstated. It erodes morale, contributes to burnout, and challenges the very mission that drives our team—to ensure that everyone in Rhode Island can meet their basic needs.

28. United Way of Rhode Island's mission is to build stable communities where every person has the opportunity to thrive. A suspension or loss of SNAP would directly undermine that mission, forcing us and our partners to shift from long-term, empowerment-focused work to constant crisis response. Instead of helping families move toward stability and self-sufficiency, we would be consumed with meeting urgent, short-term needs—diverting staff, funding, and energy away from the broader programs that strengthen our community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

_[signature]_

Cortney M. Nicolato
President and CEO, United Way of Rhode Island