# EXHIBIT 14

# DECLARATION OF PATRICK CHEATHAM, OWNER, BLACK SHEEP MARKET

I, Patrick Cheatham, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Owner of Black Sheep Market, a meat market with two locations in Greenville, South Carolina and Laurens, South Carolina.

2. The facts set forth in this declaration are based on my personal knowledge, information provided to me by Black Sheep Market staff in the course of their duties, and review of Black Sheep Market records.

3. I spent years working in grocery stores as a meat cutter before opening Black Sheep Market in Greenville in 2021. My goal was to utilize my skills to provide something to my community during the pandemic, as opposed to catering to high-end customers like many of the grocery stores I had worked in.

4. I pride myself on providing quality meat for people on an everyday budget, and my business model is built with affordability in mind. For example, we operate on a commercial market instead of local farm to table meat, and our customers have agreed to purchase their food products in the manufacturer's packaging. That allows us to keep our labor and packaging costs down and focus on selling high volumes rather than making a margin on each individual purchase.

5. In addition to fresh meat, Black Sheep Market offers vegetables such as onions, potatoes, and carrots. We also carry in-season fruit.

6. We employ nine people at our Greenville location, which opened in 2021, and three people at our Laurens location, which just opened in August 2025.

1

7. Because of our competitive pricing and our locations, most of our customer base is low-income. In fact, community resource programs and churches often refer low-income individuals to shop at Black Sheep.

8. At our Greenville location, we accept SNAP benefits. We have also partnered with South Carolina's Healthy Bucks Program, which allows SNAP recipients to obtain additional fresh fruits and vegetables when they use their benefits to purchase fresh produce.

9. We applied to accept SNAP benefits at our new Laurens location as well, but because of the federal government shutdown, we have not yet received approval. We have had to turn customers away because of it.

10. We also started a "Meat Mobile" program in 2022. On weekends, we fill up our refrigerated truck with hundreds of pounds of beef, chicken, and pork and travel to low-income communities and food deserts where buying those products is not affordable or accessible. We accept SNAP benefits at our designated mobile pick-up sites.

11. Over the course of the past year, about 40 percent of our revenue came from transactions paid for with an Electronic Benefits Transfer card loaded with SNAP benefits. We make 50 to 60 thousand dollars in sales per week, so the total amount of SNAP sales is significant. And because we operate on very slim profit margins, SNAP recipients are the customers that keep our doors open.

12. With SNAP funds set to be suspended on November 1, 2025, we expect to lose the 40 percent of our revenue that is paid by SNAP benefits. That will cause substantial harm to our business that cannot be recovered.

13. The uncertainty and crisis atmosphere created by the SNAP suspension also harm our ability to maintain partnerships with our suppliers and community organizations, and to plan effectively for our day-to-day operations. We will likely have to cut back our employees' hours, which will in turn make it more difficult for our employees to make ends meet. We had to make similar adjustments to our labor force during the last emergency that our community faced: Hurricane Helene in 2024.

14. I am especially concerned about the impact that the loss of SNAP benefits will have on members of my community who depend on them for daily nutritional needs. I opened by business to help serve these needs, but I am powerless to do that if my customers do not have the resources to pay for affordable groceries.

15. The harm to Black Sheep Market will worsen each day that SNAP benefits are suspended. A temporary restraining order requiring USDA to immediately release November SNAP benefits would directly remedy the harms to Black Sheep Market.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

Signed by:
*[signature]*
A09FEF8791554E8...
Patrick Cheatham
Owner, Black Sheep Market