# EXHIBIT 16

**DECLARATION OF QUADEER PORTER, EXECUTIVE DIRECTOR, BROTHERS BUILDING A BETTER NATION**

I, Quadeer Porter, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Founder and Executive Director of Brothers Building A Better Nation ("BBABN"), a community-based nonprofit organization located in Newark, New Jersey. BBABN is a member of Plaintiff National Council of Nonprofits' New Jersey state association.

2. I have served as Executive Director of BBABN since 2020. In this capacity, I have direct responsibility for overseeing BBABN's operations, programs, and services, and I am familiar with the needs of the individuals and families we serve. The facts set forth in this declaration are based on my personal knowledge, information provided to me by BBABN staff in the course of their duties, and review of BBABN's records. If called as a witness, I could and would testify competently to the matters stated herein.

**I.    BROTHERS BUILDING A BETTER NATION'S MISSION AND SERVICES**

3. Brothers Building A Better Nation is a community-driven organization in Newark's Lower Broadway neighborhood.

4. BBABN's mission is to empower individuals who were born male or identify as male to embrace healing, cultivate self-expression, and strengthen the bonds of brotherhood as a foundation for thriving families and communities. BBABN serves as a bridge to purpose, helping participants identify their strengths and connect with opportunities to lead with confidence and contribute to the vitality of

1

Newark and beyond. Through integrated supports in mental health, mentorship, health education, advocacy, and wraparound services, we equip individuals to heal, grow, and lead.

5. Each year, BBABN serves more than 125 individuals in Newark. Our core services include case management, mentorship, workforce readiness, and mental and behavioral health.

## II. BROTHERS BUILDING A BETTER NATION'S CLIENTS WHO ARE SNAP RECIPIENTS

6. Based on my knowledge of our client population and information gathered from intake procedures and client interactions, I estimate that approximately 90% of the individuals served by BBABN receive SNAP benefits.

7. For many of these individuals, SNAP benefits constitute the primary or sole means by which they can afford to purchase food. These benefits are typically loaded onto Electronic Benefits Transfer ("EBT") cards at the beginning of each month, and families plan their food budgets around the availability of these benefits.

8. Many of our constituents live paycheck to paycheck with no savings or financial cushion. They depend on the timely and predictable issuance of their SNAP benefits to feed themselves and their families.

## III. INJURY TO BROTHERS BUILDING A BETTER NATION FROM SNAP BENEFIT SUSPENSION

9. The suspension of SNAP benefits will cause immediate and severe harm to BBABN and our ability to fulfill our mission. Specifically:

10. BBABN is committed to helping its community members achieve food security and get access to healthy food. Its primary way of meeting this core goal was helping individuals sign up for SNAP benefits.

2

11. BBABN was also set to launch a new program to help individuals without access to kitchens, such as people who are unhoused or living in motels, prepare healthy food. This program would depend on BBABN's community members being able to purchase their own groceries with the assistance of SNAP benefits.

12. Now that SNAP funding is set to expire, neither of BBABN's core food-related interventions will allow it to effectively fulfill its purpose. Instead, BBABN will have to devise new ways to respond to increased need in the community. For example, BBABN plans to expend its general operating funds on providing individuals with gift cards to grocery stores. It will have to divert resources from its new kitchen program and from some of its other community-based programming to do so.

### IV. BROTHERS BUILDING A BETTER NATION'S CLIENTS WOULD BE SUBJECT TO ABAWD WORK REQUIREMENTS

13. BBABN serves a significant population of individuals who will be subject to ABAWD work requirements when New Jersey's waiver expires. These individuals—able-bodied adults without dependents between the ages of 18 and 64—are subject to a time limit on their SNAP benefits unless they meet certain work requirements or live in an area covered by a waiver of those requirements.

### V. INJURY TO BROTHERS BUILDING A BETTER NATION FROM ABAWD WAIVER TERMINATION

14. USDA's termination of the ABAWD waiver means that able-bodied adults without dependents in New Jersey who do not meet work requirements will begin losing their SNAP benefits after three months, even if they want to work but cannot find adequate employment.

15. The termination of the ABAWD waiver independently harms BBABN because it means that even if the immediate SNAP suspension is resolved, a significant portion, 90%, of our client population subject to ABAWD requirements will face loss of benefits in the coming months.

16. Many of the BBABN clients who are subject to ABAWD requirements face barriers to employment, including limited English proficiency, lack of transportation, physical or mental health challenges that do not rise to the level of disability, lack of work experience, or criminal records that make finding employment extremely difficult.

17. BBABN serves many individuals in this population through our workforce development and job training programs. However, our capacity to help every ABAWD find and maintain qualifying employment is limited, particularly in an economy with insufficient job opportunities.

18. Moreover, we would have to divert staff time away from other programs such as behavioral therapy, mentorship, and community outreach to meet the additional demand for job placement support.

19. We also anticipate that our staff will be inundated with requests for assistance navigating new ABAWD requirements. We will have to put considerable staff time into understanding the new requirements and helping individuals understand what they need to do to comply. We likely will have to hire advocates to attend SNAP hearings with individuals so that they are best represented. We also will have to put considerable time into helping individuals track their work hours. We are

already stretched thin and will have to divert resources from our other programs such as the One Nation Initiative, Newark Cares, and William Mobile Ashby Workforce Program to meet this need.

### VI. THE HARM TO BROTHERS BUILDING A BETTER NATION AND OUR CLIENTS ABSENT A TRO WOULD BE IRREPARABLE

20. The harms to BBABN and our clients described above would be irreparable if SNAP benefits are suspended or if New Jersey's waiver is terminated early. Each day that SNAP benefits remain suspended, and each additional day that ABAWDs are at risk of losing their SNAP eligibility, more families will go hungry, more resources will be diverted from BBABN's other critical programs, and more damage will be done to our ability to fulfill our mission.

21. Similarly, the disruption to BBABN educational, workforce development, and other programs caused by the need to divert resources to ABAWD-specific job placement and benefits advice would cause irreparable harm to the individuals and families who depend on BBABN regular programs, including the One Nation Initiative and Behavioral Health Therapy program.

22. A temporary restraining order requiring USDA to immediately release November SNAP benefits and to restore New Jersey's ABAWD waiver would directly remedy the harms to BBABN. SNAP recipients would receive their benefits, allowing us to continue our normal operations and our full range of programs and services.

23. Without such relief, the harm to BBABN will be immediate and worsen each day. The longer the SNAP suspension continues, the more difficult it will be for BBABN to recover and restore our programs to their normal functioning. The same

is true for each day that BBABN needs to absorb the responsibility of providing food, workforce, and benefits assistance to ABAWDs affected by New Jersey's early waiver termination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

*Quadeer Porter*

Quadeer Porter
Executive Director, Brothers Building A Better Nation