# EXHIBIT 17

# DECLARATION OF ANDREA COOK, EXECUTIVE DIRECTOR, JOHNSTON PARTNERSHIP

I, Andrea Cook, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Executive Director of Johnston Partnership ("JP"), a food pantry in Iowa. JP is a member of Plaintiff National Council of Nonprofits' Iowa state association.

2. I have served as Executive Director of Johnston Partnership since October 2014. In this capacity, I have direct responsibility for overseeing JP's operations, programs, and services, and I am familiar with the needs of the individuals and families we serve. The facts set forth in this declaration are based on my personal knowledge, information provided to me by JP staff in the course of their duties, and review of JP's records. If called as a witness, I could and would testify competently to the matters stated herein.

## I. JOHNSTON PARTNERSHIP'S MISSION AND SERVICES

3. Johnston Partnership fosters community and family wellness by providing area residents with access to basic needs such as food and clothing. JP partners with local schools to deliver mentoring programs for youth. JP also mobilizes partnerships and resources to respond to essential needs within the community.

4. JP operates a food pantry that serves people of all incomes, but especially those with low incomes. JP serves about 3,000 people a

1

month, and around 8,000 to 9,000 unique individuals a year. About 90% of those individuals are eligible for the Supplemental Nutrition Assistance Program ("SNAP").

5. JP's core services include a food pantry and clothing closet, school-based mentoring, and weekend food support for the Johnston Community School District, in addition to other school partnerships around Back to School, holiday giving, and student support designed to help meet basic needs, stabilize families, and build resiliency.

## II. JOHNSTON PARTNERSHIP'S FOOD SECURITY PROGRAMS

6. Food assistance is a critical component of JP's services. JP's food pantry provides food assistance to thousands of people each month. At the JP food pantry, we offer a wide variety of culturally appropriate and nutritionally balanced food, including fresh produce when in season.

7. Many of the individuals and families we serve rely on both SNAP benefits and our food pantry services to meet their basic nutritional needs. The individuals and families who use JP's food pantry include children, seniors, veterans, people with disabilities, immigrants with limited English proficiency, and other vulnerable populations struggling to afford adequate food. A substantial portion of our clients are SNAP recipients who use their benefits as their primary means of purchasing food, supplementing those benefits with emergency food assistance from our pantry when necessary.

8. In 2024, JP's food pantry served 2,587 unique households and 8,511 unique individuals across more than 30,000 visits, and distributed more than 825,000 pounds of food.

9. Our food pantry services are already operating at or near capacity. We carefully manage our food inventory, volunteer schedules, and distribution operations to efficiently serve the existing demand from our community.

### III. JOHNSON PARTNERSHIP'S CLIENTS WHO ARE SNAP RECIPIENTS

10. Based on my knowledge of our client population and information gathered from intake procedures and client interactions, I estimate that approximately 47% of the households served by JP's food pantry include at least one member who receives SNAP benefits.

11. For many of these households, SNAP benefits constitute the primary or sole means by which they can afford to purchase food. These benefits are typically loaded onto Electronic Benefits Transfer ("EBT") cards at the beginning of each month, and families plan their food budgets around the availability of these benefits.

12. Many of our clients live paycheck to paycheck with no savings or financial cushion. They depend on the timely and predictable issuance of their SNAP benefits to feed themselves and their families.

## IV.  INJURY TO JOHNSTON PARTNERSHIP FROM SNAP BENEFIT SUSPENSION

13. The suspension of SNAP benefits will cause immediate and severe harm to JP and our ability to fulfill our mission. Specifically:

14. Our staff have already received more than 100 calls this week alone from SNAP recipients seeking information about the status of their benefits during the government shutdown or emergency food assistance because of the expected loss of their benefits. We have had to divert employees and volunteers from other programs to manage this influx. This disruption impairs our ability to carry out other essential services and strains our limited administrative and financial resources.

15. JP is already seeing an increase in need and expects to experience a dramatic and unprecedented increase in demand for emergency food assistance at our food pantry. Individuals and families who normally rely on SNAP benefits to purchase food will be forced to turn to emergency food sources to avoid going hungry.

16. Based on reports from our food pantry managers and volunteers, we have already seen an approximate 22% increase in the number of households seeking food assistance since the federal government shut down in early October. We expect that number to dramatically increase if SNAP benefits are not distributed in November. We have seen a 17% to 28% increase each month compared to the past year since April 2022, when Iowa ended pandemic-level SNAP allotments. Some JP clients

4

have expressed panic and desperation during conversations about the pending cuts, not knowing how they will feed their children or themselves without their SNAP benefits.

17. This surge in demand is unsustainable for JP. Our food pantry was designed and resourced to provide *supplemental* emergency food assistance, not to serve as the primary food source for thousands of households that have suddenly lost their SNAP benefits.

18. The dramatic increase in demand would rapidly deplete JP's food inventory. We are already distributing food at a rate that far exceeds our normal pace, and our existing supply chains and purchasing arrangements were not designed to accommodate this level of sustained demand.

19. JP will be forced to expend significant additional financial resources to purchase emergency food supplies to meet the increased demand and do our best to counteract the loss of SNAP benefits for those we serve. Even before the shutdown, JP was barely able to meet the level of need. With the suspension of SNAP benefits, we will be forced to divert funds from other programs and services to ensure we can provide food to the families coming to our doors.

20. As of September 30, 2025, we have spent approximately $8,000 in unbudgeted funds on emergency food purchases in response to the anticipated SNAP suspension. This represents a diversion of resources

5

from other critical programs, including our mentoring program, upcoming holiday support programs, and other food assistance programs to the local school district.

21. If the SNAP suspension continues, JP will face impossible choices: either continue depleting our food inventory and scaling back our other programs at an unsustainable rate, or turn away hungry families who have nowhere else to turn. Neither option is acceptable, and both represent a fundamental frustration of JP's core mission.

22. The increased demand will also place extraordinary strain on JP's staff and volunteers. Our food pantry staff, who were already working at full capacity, will be forced to work longer hours and manage far greater numbers of clients than our operations were designed to handle.

23. We will be forced to reassign staff from other programs to help manage the food pantry operations if SNAP benefits are suspended. This will disrupt our other services and prevent us from fully delivering on our commitments to clients.

24. Although we understand that community members and philanthropic organizations are stepping up to donate to food banks and food pantries like ours in this time of need, we have no expectation that donations will close the gap that SNAP benefits typically provide. Even if we saw exponential growth in support, we would not be able to scale our food

6

assistance operations without significant cuts to our other programming due to staff and space limitations.

25. JP's mission is to mobilize partnerships, resources, and services to respond to essential community needs. The SNAP suspension would undermine this mission by forcing us to operate in crisis mode, focusing all available resources on emergency food distribution while our other programs suffer.

26. The harm to JP will worsen each day that SNAP benefits are suspended. These diversions of staff time and financial resources impair JP's ability to carry out its regular programs and thus frustrate our mission. We cannot sustain this level of emergency response without devastating consequences for our organization and the community we serve.

## V. THE HARM TO JOHNSON PARTNERSHIP AND OUR CLIENTS ABSENT A TRO WOULD BE IRREPARABLE

27. The harms to JP and our clients described above would be irreparable if SNAP benefits are suspended. Each day that SNAP benefits remain suspended, more families will go hungry, more resources will be diverted from JP's other critical programs, and more damage will be done to our ability to fulfill our mission of mobilizing partnerships, resources, and services to respond to essential community needs.

28. If JP exhausts its food inventory and financial reserves, we may be forced to reduce or close our food pantry operations temporarily, leaving vulnerable families with no source of emergency food assistance. The

harm to those families—and to JP's relationship with the community we have served—would be irreparable.

29. Similarly, the disruption to JP's other programs caused by the need to divert resources to emergency food response and benefits advice would cause irreparable harm to the individuals and families who depend on JP's regular programs.

30. The uncertainty and crisis atmosphere created by the SNAP suspension also harm JP's ability to maintain partnerships with food suppliers and community organizations, and plan effectively for our programs and services.

31. A temporary restraining order requiring USDA to immediately release November SNAP benefits would directly remedy the harms to JP. SNAP recipients would receive their benefits, reducing the demand on JP's food pantry to sustainable levels and allowing us to continue our normal operations and our full range of programs and services.

32. Without such relief, the harm to JP will be immediate and worsen each day. The longer the SNAP suspension continues, the more difficult it will be for JP to recover and restore our programs to their normal functioning.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

_____
Andrea Cook
Executive Director, Johnston Partnership

9