# EXHIBIT 18

# DECLARATION OF DAVID FINKE, CHIEF EXECUTIVE OFFICER, JEWISH FAMILY & CAREER SERVICES

I, David Finke, declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the Chief Executive Officer of Jewish Family & Career Services ("JFCS"), a multi-service community-based organization located in Louisville, Kentucky. JFCS is a member of Plaintiff National Council of Nonprofits' Kentucky state association.

2. I have served as Chief Executive Officer of JFCS since 2021. In this capacity, I have direct responsibility for overseeing JFCS's operations, programs, and services, and I am familiar with the needs of the individuals and families we serve. The facts set forth in this declaration are based on my personal knowledge, information provided to me by JFCS staff in the course of their duties, and review of JFCS's records. If called as a witness, I could and would testify competently to the matters stated herein.

## I. JEWISH FAMILY & CAREER SERVICES' MISSION AND SERVICES

3. JFCS was founded in 1908 as the Federation of Jewish Charities to address the financial assistance and health care needs of new immigrants from Eastern Europe. Just a few years later in 1917, the Federation of Jewish Charities became a founding member of Louisville Federation of Social Agencies. By 1938, the Federation had zeroed in on seven major services: Relief Services, Intake for the Jewish Hospital, Funding, Legal Aid, Citizenship Assistance, Health Services, and

1

Employment Counseling. In 2009, JFCS opened its food pantry. In 2020, JFCS remodeled and expanded the Sonny & Janet Meyer Food Pantry, expanding the food services offered.

4. Today, our vision is: "All in Greater Louisville live with dignity and purpose." Our mission is: "We expand possibilities for each person and every family to meet life's challenges with confidence." We pride ourselves on being a place where people can access the resources that all of us need to thrive. We draw from and build upon the strengths of the people who come through our doors, whether they come to volunteer, access services, or join our programs.

5. Each year, JFCS serves more than 2173 households in Louisville and the surrounding communities. Our core services include the JFCS Sonny & Janet Meyer Food Pantry, Career & Economic Opportunities, Clinical services, Family Stability, Klein Older Adults services, Immigration and Refugee services, and various support services designed to help individuals and families achieve stability and self-sufficiency.

## II. JEWISH FAMILY & CAREER SERVICES' FOOD SECURITY PROGRAMS

6. Food assistance is a critical component of JFCS services. JFCS operates the Sonny & Janet Meyer Food Pantry in partnership with Dare to Care. Through the Food Pantry, JFCS provides emergency food assistance to 167 households each month. At the JFCS food pantry, we operate on a "client-choice" model that provides a variety of fresh and shelf-stable food options (Kosher and non-Kosher), in addition

2

to personal care items and cleaning supplies. Our pantry serves as an entry point for JFCS's other programs and services.

7. Many of the individuals and families we serve rely on both SNAP benefits and our food pantry services to meet their basic nutritional needs. The individuals and families who use the JFCS food pantry include children, seniors, veterans, people with disabilities, immigrants with limited English proficiency, and other vulnerable populations struggling to afford adequate food. A substantial portion of our clients are SNAP recipients who use their benefits as their primary means of purchasing food, supplementing those benefits with emergency food assistance from our pantries when necessary. Additionally, a substantial portion of our clients that receive SNAP benefits would be impacted by the early termination of Kentucky's previously approved waiver for able-bodied adults without dependents (ABAWDs).

8. In 2024, the JFCS food pantry served more than 419 unique households across more than 2,928 visits and distributed more than 87,515 pounds of food to those families.

9. Our food pantry services are already operating at or near capacity. We carefully manage our food inventory, volunteer schedules, and distribution operations to efficiently serve the existing demand from our community.

### III.   JEWISH FAMILY & CAREER SERVICES' CLIENTS WHO ARE SNAP RECIPIENTS

10. Based on my knowledge of our client population and information gathered from intake procedures and client interactions, I estimate that

3

approximately 11% of the households served by the JFCS food pantry include at least one member who receives SNAP benefits. Of those clients, a significant number qualify as ABAWDs.

11. For many of these households, SNAP benefits constitute the primary or sole means by which they can afford to purchase food. These benefits are typically loaded onto Electronic Benefits Transfer ("EBT") cards at the beginning of each month, and families plan their food budgets around the availability of these benefits.

12. Many of our clients live paycheck to paycheck with no savings or financial cushion. They depend on the timely and predictable issuance of their SNAP benefits to feed themselves and their families.

IV. **INJURY TO JEWISH FAMILY AND CAREER SERVICES FROM SNAP BENEFIT SUSPENSION**

13. The suspension of SNAP benefits will cause immediate and severe harm to JFCS and our ability to fulfill our mission. Specifically:

14. Our office has already been inundated with calls from SNAP recipients seeking information about the status of their benefits during the government shutdown or emergency food assistance because of the expected loss of their benefits. We have had to divert employees and volunteers from other programs to manage this influx. This disruption impairs our ability to carry out other essential services and strains our limited administrative and financial resources. We have been forced to specifically fundraise and solicit food donations to address the massive demand being driven by the imminent SNAP benefit suspension.

15. When the SNAP suspension goes into effect, JFCS expects to experience a dramatic and unprecedented increase in demand for emergency food assistance at our food pantry. Individuals and families who normally rely on SNAP benefits to purchase food will be forced to turn to emergency food sources to avoid going hungry.

16. Based on reports from our food pantry managers and volunteers, we have already seen an approximate 25% increase in the number of households seeking food assistance since the federal government shut down in early October. We expect that number to dramatically increase if SNAP benefits are not distributed in November. Some JFCS clients have expressed panic and desperation during calls, clinical or case management sessions, and conversations at the food pantries about the pending cuts, not knowing how they will feed their children or themselves without their SNAP benefits.

17. This surge in demand is unsustainable for JFCS. Our food pantry is designed and resourced to provide *supplemental* emergency food assistance, not to serve as the primary food source for thousands of households that have suddenly lost their SNAP benefits.

18. The dramatic increase in demand would rapidly deplete JFCS's food inventory. We are already distributing food at a rate that far exceeds our normal pace, and our existing supply chains and partnership arrangements were not designed to accommodate this level of sustained demand.

19. JFCS will be forced to expend significant additional financial resources to purchase emergency food supplies to meet the increased demand and do our best

to counteract the loss of SNAP benefits for those we serve. We will be forced to divert funds from other programs and services to ensure we can provide food to the families coming to our doors.

20. As a SNAP benefit suspension has become more likely, we have been forced to increase our community outreach and engagement via additional food drives to offset the increased demand we are seeing. The sad paradox of the impact to our other programs is that families that are facing a loss of SNAP benefits have an increase in stress, anxiety, and lack of financial resources to address this loss, as evidenced by the calls we are already receiving. JFCS will be forced to divert resources from our career counseling, older adult, and/or clinical programs at the very moment those services are needed.

21. If the SNAP suspension goes forward, JFCS will face impossible choices: either continue depleting our food inventory and scaling back our other programs at an unsustainable rate, or turn away hungry families who have nowhere else to turn. Neither option is acceptable, and both represent a fundamental frustration of JFCS's core mission.

22. The increased demand will also place extraordinary strain on JFCS's staff and volunteers. Our food pantry staff, who were already working at full capacity, will be forced to work longer hours and manage far greater numbers of clients than our operations were designed to handle.

23. We will be forced to reassign staff from other programs to help manage the food pantry operations if SNAP benefits are suspended. This will disrupt our

other services and prevent us from fully delivering on our commitments to clients in our case management, workforce development, and other programs.

24. Although we understand that community members and philanthropic organizations are stepping up to donate to food banks and food pantries like ours in this time of need, we have no expectation that donations will close the gap that SNAP benefits typically provide. I am aware that the national Feeding America food bank network, for example, states that for every meal that its network provides, SNAP provides nine. Even if we saw exponential growth in support, we would not be able to scale our food assistance operations without significant cuts to our other programming due to staff and space limitations. Our food pantry is just one aspect of the services we offer, and even if it was the sole purpose of our organization, we could not meet the needs of everyone once SNAP benefits are suspended.

25. JFCS's mission is to provide comprehensive support services that help individuals and families achieve stability and self-sufficiency. The SNAP suspension would undermine this mission by forcing us to operate in crisis mode, focusing all available resources on emergency food distribution while our other programs suffer.

26. The harm to JFCS will worsen each day that SNAP benefits are suspended. These diversions of staff time and financial resources impair JFCS's ability to carry out its regular programs and thus frustrate our mission. We cannot sustain this level of emergency response without devastating consequences for our organization and the community we serve.

## V. JEWISH FAMILY & CAREER SERVICES' CLIENTS WOULD BE SUBJECT TO ABAWD WORK REQUIREMENTS

27. Kentucky received approval from USDA's Food and Nutrition Service for a partial ABAWD waiver through November 30, 2025. This waiver was granted based on the lack of sufficient jobs for ABAWDs in 117 of 120 counties in Kentucky, including Louisville and the surrounding region, and was intended to ensure that individuals who want to work but cannot find adequate employment would not lose their vital food assistance.

28. JFCS serves a significant population of individuals who will be subject to ABAWD work requirements when the waiver expires. These individuals—able-bodied adults without dependents between the ages of 18 and 64—are subject to a time limit on their SNAP benefits unless they meet certain work requirements or live in an area covered by a waiver of those requirements.

29. In addition to suspending SNAP benefit issuances during the shutdown, USDA has also terminated Kentucky's ABAWD waiver effective November 2, 2025. This termination occurred despite the fact that Kentucky's waiver had been approved through November 30, 2025, and was based on USDA's own finding that Kentucky lacks sufficient jobs for ABAWDs in 117 of 120 counties.

## VI. INJURY TO JEWISH FAMILY & CAREER SERVICES FROM ABAWD WAIVER TERMINATION

30. USDA's termination of the ABAWD waiver means that able-bodied adults without dependents in Kentucky who do not meet work requirements will

begin losing their SNAP benefits after three months, even if they want to work but cannot find adequate employment.

31. The termination of the ABAWD waiver independently harms JFCS because it means that even if the immediate SNAP suspension is resolved, a significant portion of our client population subject to ABAWD requirements will face loss of benefits in the coming months.

32. Many of the JFCS clients who are subject to ABAWD requirements face barriers to employment, including limited English proficiency, lack of transportation, physical or mental health challenges that do not rise to the level of disability, lack of work experience, or criminal records that make finding employment extremely difficult.

33. JFCS serves many individuals in this population through our workforce development and job training programs. However, our capacity to help every ABAWD find and maintain qualifying employment is limited, particularly in an economy with insufficient job opportunities, as USDA itself recognized when approving Kentucky's waiver.

34. Because the new eligibility requirements for ABAWDs in Kentucky will take effect a month earlier than expected, JFCS will have to divert significant resources and time from our other core activities to educate staff and clients about the new requirements, support clients through SNAP hearings, and assist individuals track their work hours to maintain SNAP eligibility.

9

35. We also anticipate that our staff will be inundated with requests for assistance navigating new ABAWD requirements. We typically provide such assistance as part of case management services. We did not expect that Kentucky's waiver would be terminated until the end of November and are still in the process of developing plans for educating our clients about how the waiver's termination will affect their work requirements. We are already stretched thin and will have to divert resources from our other programs to meet this need.

36. The termination of the ABAWD waiver will result in an entire category of individuals losing SNAP benefits a full month earlier than expected and turning to the JFCS food pantry for emergency assistance. For the same reasons that a suspension of SNAP benefits during the shutdown will frustrate JFCS's mission and force us to divert resources in response, the early waiver termination will also increase demand on our already-strained resources and prevent us from effectively serving our community.

37. We will need to significantly expand our food assistance operations to fill even some of the gap for ABAWDs losing their benefits under the waiver termination. Although we would have had to make adjustments for the eventual termination on November 30, 2025, the extra month of emergency support that we will need to provide will be a substantial drain on our resources at a time of acute need, and our other programs and mission will suffer as a result.

38. The waiver termination's significant impact on our core activities, and threatens to overwhelm JFCS's capacity from multiple directions and causes ongoing, irreparable harm to our organization and mission.

## VII. THE HARM TO JEWISH FAMILY & CAREER SERVICES AND OUR CLIENTS ABSENT A TRO WOULD BE IRREPARABLE

39. The harms to JFCS and our clients described above would be irreparable if SNAP benefits are suspended or if Kentucky's waiver is terminated early. Each day that SNAP benefits remain suspended, and each additional day that ABAWDs are at risk of losing their SNAP eligibility, more families will go hungry, more resources will be diverted from JFCS other critical programs, and more damage will be done to our ability to fulfill our mission of supporting individuals and families across the lifespan.

40. If JFCS exhausts its food inventory and financial reserves, we may be forced to reduce or close our food pantry operations temporarily, leaving vulnerable families with no source of emergency food assistance. The harm to those families—and to JFCS's relationship with the community we have served for decades—would be irreparable.

41. Similarly, the disruption to JFCS's clinical, workforce development, and other programs caused by the need to divert resources to emergency food response or ABAWD-specific job placement and benefits advice would cause irreparable harm to the individuals and families who depend on JFCS's regular programs. Delays in education, job training, and support services can have lasting consequences that cannot be remedied later.

42. The uncertainty and crisis atmosphere created by the SNAP suspension and ABAWD waiver termination also harm JFCS's ability to maintain partnerships with food suppliers and community organizations, and plan effectively for our programs and services.

43. A temporary restraining order requiring USDA to immediately release November SNAP benefits and to restore Kentucky's ABAWD waiver would directly remedy the harms to JFCS. SNAP recipients would receive their benefits, reducing the demand on JFCS's food pantry to sustainable levels and allowing us to continue our normal operations and our full range of programs and services.

44. Without such relief, the harm to JFCS will be immediate and worsen each day. The longer the SNAP suspension continues, the more difficult it will be for JFCS to recover and restore our programs to their normal functioning. The same is true for each day that JFCS needs to absorb the responsibility of providing food, workforce, and benefits assistance to ABAWDs affected by Kentucky's early waiver termination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2025

*David Finke*
DocuSigned by:
BDAF10163F1A42B...

David L. Finke, Ph.D.
Chief Executive Officer, Jewish Family & Career Service