# EXHIBIT 19

## <u>DECLARATION OF ELENA MEDINA NEUMAN, SEIU ASSOCIATE GENERAL COUNSEL</u>

I, Elena Medina Neuman, declare as follows:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am an Associate General Counsel with the Service Employees International Union (SEIU). I have been employed by SEIU for 13 years. My office is located at 3055 Wilshire Blvd., Suite 1050, Los Angeles, California. SEIU is headquartered at 1800 Massachusetts Ave., N.W., Washington, D.C. 20036.

3.      I am familiar with the broad range of work performed by SEIU members and the experiences of SEIU members and workers engaged in SEIU organizing campaigns through my work, materials I have reviewed, and information made available to me pursuant to my duties at SEIU.

4.      The U.S. Department of Agriculture's (USDA) failure to distribute Supplemental Nutrition Assistance Program (SNAP) funds and the premature termination of existing waivers of federal work requirements for SNAP recipients who are classified as Able-Bodied Adults Without Dependents (ABAWDs) will irreparably harm SEIU, our members, and the communities our members serve.

5.      SEIU represents approximately two million members in healthcare, the public sector, and property services. SEIU has over 150 affiliates across the United States, Puerto Rico, and Canada. SEIU members include physicians, technicians, long-term care workers, janitors, security officers, airport workers, child care workers, educators, fast food workers, city, county, state, and federal employees, and many more.

6.      Our work is guided by our vision for a just society where all workers are valued and all people respected—no matter where we are from or the color of our skin; where all families and communities can thrive; and where we leave a better and more equitable world for generations to come.

1

7.     To achieve this vision, SEIU's work is centered on forging a multi-racial, multi-generational, multi-lingual labor movement that builds worker power through unions, raises standards in workplaces and in communities, and—crucially—seeks to end poverty wages forever.

8.     When SEIU members negotiate collective bargaining agreements (CBAs), they are able to meaningfully improve their wages and working conditions. On average, union workers' wages are 11.2% higher than their nonunion counterparts, and 96% of union workers have employer-provided health insurance as compared to only 69% of nonunion workers.[1]

9.     SEIU and our affiliates also advocate for local, state, and federal laws, regulations, policies, and programs that advance the interests of all working people. For instance, SEIU helped launch the Fight for $15 and a Union movement, which has won an estimated $150 billion in raises for 26 million workers nationwide.[2]

10.     Nonetheless, tremendous wealth inequality persists in the United States. In fact, the worsening wealth gap correlates with the decline in union membership, which is attributable in significant part to broken labor laws, restrictive anti-union laws, and the rise of the gig economy. In 2022, the top 10% of families held 69% of the country's wealth, while the bottom 50% owned a mere six percent.[3] Just 12 U.S. billionaires are collectively worth more than $2 trillion.[4]

11.     The wealth gap widens significantly when race is taken into account. In 2019, the median Black family owned $24,100 in wealth and the median Latino family owned $36,050—12.7% and 19.1% of the $189,100 in wealth held by the typical white family, respectively.[5] That

---

[1] AFL-CIO, *Union Facts: The Value of Collective Voice*, https://aflcio.org/formaunion/collective-voice (last visited Oct. 29, 2025).
[2] Fight for a Union, About, *fightforaunion.org/about* (last visited Oct. 29, 2025).
[3] Cong. Budget Off., *Trends in the Distribution of Family Wealth, 1989 to* 2022 (Oct. 2024), https://www.cbo.gov/publication/60807.
[4] Sarah Anderson, *Ten facts about wealth inequality in the USA*, London Sch. of Econ. (Jan. 2, 2025), https://blogs.lse.ac.uk/inequalities/2025/01/02/ten-facts-about-wealth-inequality-in-the-usa/.
[5] *Id.*

year, 28% of Black households and 26% of Latino households had zero or negative wealth, which means they are "just one minor economic setback away from tragedy."[6]

12.    SNAP is therefore a crucial program that reduces food insecurity, provides essential, nutritious food to adults and children alike, and stimulates local economies. The program serves more than 41 million low-income people in the United States, including 1 in 5 workers.[7] Households with children comprised one-third of all SNAP households in Fiscal Year 2023.[8]

**SEIU Represents and Organizes Workers who Rely on the SNAP Program and will be Irreparably Harmed by the Nonfunding of SNAP Benefits**

13.    SEIU represents and is organizing workers who are SNAP recipients. These workers are employed in four of the ten occupations with the largest number of workers receiving SNAP benefits in 2022: (1) home health and personal care aides (31% of whom received SNAP); (2) school bus monitors (24% of whom received SNAP); (3) nursing assistants (22% of whom received SNAP); and (4) ambulance drivers and attendants, except emergency medical technicians (22% of whom received SNAP).[9] SEIU also represents workers employed in the California fast-food industry. According to a 2021 study, 27% of California fast-food workers were enrolled or had a family member enrolled in SNAP.[10]

14.    SEIU members and associate members (most of whom have not yet won a union contract) have described how losing SNAP benefits will detrimentally impact themselves and their families. They shared plans to forego food so their children could eat instead (especially when their children require specialized diets), contemplated giving up beloved pets to reduce

---

[6] *Id.*
[7] Morgan Coulson, *What is SNAP? And Why Does it Matter*, Johns Hopkins Bloomberg Sch. of Pub. Health (Oct. 29, 2025), https://publichealth.jhu.edu/2025/what-is-snap-and-why-does-it-matter; Joseph Llobrera and Lauren Hall, *SNAP Helps Millions of Workers in Low-Paying Jobs*, Ctr. on Budget and Pol'y Priorities (July 30, 2024), https://www.cbpp.org/research/food-assistance/snap-helps-millions-of-workers-in-low-paying-jobs.
[8] Mia Monkovic and Ben Ward, *Characteristics of Supplemental Nutrition Assistance Program Households: Fiscal Year 2023* xiv (Apr. 2025), https://www.fns.usda.gov/research/snap/characteristics-fy23.
[9] *See* Llobrera and Hall, *supra* note 7, at Appendix Table 5.
[10] Kuochih Huang et al., *The Fast-Food Industry and COVID-19 in Los Angeles*, UCLA Lab. Ctr. 8 (Mar. 2021).

household expenses, and worried about how they would pay bills for basic necessities like rent and diapers. The unifying theme was that these workers rely heavily on SNAP benefits to make ends meet and they will be seriously and irreparably harmed by the suspension of benefits beginning November 1, 2025.

**SEIU Members who Help Administer SNAP Benefits will be Irreparably Harmed by the Nonfunding of SNAP Benefits and the Early Termination of ABAWD Waivers**

15.    SEIU also represents state and local government workers who help administer SNAP benefits to eligible recipients across the country, including members of SEIU Locals 221, 521, 721, and 1021 in California; COWINS in Colorado; Local 2001 CSEA in Connecticut; Local 1989 MSEA in Maine; Local 509 in Massachusetts; Local 1984 in New Hampshire; Local 4053 PEF in New York; Local 1199WKO in Ohio; Local 503 in Oregon; and Local 668 in Pennsylvania. SEIU members are the human face of the government when it comes to deciding whether or not a family's basic needs for income, food, and shelter can and will be met. They process and review applications, determine and certify eligibility for applicants, advise clients receiving benefits, provide technical support, and supervise day-to-day administration of SNAP and other benefit programs.

16.    SEIU members are deeply concerned about the impact the denial of benefits will have on the vulnerable populations they serve. By definition, SNAP recipients are low income, and do not have the resources to help adjust to a sudden loss in benefits or bridge a gap until benefits resume. Members report concerns particularly about disabled and elderly SNAP recipients, whose health status can quickly become dire if they cannot eat for even a day, and families with children being evicted from their housing when they use rent money to buy food instead. SEIU Local 509 in Massachusetts reported that members are already fielding phone calls from recipients who are panicked at the prospect of losing SNAP benefits for their families.

17.    Workers who have dedicated their careers to administering benefit programs understand the extreme and overlapping vulnerabilities of SNAP recipient households. As a Maintenance Caseworker who is a member of SEIU Local 668 in Pennsylvania explained: "It's

going to be pure chaos, and the overwhelming stress on the whole community will be devastating. There is no doubt in my mind that, without SNAP benefits, people are going to die."

18.     SEIU members are also concerned for the safety of themselves and their co-workers. At least some of the government offices that members work out of do not have a security presence, metal detectors, or other protection for workers. Recipients who depend on SNAP benefits for survival are likely to be frustrated and angry when they do not receive their expected benefits. Although some state and local government employers are increasing security in anticipation, workers do not know what to do if their office is overwhelmed or attacked.

19.     Benefit workers are proud of their work and the service they provide in their communities. They work long hours and overtime to keep up with high demands. It is heartbreaking for our members—who worked hard over the past month to certify SNAP eligibility for November—to now see clients unnecessarily deprived of the benefits they desperately need. It will be distressing and traumatic for workers to respond as client after client asks for help, with no way to meet the increasing needs for food. An Economic Assistance Supervisor, who oversees SNAP benefit application processing and is a member of SEIU Local 509, described concerns about retaining benefits staff under such stressful circumstances: "It's going to be a trauma response like secondary PTSD. There's nothing we can give them—just a piece of paper with resources. This is these workers' communities—they live here, they have to witness families and individuals suffering."

20.     SEIU members are also concerned about the cascading economic implications of both the nonfunding of SNAP benefits during the shutdown and the premature termination of existing waivers of federal work requirements for ABAWD SNAP recipients. The USDA pays for approximately 50% of states' administrative costs for implementing the SNAP program, which include funding for staff salaries, training, and quality control oversight.[11]

---

[11] U.S. Dep't of Agric., *Exploring the Causes of State Variation in SNAP Administrative Costs*, https://www.fns.usda.gov/research/snap/state-variation-administrative-costs (last visited Oct. 29, 2025).

21.     In an October 10, 2025 memorandum, USDA informed SNAP agencies that funding was "available for benefits and operations through the month of October."[12] The Department did not address whether funding for operations would be available after October and later encouraged SNAP agencies to limit administrative costs, leaving states in doubt as to whether USDA will continue to pay its share of administrative costs.

22.     If states are not reimbursed for SNAP administrative costs, they will likely have to shift funds from elsewhere and/or cut costs, including potential furloughs and layoffs. States and local governments are already stretched thin, and there is substantial concern about whether SEIU members' state and local government employers will be able to cover federally obligated administrative costs for SNAP. For example, last week, Maine's Commissioner of Administrative and Financial Services warned that as many as 2,500 public employees could be laid off unless the state receives federal funding for its programs.[13] As state and local governments struggle to cover or cut program costs, SEIU members' jobs will be on the line.

23.     Declarations from individual SEIU members who are irreparably harmed by the government's actions are attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

_____
Elena Medina Neuman

---

[12] Memorandum from U.S. Dep't of Agric. on Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025 (Oct. 10, 2025), chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://oag.ca.gov/system/files/attachments/press-docs/2025.10.10_SNAP%20November%202025%20Issuance%20File%20Guidance.pdf.
[13] Emma Davis, *Here's how Maine is being impacted by the federal government shutdown*, Maine Morning Star (Oct. 17, 2025), https://mainemorningstar.com/2025/10/17/heres-how-maine-is-being-impacted-by-the-federal-government-shutdown/.

6

# Attachment A

**DECLARATION OF ALICIA CLEVELAND, ASSOCIATE SEIU MEMBER**

I, Alicia Cleveland, declare as follows:

1.       I am a member of the Service Employees International Union ("SEIU"), and an active participant in SEIU's Union of Southern Service Workers ("USSW") campaign. The statements made in this declaration are based on my personal knowledge.

2.       I live in Atlanta, Georgia and currently work in customer service for the State of Georgia's Clean Air program which provides emission inspections. I am paid $16 per hour and I work 40 hours per week. In addition, I also provide child care services part-time where I can potentially make $80 to $90 per week. However, I do not have a steady schedule, so some weeks, I do not earn anything from my part-time job.

3.       I have received SNAP benefits on and off since the pandemic starting in 2020. I am a single mom and I use my SNAP benefits to provide food for myself and my 16-year-old daughter. I receive around $536 per month in SNAP benefits on the 21st each month. I am certified to receive benefits until November 30th but I just applied for recertification and I have an interview on November 3rd. Even with the SNAP benefits, I still have to pay $300 per month for groceries out of my pocket. Overall, my monthly grocery budget is $800. I try to use my SNAP benefits to purchase healthy food items such as fruits and vegetables. However, if my SNAP benefits are cut, I will be forced to choose less expensive food over healthier choices.

4.       I am already making hard decisions in this difficult economy, and with the possibility of SNAP benefits being terminated, I will have to choose between paying my bills including rent, utilities, and transportation and providing food for myself and my daughter. I currently do not have health insurance, and I have to pay for my medication out of pocket. In a few months, I was hoping to be in a financial position to be able to pay for health insurance

1

coverage, but if SNAP benefits are cut, then my hopes of obtaining health insurance will go to the wayside.

5.     In addition to supporting my 16-year-old daughter, I also provide support for my son who is attending college. If my SNAP benefits are cut, I will have less money available to support my children. I will be unable to help with my son's college expenses. Furthermore, my daughter participates in after-school activities, such as cheerleading. Without SNAP benefits, I will not have enough money to continue to support my daughter's extracurricular activities.

6.     The SNAP benefits cuts will also be detrimental to my mental health. Despite working 40 hours per week, I have feelings of shame and guilt because I am unable to successfully provide for my family. If SNAP benefits are cut, I am unsure how I will be able to make the difficult financial decisions I described earlier.

7.     I do not have any food banks near me. When I have gone to food banks in the past, the demand has been so high that I am unable to even get an appointment because they are booked. If SNAP benefits are cut, then I am sure that demand will skyrocket and it will be impossible to get access to food banks.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.


 */s/  Alicia Cleveland*
Alicia Cleveland

# Attachment B

## <u>DECLARATION OF AMARA BERRY, SEIU ASSOCIATE MEMBER</u>

I, Amara Berry, declare as follows:

1.     I am a member of the Service Employees International Union ("SEIU"), and an active participant in SEIU's Union of Southern Service Workers ("USSW") campaign. The statements made in this declaration are based on my personal knowledge.

2.     I live in Fairburn, Georgia. I am currently a self-employed hairstylist who works around 35-30 hours per week. My earnings change weekly based on whether I am able to get clients. I previously worked at a fast food restaurant called Touch Down Wings; however, I was fired after my manager found out that I was pregnant.

3.     I use my SNAP benefits to provide food for myself and my two-year-old toddler. At the beginning of each month, I receive around $500 in SNAP benefits. I am certified to receive SNAP benefits at least until the end of next month. However, I still have to pay between $100 to $200 per month out of pocket for my groceries. My overall monthly grocery budget is around $600 to $700. With my SNAP benefits, I am able to purchase everyday groceries including proteins and veggies, as well as lunch snacks and juice for my son.

4.     If my SNAP benefits are cut, I am not sure how I will provide for my son and me. Even now with SNAP benefits, I skip several meals to ensure my son is able to eat. However, skipping meals is even more difficult now because I am currently pregnant with my second child, and I am due April 2026. As a pregnant person, I am constantly hungry and feel sick when I am unable to eat food. However, I have to make sacrifices for my family. I am only 20 years old and in the middle of a divorce. Soon, I will be a single mom responsible for taking care of two children.

5.      I have significant monthly bills, including paying $600 to $800 per month for car insurance, $100 per month for the phone bill, and paying $100 per month for an old car I purchased that cannot be driven due to transmission issues. In addition, I have to worry about childcare expenses and how to transport my son to places since my car does not work. I was hoping to purchase a new car soon but with SNAP benefits cuts, that will not be possible.

6.      On October 27, 2025, I used the last of my October snap benefits to purchase pasta, milk, and cereal for my son. With the last of my benefits being spent, I do not know where our next meal will come from. I have gone to food banks near my house, which have been helpful in the past. However, it is difficult to go to the food banks because they are only open a few times a month and only provide food during certain hours. Generally, if you get to the food banks late, there is not much food left. Even when I get to the food banks early, I still do not get a lot of food. Once SNAP benefits are cut, I expect that it will be even more difficult to get food from food banks due to the number of people who will also need food.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025.


 _/s/ Amara Berry_____
Amara Berry

# Attachment C

**<u>DECLARATION OF KATELYN GIEDE,</u>**
**<u>ASSOCIATE SEIU MEMBER</u>**

I, Katelyn Giede, declare as follows:

1.      I am a member of the Service Employees International Union ("SEIU"), and an active participant in SEIU's Union of Southern Service Workers ("USSW") campaign. The statements made in this declaration are based on my personal knowledge.

2.      I live in Covington, GA.  I am currently employed as a server at Waffle House in Atlanta, Georgia. Until recently, I have worked 40 hours per week. However, my hours were recently cut to 14 hours per week. I am paid $3.50 plus tips. Generally, I work first shift between the hours of 7 am and 2 pm.

3.      I have been receiving SNAP benefits on and off for over 12 years. I receive $500 per SNAP benefits per month on the 7th. My total grocery bill is around $800 per month, with $300 being paid out of pocket. I am certified to receive SNAP benefits until June 2026. As a single mom, I use my SNAP benefits to purchase everyday grocery items such as meat, breakfast items, and snacks for my child's lunch. I am limited on what food I can purchase because my stove is broken. Currently, I am only able to cook meals in an air fryer and one burner electric stove. With the rising costs of groceries, I have to buy lower-quality food items. For example, I am unable to buy regular eggs, and instead, have to purchase cheap processed pre-boiled eggs.

4.       Even with SNAP benefits, I go hungry many nights in order to provide food for my 7-year-old son. When I skip meals, it impacts me both physically and mentally. I need enough energy to take care of my son and to work. Without food, I am unable to think clearly at work.

1

5.      If my SNAP benefits are cut, I am not sure how I will provide for my son and me. I pack lunches and snacks for my son to take to school. He goes to a Title I school where all of the parents are struggling to provide food for their children. If my benefits are cut, I will not have the ability to even provide my child with a school lunch. In addition, the holidays are coming up, and I am not sure if I will be able to provide holiday meals or gifts for my son.

6.      The SNAP cuts will not only impact my ability to feed myself and my son but also my ability to provide a roof over our heads. I am already struggling to pay November's rent along with my other bills including phone bill, car maintenance, and utilities. I will likely have to use money that I set aside for bills in order to feed my son. It is very likely that I may miss my November rent payment and lose my home. If I lose my home, my son can likely stay with family and friends, but I will be left out on the streets.

7.      I have a food bank close to my house. However, the food bank is only open from 11 am to 1 pm, and I currently work from 7 am until 2 pm. If I go to the food bank, I will likely have to take time off from work, when I'm already struggling to pay for food and bills.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.


 */s/ Katie Giede*
Katie Giede

# **Attachment D**

## DECLARATION OF ROSA GONZALEZ

I, Rosa Gonzalez, declare as follows:

1. I am a member of and active in the California Fast Food Workers campaign. The California Fast Food Workers Union, is a campaign of SEIU.

2. I live in Los Angeles, California.  I was recently terminated from my employment and am not employed. I believe I was let go from my job because of my union activities.

3. I worked at the fast food restaurant Yoshinoya in Los Angeles, California, for the last year and a half.  I earned $20 an hour and for most of my employment, I typically worked 27 to 25 hours a week. My typical shift was 5 pm to 10 pm. However, in or about February or March of 2025, my hours were cut to approximately 15 hours a week when a new manager started working at the restaurant. From that time through the date of my recent termination, I earned approximately $200 a week.

4. We are a family of five. Together, my partner and I have three children ages 12, 16, and four.

5. I have been receiving SNAP benefits for the last year. I receive monthly benefits that vary month by month. I have received approximately anywhere from $1,100 to $700 a month in the form of food stamps. I receive my benefits every 8th of the month.

6. I purchase groceries, food, meat, and all necessities to feed my family. On occasion I may purchase food from Subway or Burger King as well. Weekly I spend $300 in food for my family of five.

7. I will be greatly affected if I do not receive benefits. I'm currently out of work. No benefits will impact my family and my children. I will not be able to feed my family and my children.  This will be devastating for my family.

1

8.  If I do not receive benefits, I will be greatly affected. I am without work and still need to pay rent. Moreover, there's always emergencies. I don't know where I'd get money to pay for rent and other necessities. Getting credit cards or going into debt is also not an option because I would not have the money to pay the debt and could end up going into bankruptcy. I also would have trouble paying for my auto insurance. I also help support my mother in my home country and would not be able to send her money which would impact her ability to support herself.

9.  Without a job, I would have to find a way to find money. This will hurt my family terribly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2025.

*/s/ Rosa Gonzalez*

Rosa Gonzalez

## CERTIFICATE OF TRANSLATION

I, Monica T. Guizar, am competent to translate from Spanish to English, and certify that the translation of the Declaration of Rosa Gonzalez is true and accurate to the best of my abilities.

*/s/ Monica T. Guizar*
Monica T. Guizar
3055 Wilshire Blvd., Suite 1050
Los Angeles, CA 90010
(213) 393-4303

# **Attachment E**

## DECLARATION OF FAWN HOLDRIDGE, SEIU MEMBER

I, Fawn Holdridge, declare as follows:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am an Income Maintenance Caseworker with the Lehigh County Assistance Office. I have been employed at the Lehigh County Assistance Office for almost 4 years. My office is located at 555 Union Blvd, Allentown, Pennsylvania. I am also a union member with Service Employees International Union ("SEIU") Local 668, where I serve as a Shop Steward and member of the state-wide Rank and File Committee.

3.      My work entails the processing of applications from the general public for government assistance programs, including Supplemental Nutrition Assistance Program ("SNAP") benefits and Medicaid. I review both new applications and renewal applications that clients must file periodically to keep their benefits. I take phone calls from clients and also meet with those who walk into our office seeking services. The amount of applications I review in a day varies based on time of year and other factors, but I typically review between 10 and 15 applications a day currently. My coworkers also process similar applications for SNAP and Medicaid benefits, as well as applications for other programs, such as cash assistance through the Temporary Assistance for Needy Families ("TANF") program and utility bill assistance through the Low-Income Home Energy Assistance Program ("LIHEAP").

1

4.     Many clients come to me seeking help with either food or medical costs and I frequently am able to sign them up for both SNAP and Medicaid benefits. I am worried that, if clients feel they cannot come in to apply for SNAP benefits, they may not come in to be signed up for Medicaid or other programs and may not have healthcare or other necessary support if an emergency happens.

5.     The non-payment of SNAP benefits during the shutdown will likely have devastating effects on our clients and office. Most of our clients are understanding now, but I believe that will change once their benefits are cut off. They have been through shutdowns before, but they still got their food stamps. I do not think they are ready to suddenly lose their benefits. I am especially worried about our elderly and disabled clients, whose health status can quickly become dire if they are unable to eat, even for a day. I am also worried about the children who may go to school hungry and not be able to have dinner when they come home.

6.     I am very concerned about what the public's reaction to suddenly losing benefits might mean for our safety at work. As I mentioned before, a lot of our clients come as walk-ins to our office. Unlike some other agencies, we do not have armed security or safety measures like metal detectors. We already occasionally have some very angry members of the public, who often are experiencing mental health crises or homelessness, come into our office, but I think this will be taken to a whole different level if their benefits are suddenly ended. I don't want to be hurt or feel scared of being hurt when I go to work.

7.      Dealing with the sudden cessation of SNAP benefits will likely have significant negative implications for all of our work. We are already having to spend additional time out of our day speaking to concerned clients who have heard they may lose their food stamps, and we expect the number of those calls to skyrocket if their benefits are ended. We also expect a significant uptick in applications for our other benefit programs for relief, like for cash assistance through TANF. But these programs have very different requirements compared to SNAP and many of our clients will likely be denied them, so we will be spending a lot of time processing and rejecting these applications, all while clients get more and more upset with us.

8.      I am worried that the resulting higher caseloads and increase in applications will result in a significantly more stressful workplace, much slower processing times, and more errors in our processing, which cost our office a significant amount to correct. Our office's cost of administering the program is already slated to go up to 25% and we will lose funding if increased applications lead to a higher error rate.

9.      The sudden ending of SNAP benefits will also likely impact our whole community by affecting our local economy. Many local businesses rely on people who pay with food stamps. If they lose all the business, it might mean they need to close or raise prices, which affects us all. It would be a vicious cycle.

10.     We are directing our clients to any available non-government assistance, like food banks through the United Way; but these programs cannot provide anywhere near enough support to make up for losing all food stamps at

their current capacity, let alone how strained they will be once everyone is suddenly seeking help from them. It's going to be pure chaos, and the overwhelming stress on the whole community will be devastating. There is no doubt in my mind that, without SNAP benefits, people are going to die.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed October 29, 2025 in Washington, District of Columbia.

*/s/ Fawn Holdridge*
Fawn Holdridge