IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*,<br><br>Defendants. | No. 25-cv-00569-JJM-AEM |

**DEFENDANTS' NOTICE OF RELATED PROCEEDINGS AND RELATED FILINGS**

Plaintiffs have filed a motion for a temporary restraining order, ECF No. 3. They challenge two distinct United States Department of Agriculture ("USDA") actions, both of which are the subject of ongoing parallel proceedings in the District of Massachusetts and the Southern District of New York—indeed, where hearings on motions for temporary restraining order in both cases were heard yesterday, and where one Court has already denied a motion for relief and the other motion is expected to be decided imminently. In light of today's scheduled hearing, Defendants are providing copies of the applicable briefing in those two cases, which are directly relevant to the issues raised in Plaintiffs' motion. Defendants reserve the right to file a more fulsome response to Plaintiffs' motion.

The first USDA action relates to the ongoing lapse in appropriations, which has left the Supplemental Nutrition Assistance Program ("SNAP") with no appropriated funds in its annual allotments account, forcing USDA to suspend upcoming November benefits. This determination is the subject of *Commonwealth of*

1

*Massachusetts v. U.S. Dep't of Agriculture* ("*Massachusetts*"), No. 1:25-cv-13165 (D. Mass.), where Judge Talwani held oral argument on October 30, 2025, and indicated that a decision would be forthcoming in short order. Defendants will provide any order when it is issued. Defendants' opposition brief in *Massachusetts*, attached hereto as Exhibit A, explains why USDA's decision accords with the Administrative Procedure Act and Food and Nutrition Act of 2008, and the associated declaration, attached hereto as Exhibit B, explains the operational difficulties—if not impossibilities—associated with Plaintiff's requested relief. The *Massachusetts* brief is particularly relevant to pages 24-29 and 36 of Plaintiff's memorandum, ECF No. 3-1.

The second USDA action relates to the One Big Beautiful Bill Act of 2025's repeal of certain statutory provisions that had given the Secretary authority to approve waivers of certain federal SNAP work requirements. On October 3, 2025, USDA informed the relevant state authorities that the waivers would be terminated on November 2, 2025 because they no longer had a permissible statutory basis. The termination of an essentially identical waiver issued to the State of New York is the subject of *Urban Justice Center-Safety Net Project (UJC-SNP) v. Rollins*, ("*UJC-SNP*"), No. 25-cv-8869-NRB (S.D.N.Y.), where Judge Buchwald held oral argument on October 30, 2025, and issued an order from the bench denying the motion for lack of irreparable harm and lack of likelihood of success on the merits. Defendants will provide the transcript and/or order of the Court when it is available. Defendants' brief in *UJC-SNP*, attached hereto as Exhibit C, explained why similarly situated plaintiffs lacked standing, could not demonstrate irreparable harm because no beneficiary previously subject to the relevant waiver could lose access to SNAP benefits before March 1, 2026, and why the decision passed muster under the APA. The *UJC-SNP* brief is particularly relevant to pages 23-24, 30-33, and 35-36 of Plaintiff's memorandum, ECF No. 3-1.

Defendants will be prepared to further explain why no emergency injunctive relief should issue at today's hearing.

Dated: October 31, 2025         Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

*/s/Tyler Becker*
TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorney for the United States*

## **CERTIFICATE OF SERVICE**

  On this 31st day of October, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

        */s/ Rachna Vyas*
        RACHNA VYAS
        Assistant United States Attorney
        U.S. Attorney's Office, District of Rhode Island