IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,

        Plaintiffs,

v.

BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*,

        Defendants.

No. 25-cv-00569-JJM-AEM

**DEFENDANTS' EMERGENCY MOTION UNDER RULE 65 TO REDUCE THE COURT'S ORAL TEMPORARY RESTRAINING ORDER TO WRITING**

Earlier today the Court issued an oral ruling granting Plaintiffs' motion for a temporary restraining order. The minute entry states, "the Court orders the USDA to distribute contingency funds; report to the Court by 12:00 PM on Monday, November 3, 2025, regarding the status of the distribution; and to honor the existing waivers." Minute Entry (Oct. 31, 2025). No court reporter is listed on the entry, and no transcript is presently available, nor is there a publicly available recording. Defendants have requested a rush transcript but have not yet received one, nor is there an estimated time one would be complete.

Federal Rule of Civil Procedure 65(d) requires that any temporary restraining order "state the reasons why it issued;" "state its terms specifically;" and "describe in reasonable detail—and not by referring to the complaint or other document—the act or acts restrained or required." Fed. R. Civ. P. 65(d)(1). Defendants are expeditiously attempting to comply with the Court's order while also considering whether any emergency relief is required. Given the operational difficulties set forth in Defendants' declaration, Doc. No. 14-2, clarity as to the Court's ruling is critical to ensure that Defendants can comply with the Court's order while avoiding an operational collapse as described in that declaration.

Accordingly, Defendants respectfully request that the court reduce its oral order to writing, consistent with Federal Rule 65, as quickly as practicable.

Dated: October 31, 2025

Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

*/s/ Tyler Becker*
TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorney for the United States*

## CERTIFICATE OF SERVICE

On this 31st day of October, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

                         */s/ Rachna Vyas*
                         RACHNA VYAS
                         Assistant United States Attorney
                         U.S. Attorney's Office, District of Rhode Island