IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,

Plaintiffs,

v.

BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*,

Defendants.

No. 25-cv-00569-JJM-AEM

**DEFENDANTS' REPORT RE COMPLIANCE WITH
THE COURT'S TEMPORARY RESTRAINING ORDER**

1. On Friday, October 31, 2025, this Court issued an oral ruling granting Plaintiffs' motion for a temporary restraining order. Later that afternoon, Defendants filed an Emergency Motion under Federal Rule of Civil Procedure 65(a) requesting that the Court reduce its oral temporary restraining order to writing, as the Rule requires. Defendants did so in part because they were "expeditiously attempting to comply with the Court's order" and there was no transcript or recording of the Court's hearing available. ECF No. 18, at 2.[1]

2. The Court granted Defendants' motion on Saturday afternoon, November 1, 2025. ECF No. 19. In its written order, the Court ordered USDA to do either one of two things. The Court ordered that USDA could "make the full [November] payment" of SNAP funds by using Section 32 Child Nutrition Program funds and other unspecified funds, and if USDA chose this option, the Court ordered that this payment must be made "by the end of the day Monday, November 4, 2025." *Id.* at 5. Alternatively, the Court ordered that "[i]f the Government does [not][2] want to use its discretion to use funds available to make a full payment of SNAP benefits for November, then it must [make a partial payment of the total amount of the contingency fund and ]expeditiously resolve the administrative and clerical burdens it described in its papers, but under no circumstances shall the partial payments be made later than Wednesday, November 5, 2025." *Id.* at 5–6. The Court then ordered the Government to "report to the Court on or before Noon on Monday, November 3, 2025, what it will do to comply with this Court's Order." *Id.* at 6.

3. Defendants have worked diligently to comply with the Court's order on the short timeline provided by the Court and during a government shutdown. The

---

[1] Defendants received a transcript of the Court's October 31 hearing the morning of Sunday, November 2, 2025.

[2] The Court's November 1 order does not use the word "not" here, but Plaintiffs and Defendants agree that the Court meant to use the word "not."

attached declaration explains that the U.S. Department of Agriculture is complying with the Court's order and will fulfill its obligation to expend the full amount of SNAP contingency funds today by generating the table required for States to calculate the benefits available for each eligible household in that State. 7 C.F.R. § 271.7(d)(1); Supp. Declaration of Patrick A. Penn, ¶¶ 2–6, 24–31. USDA will therefore have made the necessary funds available and have authorized the States to begin disbursements once the table is issued. The attached declaration also explains why USDA has determined not to use Section 32 Child Nutrition Program funds or other funds to provide full SNAP payments for the month of November. Penn Supp. Decl. ¶¶ 7–23.

Dated: November 3, 2025   Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

*/s/ Tyler J. Becker*
TYLER J. BECKER (V.A. Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Tel.: (202) 514-4052
Email: tyler.becker@usdoj.gov

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

JASON ALTABET
Trial Attorney
Federal Programs Branch

*Attorneys for the United States*

# CERTIFICATE OF SERVICE

On this 3rd day of November, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

                                */s/ Tyler J. Becker*
                                TYLER J. BECKER
                                Counsel to the Assistant Attorney General
                                U.S. Department of Justice, Civil Division