IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-569-JJM-AEM<br><br>**EMERGENCY RELIEF REQUESTED** |

**MOTION TO ENFORCE TEMPORARY RESTRAINING ORDER,
OR, IN THE ALTERNATIVE, FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY STAY**

    Plaintiffs hereby move to enforce the Court's order dated November 1, 2025 (which incorporated the Court's oral ruling of October 31, 2025), or, in the alternative, move for a temporary restraining order under Federal Rule of Civil Procedure 65 and preliminary stay pursuant to 5 U.S.C. § 705 regarding Defendants' failure to provide full benefits for the Supplemental Nutrition Assistance Program (SNAP). The November 1 order directed that the government, if it did not want to use its discretion to make full SNAP payments, needed to "expeditiously resolve the administrative and clerical burdens" associated with partial payments and make those payments just two days later than the government would be required to make full payments. Order at 5, ECF No. 19. The Court also ordered that "[a]ny decision by the agency on use of this discretion must be made in accordance with the Administrative Procedure Act and cannot be arbitrary or capricious." *Id.* at 5 n.6.

    As discussed in the attached memorandum, and as made evident by their status report filed yesterday, Defendants' choice to withhold full SNAP payments is not consistent with this

Order. Because it is now clear that due to Defendants' course of conduct, and by their own admission, undertaking a partial payment plan at this point cannot meet the Court's directives or adequately remedy the harm Plaintiffs are suffering, the Court should grant Plaintiffs' motion to enforce and should temporarily enjoin and compel Defendants to release the withheld funding, in its entirety, for November SNAP benefits.

In the alternative, the Court should grant a temporary restraining order and preliminary stay on the ground that Defendants' decision not to provide full SNAP benefits—even though they have funds available to do so and even though switching to partial payments at this late date will cause devastating delay—is arbitrary and capricious. Plaintiffs will suffer immediate and irreparable harm absent a temporary restraining order, and the balance of equities and public interest weigh strongly in Plaintiffs' favor. Accordingly, if the Court does not grant Plaintiffs' motion to enforce, it should grant the alternative request for a temporary restraining order and preliminary stay pursuant to 5 U.S.C. § 705 and order the following relief:

1. Preliminarily set aside the decision not to provide full funding for November SNAP benefits articulated in the Supplementary Declaration of Patrick A. Penn, ECF No. 21-1, pursuant to 5 U.S.C. § 705, and compel the agency to return to the status quo ante of fully funding SNAP benefits.

2. Temporarily enjoin Defendants from enforcing, implementing, giving effect to, maintaining, or reinstating under a different name the decision not to provide full benefits for SNAP in November 2025, as described in the Penn Declaration.

3. Temporarily enjoin and compel Defendants to release funding, in its entirety, for November SNAP benefits.

Plaintiffs further submit that nothing in either requested Order should be construed to delay the processing and payment of available funds that Defendants have already committed to provide.

Plaintiffs also respectfully request expedited consideration of this motion and are available for a hearing.

November 4, 2025								Respectfully submitted,

*/s/ Kristin Bateman*
Kristin Bateman (D.C. Bar No. 90037068)^
Jyoti Jasrasaria (D.C. Bar No. 1671527)^
Michael J. Torcello (D.C. Bar No. 90014480)^
Andrew Bookbinder (D.C. Bar No. 90028967)^
Adnan Perwez (D.C. Bar No. 90027532)^
Robin F. Thurston (D.C. Bar No. 1531399)^
Skye L. Perryman (D.C. Bar No. 984573)^
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
jjasrasaria@democracyforward.org
mtorcello@democracyforward.org
abookbinder@democracyforward.org
aperwez@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^˜
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

*Counsel for Plaintiffs*

^^Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the within document, the attached memorandum in support, and all attached supporting exhibits via the Court's CM/ECF system on the 4th day of November 2025, and that the participants in the case are registered CM/ECF users and will be served electronically by the CM/ECF system.

                                                     */s/ Kristin Bateman*