# EXHIBIT 1

## SUPPLEMENTAL DECLARATION OF ELENA MEDINA NEUMAN, SEIU ASSOCIATE GENERAL COUNSEL

I, Elena Medina Neuman, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am an Associate General Counsel with the Service Employees International Union (SEIU). I have been employed by SEIU for 13 years. My office is located at 3055 Wilshire Blvd., Suite 1050, Los Angeles, California. SEIU is headquartered at 1800 Massachusetts Ave., N.W., Washington, D.C. 20036.

3. I am familiar with the work performed by SEIU members and the experiences of SEIU members and workers engaged in SEIU organizing campaigns through my work, materials I have reviewed, and information made available to me pursuant to my duties at SEIU.

4. The U.S. Department of Agriculture's (USDA) failure to timely distribute and fully fund Supplemental Nutrition Assistance Program (SNAP) payments is harming SEIU, our members, and the communities our members serve.

5. Since the Trump administration's announcement that SNAP benefits would be halted, our affiliates have reported that our members who receive SNAP benefits are scared, stressed, and extremely confused. Although the restarting of SNAP benefits is an enormous relief, reduced and delayed payments continue to cause tremendous hardship for SEIU members. They must decide which bills will be paid or not, what and how much food their children can access, and whether they will forego meals altogether to ensure their children are fed.

6. Three SEIU members from different regions of the country—North Carolina, Georgia, and Massachusetts—describe their experiences in the attached declarations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2025.

Elena Medina Neuman

1

# Attachment A

## **DECLARATION OF ESHAWNEY GASTON, SEIU MEMBER**

I, Eshawney Gaston, declare as follows:

1. I am a member of the Service Employees International Union ("SEIU"), and an active participant in SEIU's Union of Southern Service Workers ("USSW") campaign. The statements made in this declaration are based on my personal knowledge.

2. My employment as a full-time seasonal employee at a Halloween costume store in Durham, North Carolina ended this week. I was paid $11.80 per hour.

3. I have been receiving SNAP benefits on and off for at least two years. I use my SNAP benefits to support myself and my three children who are the ages of three, two, and one. I receive around $994 per month in SNAP benefits on the 17th of every month. I am certified to receive benefits until the end of the year. I am currently expecting my fourth child on November 18th. With my SNAP benefits, I am able to purchase protein, veggies, and baby food. All of my children have health conditions that cause them to be underweight. Even though some of my children are able to get breakfast and lunch at school, I still need to rely upon SNAP to purchase additional groceries in order to ensure they are able to stay a healthy weight.

4. Only receiving a partial payment of my SNAP benefits is not enough. Even when I receive my full SNAP benefits, although it helps me significantly, I have to make things stretch. In order to make sure my kids have enough to eat, especially considering their specific dietary needs due to health conditions, I may spend $200-$300 in one trip to the grocery store. Partial payments will not cover the food my kids need for the entire month.

5. Even though I am pregnant, I already have to skip meals in order to have enough food for my children to eat. While I live with my mother, I am still responsible for paying for my phone bill, storage fees, and other life necessities. I have been saving money to take care of my

newborn, and hopefully move out of my mother's home. However, if SNAP benefits are cut, even with partial payments, my savings will be wiped out.

      6.      Any delay in receiving any SNAP benefits is will seriously impact my family. Food banks only give out certain foods like pasta, canned goods, and sometimes fruit snacks. Also, when my kids have a scheduled doctor's appointment, I can get a bag of food from the doctor's office. The doctor's office usually provides the same foods as the food bank. However, protein is a critical part of my kids' diets. Making sure my kids have sufficient protein is medically necessary to maintain their health. Cutting and/or delaying my SNAP benefits puts my kids' health in jeopardy.

      7.      If the SNAP benefits are cut, reduced, or delayed, it will impact my mental and physical health. I already suffer from mental health issues and the idea of going without food for myself and my children will exacerbate my mental condition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2025.

 */s/ Eshawney Gaston*
Eshawney Gaston

# Attachment B

## **DECLARATION OF AMARA BERRY, SEIU MEMBER**

I, Amara Berry, declare as follows:

1. I am a member of the Service Employees International Union ("SEIU"), and an active participant in SEIU's Union of Southern Service Workers ("USSW") campaign. The statements made in this declaration are based on my personal knowledge.

2. I live in Fairburn, Georgia. I am currently a self-employed hairstylist who works around 35-30 hours per week. My earnings change weekly based on whether I am able to get clients. I previously worked at a fast food restaurant called Touch Down Wings; however, I was fired after my manager found out that I was pregnant.

3. I use my SNAP benefits to provide food for myself and my two-year-old toddler. At the beginning of each month, I receive around $500 in SNAP benefits. I am certified to receive SNAP benefits at least until the end of next month. However, I still have to pay between $100 to $200 per month out of pocket for my groceries. My overall monthly grocery budget is around $600 to $700. With my SNAP benefits, I am able to purchase everyday groceries including proteins and veggies, as well as lunch snacks and juice for my son.

4. If my SNAP benefits are cut, I am not sure how I will provide for my son and me. Even now with SNAP benefits, I skip several meals to ensure my son is able to eat. However, skipping meals is even more difficult now because I am currently pregnant with my second child, and I am due April 2026. As a pregnant person, I am constantly hungry and feel sick when I am unable to eat food. However, I have to make sacrifices for my family. I am only 20 years old and in the middle of a divorce. Soon, I will be a single mom responsible for taking care of two children.

5. I have significant monthly bills, including paying $600 to $800 per month for car insurance, $100 per month for the phone bill, and paying $100 per month for an old car I purchased that cannot be driven due to transmission issues. In addition, I have to worry about childcare expenses and how to transport my son to places since my car does not work. I was hoping to purchase a new car soon but with SNAP benefits cuts, that will not be possible.

6. On October 27, 2025, I used the last of my October snap benefits to purchase pasta, milk, and cereal for my son. With the last of my benefits being spent, I do not know where our next meal will come from. I have gone to food banks near my house, which have been helpful in the past. However, it is difficult to go to the food banks because they are only open a few times a month and only provide food during certain hours. Generally, if you get to the food banks late, there is not much food left. Even when I get to the food banks early, I still do not get a lot of food. Once SNAP benefits are cut, I expect that it will be even more difficult to get food from food banks due to the number of people who will also need food.

7. I have recently become aware that the government will provide partial SNAP benefits and that the payment of SNAP benefits will be delayed. Even when I receive my normal monthly SNAP benefits, I have to make those benefits stretch in order to have enough food for me and my son and I can barely pay for other essential household costs like transportation. If I receive only a partial amount of SNAP benefits, I am concerned it will not be enough to cover the cost of my essential monthly groceries. A delay in the payment of SNAP benefits will also be difficult for me, because I can't afford to cover the full cost of groceries for me and my son and still pay for all of my other monthly costs. That will be particular difficult this month, because I will not be able to plan for a Thanksgiving meal for me and my son.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2025.

  */s/ Amara Berry*
Amara Berry

# Attachment C

## **DECLARATION OF ALFREDO CUEVAS, SEIU MEMBER**

I, Alfredo Cuevas, declare as follows:

1. I am a member of the Service Employees International Union ("SEIU") 32BJ. The statements made in this declaration are based on my personal knowledge.

2. I live in Lynn, Massachusetts and currently work as a cabin cleaner at Boston Logan International Airport. I am paid $21 per hour and I work 32 hours per week. Due to medical reasons, I am not able to work more hours.

3. I have received SNAP benefits for about five years. I use my SNAP benefits to provide food for myself and four family members, including my grandchild. I receive around $520 per month in SNAP benefits on the 1st of each month. I was certified to receive benefits on November 1, but when I went to receive my benefits, I was provided none. Even with the SNAP benefits, I still have to pay $1,700 per month for groceries out of my pocket. Overall, my monthly grocery budget is $1,200. I use my SNAP benefits to purchase nutritious food items. As a result of the reduced benefits, I will be forced to limit my meals to twice a day instead of three times a day in order to stretch my limited resources.

4. The overall cost of living has significantly increased. Groceries, rent, and other daily necessities continue to rise in price, while income levels have remained the same. I currently pay $3,200 per month in rent. I also pay $60 per month for prescription medications and $110 per month for health insurance. If I need to get hospitalized, that costs another $50. Until last year, I received free healthcare coverage. However, that benefit was discontinued, and I am now required to pay for my own health insurance. I

    have undergone nine surgeries to date and am currently in the process of obtaining a tenth surgery. These ongoing medical needs have placed additional financial strain on me. On top of these financial pressures, my SNAP benefits are gone.

6. To make up for the loss of food assistance, I have been searching for food at local churches and food banks. Even with this help, it remains difficult to maintain consistent access to healthy meals. The SNAP benefits are not only detrimental for me, but for all of the families that have to sacrifice many basic necessities to make up for the loss of benefits they once relied on. This is a heavy burden for low-income families, who are already struggling to survive while the cost of living continues to rise and wealth disparities widen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2025.

 /s/ Alfredo Cuevas       
Alfredo Cuevas

## CERTIFICATE OF TRANSLATION

I, Faride Sender, am competent to translate from Spanish to English, and certify that the translation of the Declaration of Alfredo Cuevas is true and accurate to the best of my abilities.

/s/ Faride Sender
Faride Sender

1800 Massachusetts Ave. NW
Washington, DC 20036
(202) 365-1577