# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,

    *Plaintiffs*,

v.

BROOKE ROLLINS, *et al.*,

    *Defendants*.

Case No. 25-cv-569-JJM-AEM

## SUPPLEMENTAL NOTICE

Plaintiffs submit this supplemental notice to advise the Court of a social media post that the President posted this morning after Plaintiffs filed their Motion to Enforce Temporary Restraining Order or, in the Alternative, for Temporary Restraining Order and Preliminary Stay (ECF No. 22). Just under an hour after Plaintiffs' filing, at 11:06 AM on November 4, the President posted on Truth Social:

> SNAP BENEFITS, which increased by Billions and Billions of Dollars (MANY FOLD!) during Crooked Joe Biden's disastrous term in office (Due to the fact that they were haphazardly "handed" to anyone for the asking, as opposed to just those in need, which is the purpose of SNAP!), will be given only when the Radical Left Democrats open up government, which they can easily do, and not before!

@realDonaldTrump, TruthSocial (Nov. 4, 2025, 11:06 AM), https://perma.cc/6QAN-54YU.

In addition to threatening defiance of the Court's order, the post makes plain what Plaintiffs explained in their motion to enforce: Defendants are withholding SNAP benefits from individuals and families who need vital food assistance for partisan political gain. That much was already clear from USDA's banner on its website, which blames "Senate Democrats" for the suspension of SNAP benefits. The President's post confirms that Defendants are holding full

SNAP benefits hostage for political leverage during the shutdown. Defendants are doing so, as Plaintiffs have explained, despite this Court's order and despite the enormous harms that SNAP beneficiaries, as well as nonprofits, cities, and grocers, will suffer based on the decision to withhold full benefits. That choice is plainly arbitrary and capricious, and this Court should order Plaintiffs' requested relief.

November 4, 2025                             Respectfully submitted,

*/s/ Kristin Bateman*
Kristin Bateman (D.C. Bar No. 90037068)^
Jyoti Jasrasaria (D.C. Bar No. 1671527)^
Michael J. Torcello (D.C. Bar No. 90014480)^
Andrew Bookbinder (D.C. Bar No. 90028967)^
Adnan Perwez (D.C. Bar No. 90027532)^
Robin F. Thurston (D.C. Bar No. 1531399)^
Skye L. Perryman (D.C. Bar No. 984573)^
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
jjasrasaria@democracyforward.org
mtorcello@democracyforward.org
abookbinder@democracyforward.org
aperwez@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^,~
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

*Counsel for Plaintiffs*

^^Admitted *pro hac vice*

^^Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the within document via the Court's CM/ECF system on the 4th day of November 2025, and that the participants in the case are registered CM/ECF users and will be served electronically by the CM/ECF system.

                                                          _/s/ Kristin Bateman_