# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*,<br><br>　　　　　　Defendants. | No. 25-cv-00569-JJM-AEM |

## DEFENDANTS' NOTICE TO COURT

Plaintiffs' supplemental notice (ECF No. 23) claims that Defendants are "threatening defiance of the Court's order," but that is incorrect. As Defendants referenced previously, ECF No. 21, the U.S. Department of Agriculture ("USDA") notified the States of the reduction and generated the table required for States to calculate the benefits available for each eligible household in that State; this action completes USDA's direct, immediate steps necessary to deplete the full amount of SNAP contingency fund. 7 C.F.R. § 271.7(d)(1). The documentation demonstrating compliance is included with this notice.

Defendants will respond to Plaintiffs' Motion to Enforce the TRO or, in the alternative, for a TRO and preliminary stay (ECF No. 22) tomorrow, as directed by the Court.

Dated: November 4, 2025                    Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

*/s/ Tyler J. Becker*
TYLER J. BECKER (V.A. Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Tel.: (202) 514-4052
Email: tyler.becker@usdoj.gov

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

JASON ALTABET

Trial Attorney
Federal Programs Branch

*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

On this 4th day of November, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

*/s/ Tyler J. Becker*
TYLER J. BECKER
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
