**USDA Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

**DATE:** November 4, 2025

**SUBJECT:** Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025

**TO:** Regional SNAP Directors
All Regions

SNAP State Agency Directors
All State Agencies

This memorandum is a follow up to the guidance shared on October 10, 2025, and October 24, 2025, regarding Supplemental Nutrition Assistance Program (SNAP) benefits and administrative expenses for November 2025. Due to the limited availability of Federal funding and orders from two Federal courts, the Food and Nutrition Service (FNS) is reducing SNAP maximum allotments to 50 percent of the eligible household's current allotment for November 2025 in accordance with 7 CFR 271.7. Please see the revised maximum allotment tables attached to this guidance. This reduction is effective November 1, 2025.

**Reduction of Benefits**

State agencies must take immediate action to implement this reduction as specified in this memorandum and in accordance with 7 CFR 271.7. Please note that in applying the reduction, per Federal law, all one- and two- person households affected by the reduction shall receive the minimum monthly benefit as specified in the revised allotment tables. In addition, State agencies shall follow the procedures outlined in 7 CFR 271.7(d)(1)(ii) to provide for the rounding of benefit levels of $1, $3 and $5 to $2, $4 and $6, respectively.

**Notice to Households**

State agencies must notify households of the reduction in accordance with the mass change notice requirements at 7 CFR 273.12(e)(1). Consistent with these requirements, State agencies shall not provide households affected by this reduction with notices of adverse action.

**Application Processing Procedures**

State agencies must continue to accept and process applications while this reduction is in effect, and such reduction shall not affect the determination of the eligibility of applicant households. If an applicant is determined to be eligible during the reduction and subject to the continued availability of funds, the amount of benefits shall be calculated by reducing

the maximum SNAP allotment amount to 50 percent for the applicant's household size and then deducting 30 percent of the household's net income from the reduced maximum SNAP allotment amount.

Per 7 CFR 271.7(e)(2), households eligible to receive expedited processing who apply for benefits must have their cases processed in accordance with the usual expedited processing provisions of 7 CFR 273.2(i) (generally, within 7 calendar days of the date of application). Households that receive expedited service and that are determined to be eligible shall be issued allotments that are reduced to 50 percent of the eligible household's allotment subject to the continued availability of funds. These benefits shall be made available to the households within the benefit delivery timeframes specified in 7 CFR 273.2(i).

FNS is providing funding to State agencies in November to cover State administrative expenses to implement the reduction and ensure new applications and any case changes are accepted and processed. Eligibility determinations must be made according to the provisions of 7 CFR part 273. FNS encourages State agencies to limit administrative expenses only to the activities necessary to support the eligibility and issuance processes, integrity/oversight, and system maintenance.

The reduction shall have no effect on the certification period assigned to a household. Those participating households whose certification periods expire during the month in which benefits are reduced shall be recertified according to 7 CFR 273.14. Households found eligible to participate during a month in which benefits are reduced shall have certification periods assigned in accordance with 7 CFR 273.10.

**Fair Hearings**
State agencies shall be allowed to deny fair hearing requests to those households who are merely disputing the fact that a reduction was ordered. Fair hearing requests are permitted provided the conditions in 7 CFR 271.7(f) are met.

The reduction applies to November 2025 benefit issuance and does not impact any prior benefits.

We appreciate the partnership with States that administer SNAP and will continue to keep you apprised with updates.  Please direct any questions regarding this suspension to your Regional Office.

Sincerely,


Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture

Enclosure