IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,

*Plaintiffs*,

v.

BROOKE ROLLINS, *et al.*,

*Defendants*.

Case No. 25-cv-569-JJM-AEM

### SUPPLEMENTAL NOTICE

Plaintiffs submit this supplemental notice and declaration in response to the notice Defendants filed yesterday to "demonstrat[e] [their] compliance" with this Court's order. ECF No. 24. Defendants' filing in fact shows that Defendants are not even properly carrying out the Court's directive that "the congressionally approved contingency funds must be used now because of the shutdown" (ECF No. 19 at 4)—and have provided for beneficiaries to receive only about $3 billion of the $4.65 billion in contingency funds available. This is yet another reason why Defendants' compliance with this Court's order falls short; why this Court should enforce the existing order by ordering Defendants to transfer available funds in the child nutrition account to fully fund November SNAP benefits; and why Defendants' decision not to provide full SNAP benefits for November is arbitrary and capricious.

In particular, Defendants' notice asserts that USDA has "complete[d] USDA's direct, immediate steps necessary to deplete the full amount of SNAP contingency fund" by providing states the information necessary to calculate each eligible household's partial benefit. ECF No. 24 at 2. Defendants also attached documentation of the guidance USDA provided to the states, as

well as the tables USDA generated with the reduced allotments. ECF Nos. 24-1, 24-2. This guidance, however, will not result in the release of the full amount of the SNAP contingency fund, as the attached declaration makes clear. Declaration of Sharon Parrott ¶ 18. The declaration explains that, in fact, Defendants' approach means that only around $3 billion—out of the $4.65 billion Defendants have said is available—will be spent on SNAP benefits in November, leaving more than $1.5 billion in contingency funds unspent. *Id.* Defendants opted for partial (and delayed) SNAP payments, but even then, did not manage to do that correctly. USDA instead issued instructions that will not use the full contingency fund and will result in many families receiving no benefits at all.

As this Court recognized in granting emergency relief, time is of the essence here. *See* ECF No. 19 at 4–5 (noting the "irreparable harm that the Court found exists without timely payment of SNAP benefits"); TRO Hr'g Tr. at 38:18–20 (finding that "irreparable harm will occur if this injunction does not pass and if SNAP benefits are not paid consistent with the mandate from Congress"). Under these circumstances, and where the urgency is of Defendants' own making, the Court should not give Defendants yet another chance to go back to the drawing board. Instead, this Court should order Defendants to provide full SNAP benefits for November, as requested in Plaintiffs' motion. ECF No. 22.

November 5, 2025

Respectfully submitted,

*/s/ Kristin Bateman*
Kristin Bateman (D.C. Bar No. 90037068)^
Jyoti Jasrasaria (D.C. Bar No. 1671527)^
Michael J. Torcello (D.C. Bar No. 90014480)^
Andrew Bookbinder (D.C. Bar No. 90028967)^
Adnan Perwez (D.C. Bar No. 90027532)^
Robin F. Thurston (D.C. Bar No. 1531399)^
Skye L. Perryman (D.C. Bar No. 984573)^

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
jjasrasaria@democracyforward.org
mtorcello@democracyforward.org
abookbinder@democracyforward.org
aperwez@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI


*Counsel for Plaintiffs*

^Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within document via the Court's CM/ECF system on the 5th day of November 2025, and that the participants in the case are registered CM/ECF users and will be served electronically by the CM/ECF system.

/s/ Kristin Bateman