# DECLARATION OF SHARON PARROTT

**Qualifications**

1. My name is Sharon Parrott. I am the President of the Center on Budget and Policy Priorities. The Center on Budget and Policy Priorities (CBPP) is a is a non-partisan research and policy institute that works to advance federal and state policies that expand opportunity, reduce poverty, and improve health and well-being. CBPP has roughly 160 staff that include experts on federal and state fiscal issues, food assistance programs like SNAP and WIC, health coverage programs including Medicaid, CHIP, and the Affordable Care Act Marketplaces, housing, and income security. CBPP works on federal and state policy and implementation issues and has deep partnerships with national and state organizations. CBPP's experts include former federal executive branch officials and congressional staff. I have been President of CBPP since January 2021 and held various senior and policy analyst positions at CBPP for more than 30 years. My current curriculum vitae is attached.

2. From December 2014 to January 2017 I was the Associate Director for Education, Income Maintenance, and Labor at the U.S. Office of Management and Budget (OMB), which has responsibility for the Supplemental Nutrition Assistance Program (SNAP), child nutrition programs, the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), and all other domestic food assistance programs of the United States Department of Agriculture (USDA). I also had responsibility for the Departments of Education and Labor, the Social Security Administration, and the non-health programs at the Department of Health and Human Services.

3. I held various positions at the U.S. Department of Health and Human Services, including Counselor to Secretary Sebelius for Human Services Policy from August 2009 to November 2012, where I was the lead advisor on a wide range of human services areas, and Response Advisor to Secretary Burwell from June to August 2014, where I focused on the humanitarian response to the increase in unaccompanied children crossing the southwest border in 2014.

4. My work at CBPP and my tenure at OMB have given me in-depth understanding of the operations and financing of SNAP and the analysis that researchers, including members of my team at CBPP, can carry out to estimate the impact of program changes, including by using SNAP Quality Control data. Over the course of my own career I have both directly modeled various policy changes using microdata and have helped conceptualize such analyses.

**How SNAP Benefit Allotments are Computed**

5. Section 5(a) of the Food and Nutrition Act states in part that eligibility for SNAP "shall be limited to those households whose incomes and other financial resources … are determined to be a substantial limiting factor in permitting them to obtain a more nutritious diet." The program has extensive rules to accomplish this.

6. In addition to limiting eligibility to those in need, SNAP also varies the amount of benefits that a household may receive each month based on the size, income, and deductible expenses of

the household.  The program generally assumes that a low-income household can spend thirty percent of its net income after various deductions to purchase food.  Accordingly, households with lower incomes are assumed to need more help from SNAP than households that, while still very low-income, have somewhat higher monthly incomes.

7. To determine the amount of benefits that a household may receive in a month, SNAP begins with an estimate of the cost of a basic nutritious diet known as the Thrifty Food Plan.  The Thrifty Food Plan is the least-expensive of four food plans USDA issues each month.  The Thrifty Food Plan (updated each October 1 to reflect the change in food prices for the 12 months ending the preceding June) for a reference family of four (two adults and two school-aged children) constitutes the basis for maximum SNAP allotments, which are adjusted for each household size.

8.  An eligible low-income household receives benefits in a typical month equal to the maximum SNAP allotment for its household size reduced by thirty percent of its net income, after deductions.  This process is described in detail at 7 C.F.R. § 273.10(e).  Thus, for example, the maximum SNAP allotment for a household of two is $546 in most of the U.S. in fiscal year 2026, meaning that SNAP seeks to provide households with sufficient benefits that, when combined with the household's income that Congress has determined is available for food, a household of two can spend $546 per month on groceries.

9.  If a state SNAP agency was computing normal monthly benefits for a single parent with one child and gross monthly earnings of $1,011 (and low shelter costs, so no shelter deduction), it would start by allowing SNAP's twenty percent earned income deduction ($202) and SNAP's standard deduction ($209) to arrive at net income of $600.  The state agency would then subtract thirty percent of that $600 net income, or $180, from the $546 maximum allotment to give the household monthly benefits of $366.

10.  If an eligible household has one or two members, SNAP provides a minimum benefit of $24 per month even if the usual calculation would yield a lower number.  Although this is available to all one- and two-person households for whom the usual formula would yield a benefit of less than $24, Congress's primary motivation in establishing the minimum benefit and adjusting it for inflation was to help elderly and disabled recipients of Social Security.

11. The most widely used source of data on SNAP participants is USDA's annual series, *Characteristics of SNAP Households*, https://www.fns.usda.gov/research/snap/household-characteristics.  The most recent of these reports is for Fiscal Year 2023.  According to table A1 of the 2023 *Characteristics* report, some 7,770,000 households, containing 12,796,000 people, received the maximum benefit because they had no net income after permissible deductions.  This represents 36.4% of SNAP households and 31.9% of SNAP participants.  These are households Congress has determined have no funds available to supplement their SNAP benefits to purchase food.  In addition, some 1,868,000 households containing 2,196,000 people received the minimum benefit as part of a household of one or two people.  This represents 8.7% of SNAP households and 5.5% of SNAP participants.  The remaining 54.9% of SNAP households receive less than the maximum benefit and more than the minimum benefit, based on the calculation described above, taking into account net income greater than zero.

**Methods of Modeling Changes in SNAP Benefit Computation**

12. On numerous occasions, Congress or the U.S. Department of Agriculture have become interested in changing the formula for computing SNAP benefit levels in various ways. To guide these deliberations, USDA and the Congressional Budget Office (CBO) estimate the costs or savings of various changes. Because SNAP households' circumstances are so diverse, USDA and CBO produce these estimates by analyzing data on a representative sample of between 50,000 and 60,000 households randomly selected each year as part of the program's auditing system known as Quality Control (QC). This QC database contains detailed information on the financial circumstances and compositions of the SNAP households examined. The QC database provides the source information for the *Characteristics of SNAP Households* annual reports.

13. Thus, for example, if someone were to propose increasing the earned income deduction from twenty percent to twenty-five percent, analysts at USDA and CBO would recompute benefit levels for all households in the QC database assuming the proposed higher deduction and determine how much that policy change would affect each household's benefit level, if at all.

14, The income, deduction, household size, and benefit level information in the QC database is widely regarded as highly reliable because it comes out of a detailed auditing process designed to ensure that states' administration of SNAP complies with statutory and regulatory requirements.

15. The QC database is publicly available (with individually identifiable information on each household removed), enabling researchers to perform similar calculations to those that USDA and CBO undertake. The Center on Budget and Policy Priorities has worked extensively with the QC database for more than a quarter of a century to produce cost estimates and impact analyses for policy proposals and to develop deeper insights into the people relying on SNAP to help them feed their families.

**Modeling the Effects of USDA's Announced Reduction in November 2025 SNAP Benefits**

16. In litigation relating to USDA's suspension of SNAP benefits for November 2025 due to the lapse in annual appropriations, the Department has stated that the SNAP contingency reserve contains $4.65 billion dollars available for benefits in November, after accounting for funding for state administrative expenses and the nutrition assistance program (NAP) block grants for Puerto Rico and American Samoa for October and November. It also stated that it would design an allotment reduction procedure that would spend the entire amount of this $4.65 billion on benefits. In subsequent guidance to states on November 4, 2025, USDA announced that it would cut both the maximum benefit level and the minimum benefit level in half for the month of November.

17. We at the Center calculated the effect of these changes using the QC database. This was relatively straightforward because that database contains detailed benefit calculation information on all included households. Because this data is from 2023, we used SNAP program rules for fiscal year 2026 and adjusted reported income and expenses to reflect inflation between 2023 and 2026. We then recomputed every household's benefit level using the fifty percent reductions

USDA announced in place of what would have been applied to those households in the absence of those reductions.. We then estimated the size of the reduction in maximum SNAP benefits needed to reach an average benefit reduction of 43 percent, which corresponds to a total November benefit issuance of $4.65 billion relative to the $8.2 billion USDA indicated would be needed for a month of full benefits.

18. Our analysis showed that USDA's fifty percent reduction in maximum benefits would spend only about $3 billion of the $4.65 billion USDA reported is available in the SNAP contingency reserve.

19. The 50 percent cut in *maximum and minimum* benefits would result in a 61 percent cut in *average and total* benefits. This makes sense because, under the SNAP eligibility formula, no households may lose less than half of their benefits but many households can lose much more. Households that otherwise would receive either the maximum benefit or the minimum benefit would lose exactly half of their benefits. The remaining 54.9 percent of households with net incomes greater than zero that are getting neither the maximum nor the minimum benefit will receive cuts greater than 50 percent.

20. One may see this by examining the cases of single parents with one child. If that family has no net income, it would usually receive the maximum benefit of $546 per month. Under USDA's policy of cutting the maximum benefit in half for November 2025, this family would receive 50 percent of the maximum benefit, or $273. If, however, the parent was working and had $600 in net monthly income, it would normally receive the maximum benefit ($546) minus 30 percent of its net income (30 percent of $600 is $180), or $366. But under USDA's allotment reduction policy in November 2025, it would receive $93 ($273 minus $180), a 75 percent cut in its benefits.

21. Six percent of SNAP households (nearly 1.2 million households) and 12 percent of participants (about 4.9 million people) will receive zero benefits under the allotment reduction proposed by USDA, because their normal allotment is less than the amount of the reduction and they are in a household of three or more people. Only households with one or two members receive at least the minimum benefit; households of three or more are thus at risk of their benefits being reduced to zero.

22. Some 33 percent of households of 1 or 2 members (nearly 5.4 million households) will now receive a minimum benefit of $12. There are an additional 2 percent of households of 1 or 2 (about 337,000 households) who will receive between $13 and $23, but who would have instead received the $24 minimum benefit if USDA had not cut the minimum benefit. USDA's decision to cut the minimum benefit in half surprised us because the Department's regulations, at 7 C.F.R. § 271.7(b), provide that the minimum benefit should not be reduced except as part of a reduction of at least 90% in maximum allotments.

23. We estimate that a 43 percent cut in average benefits would be needed to limit spending to $4.65 billion. We compute this by comparing the Administration's claims in court filings that it plans to spend the full $4.65 billion in SNAP contingency reserve funds for partial benefits, while full November benefits would cost an estimated $8.2 billion. To achieve a 43 percent cut

4

in *average* benefits, USDA would need to cut maximum benefits by approximately 35 percent, not the 50 percent reduction USDA has ordered. While these are estimates and actual benefit issuance may differ modestly, the Administration must use the entirety of the available funds from the contingency reserves. Additionally, the option to transfer in additional funds would remain available if actual issuances exceeded estimates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I executed this declaration on November 5, 2025, in Washington, D.C

_____
Sharon Parrott

SHARON PARROTT
1275 First Street NE, Suite 1200
Washington, DC 20002
w: 202.408.1080
sparrott@cbpp.org

## Employment

**PRESIDENT, Center on Budget and Policy Priorities, January 2021-present.**

    The Center on Budget and Policy Priorities (CBPP) is a non-partisan research and policy institute that works to advance federal and state policies that expand opportunity, reduce poverty, and improve health and well-being. CBPP has roughly 160 staff that include experts on federal and state fiscal issues, food assistance programs like SNAP and WIC, health coverage programs including Medicaid, CHIP, and the Affordable Care Act Marketplaces, housing, and income security. CBPP works on federal and state policy and implementation issues and has deep partnerships with national and state organizations. CBPP's experts include former federal executive branch officials and congressional staff.

**SENIOR VICE PRESIDENT FOR FEDERAL POLICY AND PROGRAM DEVELOPMENT, Center on Budget and Policy Priorities, August 2019-January 2021.**

    Served as a senior leader and advisor to CBPP's President and a member of the Executive Management Committee. I also had oversight responsibilities for the Development Division, including supervising the Vice President of Development. I played a leadership and coordination role on a broad array of federal policy issues, including the intersection of federal budget policy and programs that serve low- and moderate-income individuals and families, cross-cutting work on poverty and inequality, and the intersection of low-income benefit programs and immigration policy.

**SENIOR FELLOW AND SENIOR COUNSELOR, Center on Budget and Policy Priorities, February 2017-August 2019.**

    Served as a senior advisor to CBPP's President on a broad range of policy issues; helped coordinate work on low-income programs across CBPP; conducted research and analysis; and spoke on behalf of the organization to policymakers, staff, and media. I also assisted the development team, engaged with funders, and advised on internal management issues.

**ASSOCIATE DIRECTOR FOR EDUCATION, INCOME MAINTENANCE, AND LABOR, U.S. Office of Management and Budget, December 2014-January 2017.**

    Led the Education, Income Maintenance, and Labor Division, which has oversight and budget responsibility for the Departments of Education and Labor, the Social Security Administration, the non-health programs at the Department of Health and Human Services, and the nutrition programs at the Department of Agriculture. The Division includes roughly two dozen civil service staff, including a deputy director, three senior leaders called branch chiefs, and about twenty budget examiners with expertise in various program areas. The Division is responsible for working with federal agencies and other components of the Executive Office of the President, including the Domestic Policy Council, the National Economic Council, the National Security Council, and the Council of Economic Advisors to design policy and budget proposals for the President's Budget as well as other legislative vehicles; providing oversight of program implementation for programs within the Division's portfolio; working with agencies to develop regulatory proposals and craft final regulations; and executing budget legislation.

    During my tenure, I worked on a broad set of Administration priorities including: major regulatory changes and proposals in Head Start, child care, child support, and SNAP; the enactment of the 2015 budget agreement, including provisions that ensured that the Social Security Disability Insurance program would have the resources to provide full benefits to beneficiaries; child welfare legislation designed to focus greater resources on working with families to prevent unnecessary foster care placements; new apprenticeship initiatives; policies that promote college affordability and ensure that institutions of higher education, particularly for-profit schools, are held accountable for treating students fairly and for student outcomes;

regulations to implement the Every Student Succeeds Act, the successor to No Child Left Behind, including proposals that seek to ensure that low-income students have access to a high quality education; and the Department of Health and Human Services' program that cares for unaccompanied children who are apprehended by immigration authorities until they can be placed with a sponsor.

**VICE PRESIDENT FOR BUDGET POLICY AND ECONOMIC OPPORTUNITY, Center on Budget and Policy Priorities, November 2012-December 2014.**
Directed research, wrote analyses, developed policy options, and assisted with legislative and media strategy on issues related to poverty, inequality, and the impact of short-, medium-, and long-term budget decisions on low- and moderate-income families and individuals. This included work related to overall funding for non-defense discretionary programs; impact of sequestration; budget, tax and deficit reduction proposals; the strengths and weaknesses of the safety net; and refundable tax credits.

**RESPONSE ADVISOR TO SECRETARY BURWELL, U.S. Department of Health and Human Services, June-August 2014 (temporary detail).**
Served as a lead advisor to Secretary Burwell for the humanitarian response to the increase in unaccompanied children crossing the southwest border in 2014.

I coordinated the entities within the Department engaged in the response, including the Administration for Children and Families, the Office of the Assistant Secretary for Preparedness and Response, the Office of the Assistant Secretary for Financial Resources, the Centers for Disease Control and Prevention, the Office of Intergovernmental and External Affairs, the Office of the Assistant Secretary for Legislation, the Office of the Assistant Secretary for Public Affairs, the Office of General Counsel, and the Office of the Assistant Secretary for Planning and Evaluation.

In this role, I provided leadership on: program operations; development of short- and longer-term program and policy options; analyses of budget, program performance, and shelter capacity issues; and communications within the Department and the Administration, and with Congress, state and local public officials, external stakeholders, and the media.

**COUNSELOR TO SECRETARY SEBELIUS, HUMAN SERVICES POLICY, U.S. Department of Health and Human Services, August 2009-November 2012.**
Served as a lead advisor on human services issues, including: early childhood education; TANF; child support; aging programs; services for children who have been maltreated or are at risk for maltreatment; refugee resettlement; unaccompanied children; aging services programs; teen pregnancy; home visiting; and supports for people with disabilities.

I served as a liaison on human services issues between the Office of the Secretary and two main agencies within the Department — the Administration for Children and Families and the Administration for Community Living — as well as between the Department and other cabinet agencies, the Office of Management and Budget, and the White House.

I was engaged in policy development, regulatory initiatives, program implementation, internal and external communications, and messaging. I also assisted with response to the Haiti earthquake and to the rise in unaccompanied children crossing the border in 2012.

**DIRECTOR, WELFARE REFORM AND INCOME SUPPORT DIVISION, Center on Budget and Policy Priorities, January 2001-August 2009.**
Directed research, developed policy initiatives, and assisted with legislative and media strategy on issues related to poverty and inequality, the impact of programs on low-income families, welfare reform, child care funding, and child support enforcement.

In this role, I provided technical assistance to federal policymakers and agency staff, state agency officials, and policy organizations on issues related to TANF cash assistance programs, welfare-to-work programs, services for families with barriers to employment, and the interaction and integration of benefit program rules in Medicaid, Food Stamps (now called SNAP), TANF, Child Care, and SCHIP.

**SENIOR POLICY ADVISOR, District of Columbia Department of Human Services, March 1999-January 2001.**

Served as the senior policy advisor to the Administrator of the District's Income Maintenance Administration and the lead policy analyst on TANF, food stamps (now SNAP), and Medicaid eligibility policy.

In this role, I coordinated release of policy changes within the agency across program areas, assisted with staff training on new policies, and oversaw the creation of a new policy manual that covered multiple programs, including TANF, food stamps, and Medicaid eligibility rules. I also revamped the District's performance-based contracts for welfare-to-work programs and helped initiate a home visiting program for TANF recipients who were not meeting program expectations.

**POLICY ANALYST, Center on Budget and Policy Priorities, May 1993-March 1999.**

Produced research and developed policy options on a range of federal and state low-income issues, including federal welfare policy, state implementation of the 1996 welfare law, and the EITC.

**RESEARCH ASSOCIATE, University of Michigan, September 1991-May 1993.**

Assisted Professors Sheldon Danziger, Sandra Danziger, and Mary Corcoran on research related to poverty, employment of African American women, and homelessness service providers in Detroit.

**SCHOOL OF SOCIAL WORK PLACEMENT, Warren/Conner Development Coalition, May-December 1992.**

Worked with youth development program.

**RESEARCH ASSISTANT, Federal Reserve Bank of Cleveland, September 1990-September 1991.**

Research assistant for economists in the Monetary and Macroeconomics Division of the Research Department.

## Education

M.S.W., University of Michigan, December 1992.
B.A. in Economics with High Honors and Highest Distinction, University of Michigan, May 1990.
Phi Beta Kappa Honor Society, 1990.