# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*,<br><br>　　　　　　Defendants. | No. 25-cv-00569-JJM-AEM |

**DEFENDANTS' NOTICE TO COURT**

As Defendants notified the Court previously, ECF No. 24, the U.S. Department of Agriculture ("USDA") notified the States on Tuesday morning, November 4, 2025, of the November SNAP benefits reduction and generated the reduced maximum allotments table required for States to calculate the benefits available for each eligible household in that State. After further calculations, USDA has issued updated guidance and tables to the States. An updated declaration about this change and the updated guidance and tables are included with this notice.

Defendants realized this error and worked to issue new guidance and tables as soon as it was discovered, not in response to Plaintiffs' notice filed earlier this evening, ECF No. 27. Defendants notified this Court that new tables and guidance were forthcoming when they filed their Response to Plaintiffs' Motion for Compliance or an Additional Temporary Restraining Order this afternoon, ECF No. 26, at 7 n.2.

| | |
|---|---|
| Dated: November 5, 2025 | Respectfully submitted, |
| | STANLEY WOODWARD, Jr.<br>Associate Attorney General |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General |
| | /s/ *Tyler J. Becker*<br>TYLER J. BECKER (V.A. Bar No. 97636)<br>Counsel to the Assistant Attorney General<br>U.S. Department of Justice, Civil Division<br>Tel.: (202) 514-4052<br>Email: tyler.becker@usdoj.gov |
| | JOSEPH E. BORSON<br>Assistant Branch Director<br>Federal Programs Branch |

JASON ALTABET
Trial Attorney
Federal Programs Branch

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

On this 5th day of November, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ *Tyler J. Becker*
TYLER J. BECKER
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division