**USDA Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

**DATE:** November 5, 2025

**SUBJECT:** REVISED Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025

**TO:** Regional SNAP Directors
All Regions

SNAP State Agency Directors
All State Agencies

This memorandum is a follow up to the guidance shared on October 10, 2025, October 24, 2025, and November 4, 2025, regarding Supplemental Nutrition Assistance Program (SNAP) benefits for November 2025.

The Food and Nutrition Service (FNS) is revising its November 4 memorandum. The maximum allotments are being reduced by 35 percent instead of 50 percent, so that the maximum allotments for November 2025 will be 65 percent of the typical maximum allotments. This memorandum only replaces the amount of the reduction and does not replace any of the additional information contained in the memorandum issued on November 4, 2025.

Please see the revised maximum allotment tables attached to this memorandum. This reduction is effective immediately.

We appreciate the partnership with States that administer SNAP and will continue to keep you apprised with updates. Please direct any questions regarding this suspension to your Regional Office.

Sincerely,

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture

Enclosure