**USDA Food and Nutrition Service**
**U.S. DEPARTMENT OF AGRICULTURE**

Enclosure

# SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM
# REDUCED ALLOTMENTS (65%)
# NOVEMBER 2025—REVISED

## Reduced SNAP Allotments for 48 States and D.C.

| Household Size | 48 States and DC |
|---|---|
| 1 | 193 |
| 2 | 355 |
| 3 | 510 |
| 4 | 646 |
| 5 | 769 |
| 6 | 924 |
| 7 | 1,021 |
| 8 | 1,163 |
| Each additional person | 142 |

## Reduced SNAP Allotments for Guam

| Household Size | Guam |
|---|---|
| 1 | 285 |
| 2 | 523 |
| 3 | 752 |
| 4 | 952 |
| 5 | 1,133 |
| 6 | 1,362 |
| 7 | 1,505 |
| 8 | 1,714 |
| Each additional person | 209 |

## Reduced SNAP Allotments for U.S. Virgin Islands

| Household Size | Virgin Islands |
|---|---|
| 1 | 249 |
| 2 | 456 |
| 3 | 656 |
| 4 | 830 |
| 5 | 988 |
| 6 | 1,188 |
| 7 | 1,312 |
| 8 | 1,495 |
| Each additional person | 182 |

## Reduced SNAP Allotments for Hawaii

| Household Size | Hawaii |
|---|---|
| 1 | 329 |
| 2 | 603 |
| 3 | 867 |
| 4 | 1,097 |
| 5 | 1,306 |
| 6 | 1,570 |
| 7 | 1,734 |
| 8 | 1,976 |
| Each additional person | 241 |

## Reduced SNAP Allotments for Alaska

| Household Size | Alaska (Urban) | Alaska (Rural I) | Alaska (Rural II) |
|---|---|---|---|
| 1 | 250 | 319 | 389 |
| 2 | 459 | 586 | 713 |
| 3 | 660 | 841 | 1,024 |
| 4 | 835 | 1,065 | 1,296 |
| 5 | 994 | 1,268 | 1,543 |
| 6 | 1,195 | 1,523 | 1,854 |
| 7 | 1,320 | 1,683 | 2,049 |
| 8 | 1,504 | 1,918 | 2,334 |
| Each additional person | 183 | 234 | 285 |

### Reduced Minimum SNAP Allotments

| Household Size | 48 States and DC | Guam | U.S. Virgin Islands | Hawaii | Alaska (Urban) | Alaska (Rural I) | Alaska (Rural II) |
|---|---|---|---|---|---|---|---|
| 1 or 2 person | 16 | 23 | 20 | 26 | 20 | 26 | 31 |