APPEAL

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: <u>1:25−cv−00569−JJM−AEM</u>

Rhode Island State Council of Churches et al v. Rollins et al
Assigned to: Chief Judge John J. McConnell, Jr.
Referred to: Magistrate Judge Amy E. Moses
Cause: 05:551 Administrative Procedure Act

Date Filed: 10/30/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Rhode Island State Council of Churches**

represented by **Adnan Perwez**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
202−448−9090
Fax: 202−796−4426
Email: <u>aperwez@democracyforward.org</u>
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
202−448−9090
Fax: 202−796−4426
Email: <u>abookbinder@democracyforward.org</u>
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
202−448−9090
Fax: 202−796−4426
Email: <u>jjasrasaria@democracyforward.org</u>
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
DeLuca, Weizenbaum, Barry & Revens,
Ltd.
199 North Main Street
Providence, RI 02903
(401) 453−1500
Email: <u>Kevin@dwbrlaw.com</u>

1

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202−935−5245
Email: kbateman@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
202−448−9090
Fax: 202−796−4426
Email: mtorcello@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
Democracy Forward Foundation
P.O Box 34553
Washington, DC 20043
202−448−9090
Fax: 202−796−4426
Email: rthurston@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
202−448−9090
Fax: 202−796−4426
Email: sperryman@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
401−453−1500
Fax: 401−453−1501
Email: amy@dwbrlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Council of Nonprofits**                    represented by    **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Service Employees International Union**                    represented by    **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

3

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Main Street Alliance**                    represented by **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)

4

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Central Falls**                 represented by  **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

5

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Pawtucket**                 represented by **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **City of Providence** | represented by | **Adnan Perwez** |

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*

7

*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**City of Albuquerque**                    represented by    **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Baltimore**                   represented by   **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Columbus**                   represented by

9

**Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**City of Durham**                    represented by   **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)

10

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of New Haven**                    represented by    **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amos House**                                represented by   **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dr. Martin Luther King, Jr. Community Center** | represented by | **Adnan Perwez** |

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**East Bay Community Action Program**         represented by    **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

14

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Federal Hill House Association**          represented by  **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Milagros Project**                    represented by    **Adnan Perwez**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Andrew Liang Bookbinder**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jyoti Jasrasaria**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kevin Love Hubbard**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kristin Bateman**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael J. Torcello**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robin F. Thurston**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Skye L. Perryman**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Amy Retsinas Romero**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**United Way of Rhode Island**              represented by    **Adnan Perwez**
                                                              (See above for address)
                                                              *PRO HAC VICE*

16

*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New York Legal Assistance Group**          represented by     **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

17

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Black Sheep Market**                    represented by    **Adnan Perwez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Liang Bookbinder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Torcello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Skye L. Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brooke Rollins**                                  represented by  **Tyler J. Becker**
*in her official capacity as Secretary of*                         DOJ−Civ
*the United States Department of*                                  Office of the Assistant Attorney General,
*Agriculture*                                                       Civil Division
                                                                    950 Pennsylvania Ave NW
                                                                    Rm. 3632
                                                                    Washington, DC 20530
                                                                    202−514−4052
                                                                    Email: tyler.becker@usdoj.gov
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of**                     represented by  **Tyler J. Becker**
**Agriculture**                                                     (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Russell Vought**                                  represented by  **Tyler J. Becker**
*in his official capacity as Director of the*                       (See above for address)
*United States Office of Management and*                            *ATTORNEY TO BE NOTICED*

19

*Budget*

**Defendant**

**United States Office of Management and Budget**      represented by    **Tyler J. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Bessent**
*in his official capacity as Secretary of the United States Department of the Treasury*      represented by    **Tyler J. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of the Treasury**      represented by    **Tyler J. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States of America**      represented by    **Tyler J. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2025 | 1 | COMPLAINT ( filing fee paid $ 405.00, receipt number ARIDC−2202820 ), filed by City of Durham, City of Providence, The Milagros Project, National Council of Nonprofits, Rhode Island State Council of Churches, United Way of Rhode Island, Federal Hill House Association, Amos House, City of Pawtucket, Service Employees International Union, City of Baltimore, City of New Haven, Black Sheep Market, Dr. Martin Luther King, Jr. Community Center, East Bay Community Action Program, City of Albuquerque, Main Street Alliance, City of Columbus, New York Legal Assistance Group, City of Central Falls. (Attachments: # 1 Civil Cover Sheet, # 2 Summons for Sec. Rollins, # 3 Summons for AG Bondi, # 4 Summons for Dir. Vought, # 5 Summons for OMB, # 6 Summons for Sec. Bessent, # 7 Summons for Treasury, # 8 Summons for USAO, # 9 Summons for USDA)(Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | 2 | Corporate Disclosure Statement by Amos House, Black Sheep Market, City of Albuquerque, City of Baltimore, City of Central Falls, City of Columbus, City of Durham, City of New Haven, City of Pawtucket, City of Providence, Dr. Martin Luther King, Jr. Community Center, East Bay Community Action Program, Federal Hill House Association, Main Street Alliance, National Council of Nonprofits, New York Legal Assistance Group, Rhode Island State Council of Churches, Service Employees International Union, The Milagros Project, United Way of Rhode Island. (Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | | Case assigned to Chief Judge John J. McConnell, Jr. and Magistrate Judge Amy E. Moses. (Simoncelli, Michael) (Entered: 10/30/2025) |
| 10/30/2025 | 3 | |

| | | |
|---|---|---|
| | | Emergency MOTION for Temporary Restraining Order *and Preliminary Stay under 5 U.S.C. 705* filed by All Plaintiffs. (Attachments: # <u>1</u> Supporting Memorandum, # <u>2</u> Exhibit Declaration of Jeremy Michael Langill, # <u>3</u> Exhibit Declaration of Diane Yentel, # <u>4</u> Exhibit Declaration of Mayor Maria Rivera, # <u>5</u> Exhibit Declaration of Mayor Donald R. Grebien, # <u>6</u> Exhibit Declaration of Courtney E. Hawkins, # <u>7</u> Exhibit Declaration of Deputy Mayor Letitia Dzirasa, # <u>8</u> Exhibit Declaration of Mayor Justin Elicker, # <u>9</u> Exhibit Declaration of Heather Strout, # <u>10</u> Exhibit Declaration of Rilwan K. Feyistan, Jr., # <u>11</u> Exhibit Declaration of Kimberly Fernandez, # <u>12</u> Exhibit Declaration of Bonne Piekarski, # <u>13</u> Exhibit Declaration of Cortney M. Nicolato, # <u>14</u> Exhibit Declaration of Patrick Cheatham, # <u>15</u> Exhibit Declaration of Abby Biberman, # <u>16</u> Exhibit Declaration of Quadeer Porter, # <u>17</u> Exhibit Declaration of Andrea Cook, # <u>18</u> Exhibit Declaration of David Finke, # <u>19</u> Exhibit Declaration of Elena Medina Neuman)(Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | <u>4</u> | DECLARATION re <u>3</u> Emergency MOTION for Temporary Restraining Order *and Preliminary Stay under 5 U.S.C. 705* by All Plaintiffs. (Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | <u>5</u> | Summons Issued as to Scott Bessent, Brooke Rollins, United States Department of Agriculture, United States Department of the Treasury, United States Office of Management and Budget, United States of America, Russell Vought, U.S. Attorney and U.S. Attorney General (Attachments: # <u>1</u> Summons, # <u>2</u> Summons, # <u>3</u> Summons, # <u>4</u> Summons, # <u>5</u> Summons, # <u>6</u> Summons, # <u>7</u> Summons)(Simoncelli, Michael) (Entered: 10/30/2025) |
| 10/30/2025 | <u>6</u> | MOTION for Kevin Love Hubbard to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2202861 ) filed by All Plaintiffs. (Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | | TEXT ORDER granting <u>6</u> Motion to Appear Pro Hac Vice of Kevin Love Hubbard. So Ordered by Chief Judge John J. McConnell, Jr. on 10/30/2025. (Gonzalez Gomez, Viviana) (Entered: 10/30/2025) |
| 10/30/2025 | <u>7</u> | MOTION for Kristin Bateman to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2202952 ) filed by All Plaintiffs. (Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | <u>8</u> | MOTION for Jyoti Jasrasaria to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2202963 ) filed by All Plaintiffs. (Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | <u>9</u> | MOTION for Michael Torcello to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2202972 ) filed by All Plaintiffs. (Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | <u>10</u> | MOTION for Andrew Bookbinder to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2202980 ) filed by All Plaintiffs. (Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | <u>11</u> | MOTION for Adnan Perwez to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2202983 ) filed by All Plaintiffs. (Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | <u>12</u> | MOTION for Robin Thurston to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2202988 ) filed by All Plaintiffs. (Romero, Amy) (Entered: |

| | | |
|---|---|---|
| | | 10/30/2025) |
| 10/30/2025 | 13 | MOTION for Skye Perryman to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2202991 ) filed by All Plaintiffs. (Romero, Amy) (Entered: 10/30/2025) |
| 10/30/2025 | | TEXT ORDER granting 7 Motion to Appear Pro Hac Vice of Kristin Bateman. So Ordered by Chief Judge John J. McConnell, Jr. on 10/30/2025. (Hill, Cherelle) (Entered: 10/30/2025) |
| 10/30/2025 | | TEXT ORDER granting 9 Motion to Appear Pro Hac Vice of Michael J. Torcello. So Ordered by Chief Judge John J. McConnell, Jr. on 10/30/2025. (Hill, Cherelle) (Entered: 10/30/2025) |
| 10/30/2025 | | TEXT ORDER granting 10 Motion to Appear Pro Hac Vice of Andrew Liang Bookbinder. So Ordered by Chief Judge John J. McConnell, Jr. on 10/30/2025. (Hill, Cherelle) (Entered: 10/30/2025) |
| 10/30/2025 | | TEXT ORDER granting 11 Motion to Appear Pro Hac Vice of Adnan Perwez. So Ordered by Chief Judge John J. McConnell, Jr. on 10/30/2025. (Hill, Cherelle) (Entered: 10/30/2025) |
| 10/30/2025 | | TEXT ORDER granting 12 Motion to Appear Pro Hac Vice of Robin F. Thurston. So Ordered by Chief Judge John J. McConnell, Jr. on 10/30/2025. (Hill, Cherelle) (Entered: 10/30/2025) |
| 10/30/2025 | | TEXT ORDER granting 13 Motion to Appear Pro Hac Vice of Skye L. Perryman. So Ordered by Chief Judge John J. McConnell, Jr. on 10/30/2025. (Hill, Cherelle) (Entered: 10/30/2025) |
| 10/30/2025 | | TEXT ORDER granting 8 Motion to Appear Pro Hac Vice of Jyoti Jasrasaria. So Ordered by Chief Judge John J. McConnell, Jr. on 10/30/2025. (Hill, Cherelle) (Entered: 10/30/2025) |
| 10/30/2025 | | NOTICE of Hearing: Motion Hearing on 3 Emergency MOTION for Temporary Restraining Order *and Preliminary Stay under 5 U.S.C. 705* set for 10/31/2025 at 01:00 PM by Zoom Video Hearing before Chief Judge John J. McConnell, Jr. Zoom Meeting ID and Passcode to be provided to counsel of record by email.<br><br>The public may view this video hearing via the Court's YouTube page. (https://www.youtube.com/@USCourtsRID). (Simoncelli, Michael) (Entered: 10/30/2025) |
| 10/31/2025 | 14 | NOTICE by Scott Bessent, Brooke Rollins, United States Department of Agriculture, United States Department of the Treasury, United States Office of Management and Budget, United States of America, Russell Vought *of Related Proceedings and Related Filings* (Attachments: # 1 Exhibit A − Defendants' Opposition, 1:25−cv−13165 (D. Mass.), # 2 Exhibit B − Penn Decl., 1:25−cv−13165 (D. Mass.), # 3 Exhibit C − Defendants' Opposition, 1:25−cv−08869 (S.D.N.Y.))(Vyas, Rachna) (Entered: 10/31/2025) |
| 10/31/2025 | 15 | NOTICE of Appearance by Tyler J. Becker on behalf of All Defendants (Becker, Tyler) (Entered: 10/31/2025) |
| 10/31/2025 | | Minute Entry for proceedings held before Chief Judge John J. McConnell, Jr.: Motion Hearing held on 10/31/2025 re 3 Emergency MOTION for Temporary Restraining |

| | | |
|---|---|---|
| | | Order *and Preliminary Stay under 5 U.S.C. 705*. Participants: A. Romero, M. Torcello, J. Jasrasaria, and K. Hubbard for Plaintiffs; T. Becker for Defendants. Court explains that it has read Plaintiffs' papers and asks Defendants to start hearing by addressing Plaintiffs' argument regarding availability of contingency funds; Defendants make argument; Court questions Defendants; Plaintiffs respond; Court questions Plaintiffs; Defendants respond. Court asks Defendants to address Plaintiffs' argument re: waiver issue; Defendants make argument; Court questions; Plaintiffs respond; Court questions; Defendants respond. Court grants Motion for Temporary Restraining Order (ECF No. 3) for reasons stated on the record. Additionally, the Court orders the USDA to distribute contingency funds; report to the Court by 12:00 PM on Monday, November 3, 2025, regarding the status of the distribution; and to honor the existing waivers. (Zoom Video Conference at 1:00 PM.) (Simoncelli, Michael) (Entered: 10/31/2025) |
| 10/31/2025 | | ORAL ORDER granting 3 Motion for TRO for reasons stated on the record at the hearing on October 31, 2025. So Ordered by Chief Judge John J. McConnell, Jr. on 10/31/2025. (Simoncelli, Michael) (Entered: 10/31/2025) |
| 10/31/2025 | 16 | TRANSCRIPT ORDER for proceedings held on 10/31/25 before Judge McConnell. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Bateman, Kristin) (Entered: 10/31/2025) |
| 10/31/2025 | 17 | TRANSCRIPT ORDER for proceedings held on 10/31/2025 before Judge John J. McConnell, Jr.. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Becker, Tyler) (Entered: 10/31/2025) |
| 10/31/2025 | 18 | Emergency MOTION Written Order on Motion for Temporary Restraining Order filed by All Defendants. **Responses due by 11/14/2025.** (Vyas, Rachna) (Entered: 10/31/2025) |
| 11/01/2025 | 19 | ORDER re 3 Emergency MOTION for Temporary Restraining Order *and Preliminary Stay under 5 U.S.C. 705*. So Ordered by Chief Judge John J. McConnell, Jr. on 11/1/2025. (Simoncelli, Michael) (Main Document 19 replaced on 11/1/2025 to correct date.) (Simoncelli, Michael). (Entered: 11/01/2025) |
| 11/03/2025 | 20 | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 17 Transcript Order, 16 Transcript Order,. Daily Transcript Ordered. Court Reporter/Transcriber: Denise Webb. (Dias, Jennifer) (Entered: 11/03/2025) |
| 11/03/2025 | 21 | STATUS REPORT *RE COMPLIANCE WITH TRO* by All Defendants. (Attachments: # 1 Supp. Decl. of Patrick A. Penn)(Becker, Tyler) (Entered: 11/03/2025) |
| 11/04/2025 | 22 | MOTION to enforce TRO or, in the alternative, for TRO and preliminary stay re: 19 Order,, Terminate Motions, filed by All Plaintiffs. **Responses due by 11/18/2025.** (Attachments: # 1 Supporting Memorandum Mem. i.s.o. Motion to Enforce TRO or, in the alternative, for TRO and Preliminary Stay, # 2 Exhibit Declaration of Elena Medina)(Bateman, Kristin) (Entered: 11/04/2025) |
| 11/04/2025 | | TEXT ORDER: Defendants are hereby ORDERED to Respond to Plaintiffs' 22 MOTION to enforce TRO or, in the alternative, for TRO and Preliminary Stay, by close of business on Wednesday 11/5/2025. So Ordered by Chief Judge John J. McConnell, Jr. on 11/4/2025. (Jackson, Ryan) (Entered: 11/04/2025) |
| 11/04/2025 | | |

| | | |
|---|---|---|
| | | NOTICE of Hearing on 22 MOTION to Enforce TRO or, in the alternative, for TRO and Preliminary Stay re: 19 Order: Motion Hearing via Zoom is hereby **scheduled for Thursday 11/6/2025 at 3:30 PM as a Remote Hearing** before Chief Judge John J. McConnell, Jr.<br><br>The below Zoom information is for **counsel only** and any other individual or party attempting to join will be removed. The Court will provide a link on it's website for public viewing via the Court's YouTube channel.<br><br>(Zoom Meeting ID: 161 921 7958, Passcode: 485659) (Jackson, Ryan) (Entered: 11/04/2025) |
| 11/04/2025 | 23 | NOTICE by Amos House, Black Sheep Market, City of Albuquerque, City of Baltimore, City of Central Falls, City of Columbus, City of Durham, City of New Haven, City of Pawtucket, City of Providence, Dr. Martin Luther King, Jr. Community Center, East Bay Community Action Program, Federal Hill House Association, Main Street Alliance, National Council of Nonprofits, New York Legal Assistance Group, Rhode Island State Council of Churches, Service Employees International Union, The Milagros Project, United Way of Rhode Island re 22 MOTION to enforce TRO or, in the alternative, for TRO and preliminary stay re: 19 Order,, Terminate Motions, (Bateman, Kristin) (Entered: 11/04/2025) |
| 11/04/2025 | 24 | NOTICE by Scott Bessent, Brooke Rollins, United States Department of Agriculture, United States Department of the Treasury, United States Office of Management and Budget, United States of America, Russell Vought re 23 Notice (Other),, (Attachments: # 1 Exhibit SNAP November 2025 Benefit Guidance, # 2 Exhibit SNAP November 2025 Benefit Guidance Reduction Tables)(Becker, Tyler) (Entered: 11/04/2025) |
| 11/05/2025 | 25 | TRANSCRIPT of TRO hearing held on 10/31/2025 before Chief Judge John J. McConnell, Jr. Court Reporter Denise A Webb, Telephone number 401−752−7045. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option.** Redaction Request due 11/26/2025. Redacted Transcript Deadline set for 12/8/2025. Release of Transcript Restriction set for 2/3/2026. (Webb, Denise) (Entered: 11/05/2025) |
| 11/05/2025 | 26 | RESPONSE In Opposition to 22 MOTION to enforce TRO or, in the alternative, for TRO and preliminary stay re: 19 Order,, Terminate Motions, filed by All Defendants. **Replies due by 11/12/2025.** (Becker, Tyler) (Entered: 11/05/2025) |
| 11/05/2025 | 27 | NOTICE by Amos House, Black Sheep Market, City of Albuquerque, City of Baltimore, City of Central Falls, City of Columbus, City of Durham, City of New Haven, City of Pawtucket, City of Providence, Dr. Martin Luther King, Jr. Community Center, East Bay Community Action Program, Federal Hill House Association, Main Street Alliance, National Council of Nonprofits, New York Legal Assistance Group, Rhode Island State Council of Churches, Service Employees International Union, The Milagros Project, United Way of Rhode Island re 22 MOTION to enforce TRO or, in the alternative, for TRO and preliminary stay re: 19 Order,, Terminate Motions, (Attachments: # 1 Exhibit Decl. of Sharon Parrott)(Bateman, Kristin) (Entered: |

| | | |
|---|---|---|
| | | 11/05/2025) |
| 11/05/2025 | 28 | NOTICE by Scott Bessent, Brooke Rollins, United States Department of Agriculture, United States Department of the Treasury, United States Office of Management and Budget, United States of America, Russell Vought (Attachments: # 1 Exhibit Second Supplementary Decl. of Patrick A. Penn, # 2 Exhibit REVISED Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025, # 3 Exhibit SNAP November 2025 Benefit Reduction Table Revised)(Becker, Tyler) (Entered: 11/05/2025) |
| 11/06/2025 | 29 | TRANSCRIPT ORDER for proceedings held on 11/6/2025 before Judge McConnell. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Becker, Tyler) (Entered: 11/06/2025) |
| 11/06/2025 | 30 | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 29 Transcript Order,. Hourly Transcript Ordered. Court Reporter/Transcriber: Denise Webb. (Dias, Jennifer) (Entered: 11/06/2025) |
| 11/06/2025 | 31 | TRANSCRIPT ORDER for proceedings held on 11/6/25 before Judge Judge McConnell. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Bateman, Kristin) (Entered: 11/06/2025) |
| 11/06/2025 | | Minute Entry for proceedings held via Zoom before Chief Judge John J. McConnell, Jr.: Motion Hearing held on 11/6/2025 re: 22 MOTION to enforce TRO or, in the alternative, for TRO and preliminary stay re: 19 Order. Counsel present: A. Romero, K. Love Hubbard, K. Bateman; T. Becker. Court addresses on the pending Motion to Enforce and will allow each party 15 minutes to argue. Plaintiffs (Bateman) argue for their motion; Defendant/United States (Becker) argues against the motion and is questioned by the Court. Court makes an oral ruling on the motion (to be followed by a written order) GRANTING the Plaintiffs' 22 Motion to Enforce, for another TRO, and ordering the Defendants to comply with said rulings by Friday 11/7/2025. Further, the Court DENIES a stay of the proceedings or orders. Adjourned. (Court Reporter Denise Webb in Courtroom 1 at 3:30 PM) (Jackson, Ryan) (Entered: 11/06/2025) |
| 11/06/2025 | 32 | NOTICE OF APPEAL by Scott Bessent, Brooke Rollins, United States Department of Agriculture, United States Department of the Treasury, United States Office of Management and Budget, United States of America, Russell Vought as to Order on Motion for TRO, 19 Order,, Terminate Motions, (No fee paid, USA, Waived by Statute, or IFP.)<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 11/13/2025. (Becker, Tyler) (Entered: 11/06/2025) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND STATE COUNCIL OF
CHURCHES, *et al.*,

        Plaintiffs,

    v.

BROOKE ROLLINS, in her official
capacity as Secretary of the United States
Department of Agriculture, *et al.*,

        Defendants.

No. 25-cv-00569-JJM-AEM

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the First Circuit from the Court's oral order issued on October 31, 2025, entering a temporary restraining order, the written version of the order issued on November 1, 2025, and located at Document Number 19, and the oral order issued on November 6, 2025, granting Plaintiffs' motion to enforce and granting an additional temporary restraining order.

Dated: November 6, 2025                 Respectfully submitted,


                                        STANLEY WOODWARD, Jr.
                                        Associate Attorney General

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        YAAKOV M. ROTH
                                        Principal Deputy Assistant Attorney General

                                        /s/ Tyler J. Becker
                                        TYLER J. BECKER (V.A. Bar No. 97636)
                                        Counsel to the Assistant Attorney General
                                        U.S. Department of Justice, Civil Division
                                        Tel.: (202) 514-4052
                                        Email: tyler.becker@usdoj.gov

                                        JOSEPH E. BORSON
                                        Assistant Branch Director
                                        Federal Programs Branch

                                        JASON ALTABET
                                        Trial Attorney
                                        Federal Programs Branch

                                        *Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES; NATIONAL COUNCIL OF NONPROFITS; SERVICE EMPLOYEES INTERNATIONAL UNION; MAIN STREET ALLIANCE; CITY OF CENTRAL FALLS; CITY OF PAWTUCKET; CITY OF PROVIDENCE; CITY OF ALBUQUERQUE; CITY OF BALTIMORE; CITY OF COLUMBUS; CITY OF DURHAM; CITY OF NEW HAVEN; AMOS HOUSE; DR. MARTIN LUTHER KING, JR. COMMUNITY CENTER; EAST BAY COMMUNITY ACTION PROGRAM; FEDERAL HILL HOUSE ASSOCIATION; THE MILAGROS PROJECT; UNITED WAY OF RHODE ISLAND; NEW YORK LEGAL ASSISTANCE GROUP; BLACK SHEEP MARKET,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; SCOTT BESSENT, in his official capacity as Secretary of the United States Department of the Treasury; UNITED STATES | C.A. No. 25-cv-569-JJM-AEM |

28

—————————————————————
DEPARTMENT OF THE TREASURY;
UNITED STATES OF AMERICA,
          Defendants.
—————————————————————

## ORDER

The Defendants in their "Emergency Motion for a Written Order on Motion for Temporary Restraining Order" (ECF No. 18) have stated that:

> Defendants are expeditiously attempting to comply with the Court's order while also considering whether any emergency relief is required. Given the operational difficulties set forth in Defendants' declaration, Doc. No. 14-2, clarity as to the Court's ruling is critical to ensure that Defendants can comply with the Court's order while avoiding an operational collapse as described in that declaration.

ECF No. 18 at 2.  Also, the President of the United States stated Friday evening that:

> I do not want Americans to go hungry . . . [I] ask the Court to clarify how we can legally fund SNAP as soon as possible. . . .  If we are given the appropriate legal direction by the Court, it will BE MY HONOR to provide the funding . . .

Donald J. Trump (@realDonaldTrump), Truth Social (Oct. 31, 2025, at 6:10 PM).[1]

So, here's the ORDER and here's the legal direction from the Court.[2]  Having reviewed the Complaint, Motion, Memorandum of Law, Declarations, and evidence in support of the Motion, as well as the papers filed in opposition to this Motion, and

—————————————————————

[1] The Court greatly appreciates the President's quick and definitive response to this Court's Order and his desire to provide the necessary SNAP funding.
[2] Given the geographic diversity of Plaintiffs and their membership as well as the injuries certain Plaintiffs suffer from the elimination of SNAP in their communities, a limited order would not provide complete relief.  *Trump v. CASA, Inc.*, 606 U.S. 831, 853–54 (2025).

2

after conducting a hearing on the matter, under Federal Rule of Civil Procedure 65, and for good cause shown, the Court finds that the Plaintiffs have satisfied the requirements for the issuance of a temporary restraining order because: (1) Plaintiffs have established a substantial likelihood of success on the merits; (2) Plaintiffs will be irreparably harmed absent a temporary restraining order; and (3) the public interest and balance of the equities strongly favor entry of a temporary restraining order.[3]

It is therefore ORDERED:

1.  In the Consolidated Appropriations Act of 2024, Congress appropriated more than $122 billion for the Supplemental Nutrition Assistance Program ("SNAP"). Pub. L. No. 118-42, 138 Stat. 25, 93.  Of that sum, Congress directed that $3 billion, "to remain available through September 30, 2026, shall be placed in reserve for use only in such amounts and at such times *as may become necessary to carry out program operations*." (emphasis added).  Congress maintained those funding levels for the SNAP program in the Full-Year Continuing Appropriations and Extensions Act of 2025, meaning that an additional $3 billion was put aside in a reserve available through September 30, 2027.  Pub. L. No. 119-4, 139 Stat. 9, 13 (collectively referred to here as "contingency funds").  Because of the lack of appropriations for Fiscal Year 2026 (i.e., "the shutdown"), use of those contingency funds has now become required because available funding is necessary to carry out the program operations, i.e., to

---

[3] The Court incorporates its oral order and reasoning stated in the hearing on this matter October 31, 2025, at 1 p.m.  The Court recorded the hearing.

3

pay citizens their SNAP benefits. There is no question that the congressionally approved contingency funds must be used now because of the shutdown; in fact, the President during his first term issued guidance indicating that these contingency funds are available if SNAP funds lapse due to a government shutdown.[4]

2. Because the contingency funds do not equal the total amount necessary to make November's SNAP benefit payments, the Government has posited that implementing a partial allotment for the entire country "would be exceedingly difficult, highly disruptive, and delayed, requiring a reworking of every State system to recognize and set forward a reduced benefit." ECF No. 14-1 at 12.

3. Congress created SNAP as an entitlement: The statute provides that "[a]ssistance under this program shall be furnished to all eligible households who make application for such participation." 7 U.S.C. § 2014(a); *see also Barry v. Lyon*, 834 F.3d 706, 717 (6th Cir. 2016) (finding that this provision "grants a right to food assistance to households that meet federally-established eligibility criteria"); *Garnett v. Zeilinger*, 323 F. Supp. 3d 58, 71-72 (D.D.C. 2018) ("[S]ection 2014(a) … mandates that eligible households receive benefits.").

4. Therefore, to ensure the quick, orderly, and efficient implementation of the Court's Order, to fulfill the statute designation of SNAP as an entitlement, and to alleviate the irreparable harm that the Court found exists without timely payment of

---

[4] During President Trump's first administration, USDA advised regional partners that funding from the contingency reserves was available to provide SNAP benefits. *See, e.g.*, Letter from Jessica Shahin to FNS Regions, Early Issuance of February 2019 SNAP Benefits – Questions & Answers #2 (Jan. 14, 2019), https://perma.cc/9HCL5GCU.

4

SNAP benefits, the Government should, within its discretion, find the additional funds necessary (beyond the contingency funds) to fully fund the November SNAP payments.[5]  Funds available for this include a fund created by section 32 of the Agricultural Adjustment Act amendments of 1935—that had over $23 billion in it as of October 8, 2025.  *See* OpenOMB, State Child Nutrition Programs, https://perma.cc/39Y3-4K9F.  USDA is authorized under 7 U.S.C. § 2257 to use a percentage of appropriated funds "interchangeably" for certain expenditures.  If the Government chooses to make the full payment, then it must do so by the end of the day Monday, November 3, 2025.

5. If the Government does want to use its discretion to use funds available to make a full payment of SNAP benefits for November[6], then it must expeditiously resolve the administrative and clerical burdens it described in its papers (*see* ECF

---

[5] The Defendants point out that a partial payment would involve delay and potential error: "USDA has never implemented a reduction in SNAP benefits under 7 C.F.R. 271.7.  Because no template, processes, or past experience exist to inform a reduction in benefits, there are multiple variables which could lead to significant problems in attempting to reduce benefits for every SNAP household in the country." ECF No. 14-2 at 6.

[6] Any decision by the agency on use of this discretion must be made in accordance with the Administrative Procedure Act and cannot be arbitrary or capricious.

No. 14-2 at 6), but under no circumstances shall the partial payments be made later than Wednesday, November 5, 2025.

6. The Government will report to the Court on or before Noon on Monday, November 3, 2025, what it will do to comply with this Court's Order.

7. The Defendants, their agents, and all persons acting in concert or participation with Defendants are enjoined from terminating any able-bodied adults without dependents ("ABAWD") waivers before the waivers' expiration dates on the ground that the waivers were approved due to lack of sufficient jobs in the relevant geographic area.

8. In summary, the Government must make the full SNAP benefit payments by Monday, November 3, 2025. If they chose to use their discretion and not use other funds in additional to the contingency funds to make a full payment, then they must make a partial payment of the total amount of the contingency funds, and they must do this by Wednesday, November 5, 2025.[7]


IT IS SO ORDERED


*s/John J. McConnell, Jr.*

_____
JOHN J. MCCONNELL, JR.
Chief Judge
United States District Court


_____
[7] The Court GRANTS the Government's Motion for a Written Order. ECF No. 18.

6

November 1, 2025

```
MIME-Version:1.0
From:cmecf@rid.uscourts.gov
To:cmecfnef@rid.uscourts.gov
Bcc:
--Case Participants: Kristin Bateman (kbateman@democracyforward.org), Tyler J. Becker
(tyler.becker@usdoj.gov), Andrew Liang Bookbinder (abookbinder@democracyforward.org),
Kevin Love Hubbard (kevin@dwbrlaw.com), Jyoti Jasrasaria
(jjasrasaria@democracyforward.org), Skye L. Perryman (sperryman@democracyforward.org),
Adnan Perwez (aperwez@democracyforward.org), Amy Retsinas Romero (amy@dwbrlaw.com,
jennifer@dwbrlaw.com, miriam@dwbrlaw.com), Robin F. Thurston
(rthurston@democracyforward.org), Michael J. Torcello (mtorcello@democracyforward.org),
Chief Judge John J. McConnell, Jr. (aileen_sprague@rid.uscourts.gov,
alejandro_perez@rid.uscourts.gov, jjmnef@rid.uscourts.gov,
judge_mcconnell@rid.uscourts.gov), Magistrate Judge Amy E. Moses
(mag_judge_moses@rid.uscourts.gov, meg_ziegler@rid.uscourts.gov,
rid_aem_nef@rid.uscourts.gov)
--Non Case Participants: Dan Berman (dan.berman@cnn.com), Devan Cole (devan.cole@cnn.com),
Katherine Brady Dirks (katherine.dirks@mass.gov), Anastasia Andreyevna Dubrovsky
(anastasia_dubrovsky@cal.uscourts.gov), Josh Gerstein (jagalerts@yahoo.com), John A.
Hawkinson (jhawk@alum.mit.edu), Catherine A Hulgan (catherine_hulgan@cal.uscourts.gov),
James C. Luh (jluh@oag.state.md.us), Nathaniel B. Raymond (karen.sloan@thomsonreuters.com,
nate.raymond@thomsonreuters.com), Mike Scarcella (mike.scarcella@tr.com), Michael A
Simoncelli (michael_simoncelli@rid.uscourts.gov), Zoe Tillman (ztillman2@bloomberg.net),
Jane Willoughby (jane_willoughby@cal.uscourts.gov)
--No Notice Sent:

Message-Id:2124034@rid.uscourts.gov
Subject:Activity in Case 1:25-cv-00569-JJM-AEM Rhode Island State Council of Churches et
al v. Rollins et al Motion Hearing
```
Content−Type: text/html

## U.S. District Court

## District of Rhode Island

### Notice of Electronic Filing

The following transaction was entered on 11/6/2025 at 5:05 PM EST and filed on 11/6/2025

| | |
|---|---|
| **Case Name:** | Rhode Island State Council of Churches et al v. Rollins et al |
| **Case Number:** | 1:25−cv−00569−JJM−AEM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held via Zoom before Chief Judge John J. McConnell, Jr.: Motion Hearing held on 11/6/2025 re: [22] MOTION to enforce TRO or, in the alternative, for TRO and preliminary stay re: [19] Order. Counsel present: A. Romero, K. Love Hubbard, K. Bateman; T. Becker. Court addresses on the pending Motion to Enforce and will allow each party 15 minutes to argue. Plaintiffs (Bateman) argue for their motion; Defendant/United States (Becker) argues against the motion and is questioned by the Court. Court makes an oral ruling on the motion (to be followed by a written order) GRANTING the Plaintiffs' [22] Motion to Enforce, for another TRO, and ordering the Defendants to comply with said rulings by Friday 11/7/2025. Further, the Court DENIES a stay of the proceedings or orders. Adjourned. (Court Reporter Denise Webb in Courtroom 1 at 3:30 PM) (Jackson, Ryan)**

**1:25−cv−00569−JJM−AEM Notice has been electronically mailed to:**

Adnan Perwez &nbsp &nbsp aperwez@democracyforward.org

Amy Retsinas Romero &nbsp &nbsp amy@dwbrlaw.com, jennifer@dwbrlaw.com, miriam@dwbrlaw.com

Andrew Liang Bookbinder &nbsp &nbsp abookbinder@democracyforward.org

Jyoti Jasrasaria &nbsp &nbsp jjasrasaria@democracyforward.org

Kevin Love Hubbard &nbsp &nbsp Kevin@dwbrlaw.com

Kristin Bateman &nbsp &nbsp kbateman@democracyforward.org

Michael J. Torcello &nbsp &nbsp mtorcello@democracyforward.org

Robin F. Thurston &nbsp &nbsp rthurston@democracyforward.org

Skye L. Perryman &nbsp &nbsp sperryman@democracyforward.org

Tyler J. Becker &nbsp &nbsp tyler.becker@usdoj.gov

**1:25−cv−00569−JJM−AEM Notice has been delivered by other means to:**