

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

| Case Information |
|---|

Case Caption: **Rhode Island Council of Churc** vs. **Rollins, et al**

District Court case number: **1:25cv00569-JJM**    Court of Appeals case number: **Not Assigned**

| Record Information |
|---|

Supplemental documents: M&0 on Motion to Enforce/Transcript of 11/6/26 Hearing

Document #: ECF Nos. 34 and 35

Sealed documents:    Yes ☐    No ☑
*If yes, document #*

*Ex parte* documents:    Yes ☐    No ☑
*If yes, document #*

Transcripts:    Yes ☐    No ☑
*If yes, document #*

Trial/Hearing exhibits:    Yes ☐    No ☑
*If yes, description*

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the above annexed documents are to be included with the record on appeal in the above referenced case.

Date: 11/06/2025

**HANORAH TYER-WITEK**
Clerk of Court

/s/ Michael Simoncelli
Deputy Clerk