# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*, <br><br> Defendants. | No. 25-cv-00569-JJM-AEM |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the First Circuit from the Court's oral order issued on October 31, 2025, entering a temporary restraining order, the written version of the order issued on November 1, 2025, and located at Document Number 19, the oral order issued on November 6, 2025, granting Plaintiffs' motion to enforce and granting an additional temporary restraining order, and the written version of the order issued on November 6, 2025, and located at Document Number 34.

Dated: November 6, 2025                Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

/s/ *Tyler J. Becker*
TYLER J. BECKER (V.A. Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Tel.: (202) 514-4052
Email: tyler.becker@usdoj.gov

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

JASON ALTABET
Trial Attorney
Federal Programs Branch

*Attorneys for the United States*