

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

### Case Information

Case Caption: **Rhode Island Council of Churches** vs. **Rollins, et al.**

District Court case number: **1:25cv569-JJM**    Court of Appeals case number: **Not Assigned**

### Record Information

Supplemental documents: Amended Notice of Appeal
Document # ECF No. 37

Sealed documents:    Yes ☐    No ☑
*If yes, document #*

*Ex parte* documents:    Yes ☐    No ☑
*If yes, document #*

Transcripts:    Yes ☐    No ☑
*If yes, document #*

Trial/Hearing exhibits:    Yes ☐    No ☑
*If yes, description*

### Certification

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the above annexed documents are to be included with the record on appeal in the above referenced case.

Date: 11/06/2025

**HANORAH TYER-WITEK**
Clerk of Court
/s/ Michael Simoncelli
Deputy Clerk