IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*,<br><br>Defendants. | No. 25-cv-00569-JJM-AEM |

**DEFENDANTS' NOTICE TO COURT**

Earlier today, USDA issued guidance to all SNAP State Agencies. *Supplemental Nutrition Assistance Program (SNAP) Benefit Issuance and the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026*, https://www.fns.usda.gov/snap/benefit-issuance-nov13 (Nov. 13, 2025). Among other topics, the guidance reported that: "[f]ull fiscal year (FY) 26 federal funding is now available to cover benefit issuance, State administrative expenses, and Nutrition Assistance Program (NAP) grants in Puerto Rico, American Samoa, and the Commonwealth of the Northern Mariana Islands (CNMI), including for November 2025 benefits and expenses." *Id.* at 1.

With respect to November benefits, USDA directed that "State agencies must take immediate steps to ensure households receive their full November allotments promptly." *Id.*

In addition, the guidance stated that "[g]iven November's implementation challenges, FNS will not hold States accountable for application processing or recertification timeliness for November 2025." *Id.* at 2. Further, "FNS shall not pursue any additional penalties against State agencies, pursuant to 7 CFR 271.7(h), due to extraordinary circumstances." *Id.* at 1.

Defendants will confer with Plaintiffs in the coming days about appropriate next steps in this litigation.

Dated: November 13, 2025                Respectfully submitted,

                                        STANLEY WOODWARD, Jr.
                                        Associate Attorney General

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

<u>/s/ *Tyler J. Becker*</u>
TYLER J. BECKER (V.A. Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Tel.: (202) 514-4052
Email: tyler.becker@usdoj.gov

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

JASON ALTABET
Trial Attorney
Federal Programs Branch

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

On this 13th day of November, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ *Tyler J. Becker*
TYLER J. BECKER
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division