# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BROOKE ROLLINS, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-569-JJM-AEM |

## STIPULATION AND JOINT PROPOSAL FOR BRIEFING SCHEDULE

The parties, by and through their undersigned counsel, hereby agree, stipulate, and propose to the Court for approval the following schedule:

1. Defendants shall file the administrative record for the early terminations of able-bodied adults without dependents ("ABAWD") waivers at issue in this case on or before December 30, 2025;

2. Plaintiffs shall file any motion for summary judgment on or before January 23, 2026;

3. Defendants shall file any response to Plaintiffs' motion for summary judgment, as well as any cross-motion for summary judgment, within 21 days after service of Plaintiffs' motion;

4. Plaintiffs shall file any reply to Defendants' response to Plaintiffs' motion for summary judgment, as well as any response to Defendants' cross-motion for summary judgment, within 14 days after service of Defendants' response and/or cross-motion;

5. The Parties agree to dispense with Local Rule 56(a)'s requirement that a motion for summary judgment "be accompanied by a separate Statement of Undisputed Facts";

6. Defendants' deadline to respond to Plaintiffs' complaint is stayed until after the Court's ruling on the summary judgment motion(s), to the extent a response is necessary; and

7. The Parties agree that the Court's temporary restraining order as to ABAWD waivers, entered orally on October 31 and in writing on November 1, remains in effect such that Defendants must honor all preexisting ABAWD waivers until further Court order, or until such waivers expire by their own terms.

December 22, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Jyoti Jasrasaria* | STANLEY WOODWARD, Jr. |
| Kristin Bateman (D.C. Bar No. 90037068)^ | Associate Attorney General |
| Jyoti Jasrasaria (D.C. Bar No. 1671527)^ | |
| Michael J. Torcello (D.C. Bar No. 90014480)^ | BRETT A. SHUMATE |
| Andrew Bookbinder (D.C. Bar No. 90028967)^ | Assistant Attorney General |
| Adnan Perwez (D.C. Bar No. 90027532)^ | |
| Robin F. Thurston (D.C. Bar No. 1531399)^ | YAAKOV M. ROTH |
| Skye L. Perryman (D.C. Bar No. 984573)^ | Principal Deputy Assistant Attorney General |
| Democracy Forward Foundation | |
| P.O. Box 34553 | */s/ Tyler J. Becker* |
| Washington, D.C. 20043 | TYLER J. BECKER (V.A. Bar No. 97636) |
| (202) 448-9090 | Counsel to the Assistant Attorney General |
| kbateman@democracyforward.org | U.S. Department of Justice, Civil Division |
| jjasrasaria@democracyforward.org | Tel.: (202) 514-4052 |
| mtorcello@democracyforward.org | Email: tyler.becker@usdoj.gov |
| abookbinder@democracyforward.org | |
| aperwez@democracyforward.org | JOSEPH E. BORSON |
| rthurston@democracyforward.org | Assistant Branch Director |
| sperryman@democracyforward.org | Federal Programs Branch |
| | |
| */s/ Amy R. Romero* | JASON ALTABET |
| Amy R. Romero (RI Bar # 8262) | Trial Attorney |
| Kevin Love Hubbard (MA Bar #704772)^ | Federal Programs Branch |
| DeLuca, Weizenbaum, Barry & Revens, Ltd. | |
| 199 North Main Street | *Counsel for Defendants* |
| Providence, RI 02903 | |
| (401) 453-1500 | |
| Amy@dwbrlaw.com | |
| Kevin@dwbrlaw.com | |
| Cooperating counsel, Lawyers' Committee for RI | |

*Counsel for Plaintiffs*
^ Admitted *pro hac vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within document via the Court's CM/ECF system on the 22nd day of December 2025, and that the participants in the case are registered CM/ECF users and will be served electronically by the CM/ECF system.

                                                         */s/ Jyoti Jasrasaria*
                                                         Jyoti Jasrasaria