IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*, <br><br> Defendants. | No. 25-cv-00569-JJM-AEM |

## DEFENDANTS' NOTICE OF PROVIDING THE ADMINISTRATIVE RECORD

Earlier today, Defendants provided to Plaintiffs, via email, the administrative record for the early terminations of able-bodied adults without dependents ("ABAWD") waivers at issue in the upcoming summary judgment briefing. Minute Order (Dec. 23, 2025). That record includes a substantial set of PDF documents as well as several Microsoft Excel files which cannot be uploaded using the CM/ECF system. Defendants include the certified index as an attachment to this notice.

Defendants are prepared to provide the contents of the administrative record to the Court however the Court may direct.

Dated: December 30, 2025                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH

1

Principal Deputy Assistant Attorney General

/s/ *Jason Altabet*
Jason Altabet
Trial Attorney (Md. Bar No. 2211280012)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

TYLER J. BECKER (V.A. Bar No. 97636)
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*Attorneys for the United States*

2