# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, *et al.*,<br><br>Defendants. | 1:25-cv-000569 |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Ronald Ward, Deputy Associate Administrator for the Supplemental Nutrition Assistance Program (SNAP), Food and Nutrition Service, United States Department of Agriculture ("USDA"), hereby certify that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents pertaining to USDA's decision to terminate time limit waivers for able-bodied adults without dependents.

SASHA GERSTEN-PAAL
Digitally signed by SASHA GERSTEN-PAAL
Date: 2025.12.22 15:57:25 -05'00'

for Ronald Ward
Acting Associate Administrator for SNAP
Food and Nutrition Service
United States Department of Agriculture
1320 Braddock Place
Alexandria, VA 22314

*Rhode Island State Council of Churches, et al. v. Rollins, et al.*
1:25-cv-00569
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
|---|---|
| **GOV000001-GOV000466** | **1. State Waiver Requests and Approval Letters** |
| **GOV000002-GOV000017** | • California |
| GOV000003-GOV000013 | o CA Waiver Request |
| GOV000014-GOV000017 | o CA Waiver Approval Letter |
| **GOV000018-GOV000029** | • Connecticut |
| GOV000019-GOV000024 | o CT Waiver Request |
| GOV000025-GOV000029 | o CT Waiver Approval Letter |
| **GOV000030-GOV000039** | • District of Columbia |
| GOV000031-GOV000035 | o DC Waiver Request |
| GOV000036-GOV000039 | o DC Waiver Approval Letter |
| **GOV000040-GOV000053** | • Guam |
| GOV000041-GOV000049 | o GU Waiver Request |
| GOV000050-GOV000053 | o GU Waiver Approval Letter |
| **GOV000054-GOV000061** | • Illinois |
| GOV000055-GOV000057 | o IL Waiver Request |
| GOV000058-GOV000061 | o IL Waiver Approval Letter |
| **GOV000062-GOV000073** | • Kentucky |
| GOV000063-GOV000067 | o KY Waiver Request |
| GOV000068-GOV000073 | o KY Waiver Approval Letter |
| **GOV000074-GOV000088** | • Michigan |
| GOV000075-GOV000082 | o MI Waiver Request |
| GOV000083-GOV000088 | o MI Waiver Approval Letter |
| **GOV000089-GOV000161** | • Minnesota |
| GOV000090-GOV000157 | o MN Waiver Request |
| GOV000158-GOV000161 | o MN Waiver Approval Letter |
| **GOV000162-GOV000168** | • Montana |
| GOV000163-GOV000165 | o MT Waiver Request |
| GOV000166-GOV000168 | o MT Waiver Approval Letter |
| **GOV000169-GOV000217** | • North Dakota |
| GOV000170-GOV000212 | o ND Waiver Request |
| GOV000213-GOV000217 | o ND Waiver Approval Letter |
| **GOV000218-GOV000238** | • New Jersey |
| GOV000219-GOV000234 | o NJ Waiver Request |
| GOV000235-GOV000238 | o NJ Waiver Approval Letter |
| **GOV000239-GOV000275** | • New Mexico |
| GOV000240-GOV000270 | o NM Waiver Request |
| GOV000271-GOV000275 | o NM Waiver Approval Letter |
| **GOV000276-GOV000286** | • Nevada |
| GOV000277-GOV000282 | o NV Waiver Request |

*Rhode Island State Council of Churches, et al. v. Rollins, et al.*
1:25-cv-00569
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
|---|---|
| GOV000283-GOV000286 | o NV Waiver Approval Letter |
| **GOV000287-GOV000300** | • New York |
| GOV000288-GOV000295 | o NY Waiver Request |
| GOV000296-GOV000300 | o NY Waiver Approval Letter |
| **GOV000301-GOV000366** | • Oregon |
| GOV000302-GOV000362 | o OR Waiver Request |
| GOV000363-GOV000366 | o OR Waiver Approval Letter |
| **GOV000367-GOV000377** | • Rhode Island |
| GOV000368-GOV000372 | o RI Waiver Request |
| GOV000373-GOV000377 | o RI Waiver Approval Letter |
| **GOV000378-GOV000410** | • Virgin Islands |
| GOV000379-GOV000407 | o VI Waiver Request |
| GOV000408-GOV000410 | o VI Waiver Approval Letter |
| **GOV000411-GOV000466** | • Washington |
| GOV000412-GOV000462 | o WA Waiver Request |
| GOV000463-GOV000466 | o WA Waiver Approval Letter |
| **GOV000467-GOV000474** | **2. OBBB ABAWD Documentation** |
| GOV000468 | • Chart of 2025-08-21 Active ABAWD Waivers |
| GOV000469-GOV000470 | • OBBB ABAWD Waiver – Termination Letter |
| GOV000471-GOV000474 | • OBBB Implementation Memorandum – ABAWD Waivers |
| **GOV000475-GOV000520** | **3. Legal Authorities** |
| GOV000476-GOV000490 | • One Big Beautiful Bill Act (PL 119-21) (Nutrition Title) |
| GOV000491-GOV000520 | • Food and Nutrition Act Sec. 2015 |