UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

RHODE ISLAND STATE COUNCIL
OF CHURCHES, *et al.*,

    *Plaintiffs*,

v.

BROOKE ROLLINS, *et al.*,

    *Defendants*.

Case No. 25-cv-569-JJM-AEM

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move the Court for summary judgment with respect to Counts 4 and 5 of their Complaint, for the reasons set forth in the accompanying Memorandum in Support of Motion for Partial Summary Judgment.[1]

Plaintiffs request that the Court (1) declare unlawful, vacate, and set aside the early termination of ABAWD waivers; (2) permanently enjoin Defendants, their agents, and all persons acting in concert or participation with Defendants from terminating any ABAWD waiver before the waiver's expiration date on the ground that the waiver was approved due to lack of sufficient jobs in the relevant geographic area; and (3) stay the early termination of ABAWD waivers pursuant to 5 U.S.C. § 705.

---

[1] Counts 1 through 3 of Plaintiffs' Complaint, regarding Defendants' suspension of SNAP benefits during the government shutdown, are no longer at issue in this case.

In support of the motion, Plaintiffs rely on the accompanying Memorandum, the accompanying declaration, declarations previously filed at ECF Nos. 3-1 through 3-19 and ECF No. 4, the Administrative Record, the pleadings and papers on file in this action, and any argument and evidence presented at a hearing of this motion.

Pursuant to Local Rule 7(c), Plaintiffs request oral argument for this motion to the extent the Court would find argument beneficial.

January 23, 2026

Respectfully submitted,

*/s/ Jyoti Jasrasaria*
Jyoti Jasrasaria (D.C. Bar No. 1671527)^
Kristin Bateman (D.C. Bar No. 90037068)^
Michael J. Torcello (D.C. Bar No. 90014480)^
Andrew Bookbinder (D.C. Bar No. 90028967)^
Adnan Perwez (D.C. Bar No. 90027532)^
Catherine M.A. Carroll (D.C. Bar No. 497890)^^
Robin F. Thurston (D.C. Bar No. 1531399)^
Skye L. Perryman (D.C. Bar No. 984573)^
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
jjasrasaria@democracyforward.org
mtorcello@democracyforward.org
abookbinder@democracyforward.org
aperwez@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar # 704772)^
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903

(401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

*Counsel for Plaintiffs*

^ Admitted *pro hac vice*
^^ *Pro hac vice* motion forthcoming

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within document, the attached memorandum in support, and all other attachments via the Court's CM/ECF system on the 23rd day of January 2026, and that the participants in the case are registered CM/ECF users and will be served electronically by the CM/ECF system.

/s/ *Jyoti Jasrasaria*
Jyoti Jasrasaria