## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF RHODE ISLAND

RHODE ISLAND STATE COUNCIL
OF CHURCHES, *et al.*,

     *Plaintiffs,*

v.

BROOKE ROLLINS*, et al.*,

     *Defendants.*

Case No. 25-cv-569-JJM-AEM

## DECLARATION OF CORTNEY NICOLATO

## DECLARATION OF CORTNEY NICOLATO, PRESIDENT AND CEO, UNITED WAY OF RHODE ISLAND

I, Cortney M. Nicolato, declare as follows:

1.     I am over the age of 18 and competent to testify to the facts contained in this Declaration. I am the President and CEO at United Way of Rhode Island ("UWRI"), a multi-service community-based organization located in Providence, Rhode Island.

2.     I have served as President and CEO at United Way of Rhode Island since 2018. In this capacity, I have direct responsibility for overseeing UWRI's operations, programs, and services, and I am familiar with the needs of the individuals and families we serve. The facts set forth in this declaration are based on my personal knowledge, information provided to me by UWRI staff in the course of their duties, and review of UWRI's records. If called as a witness, I could and would testify competently to the matters stated herein.

3.     I have reviewed my Declaration dated October 29, 2025, filed in this action. I hereby confirm that all statements in that prior declaration are true and accurate, and I reaffirm them here.

4.     Earlier this month, the Rhode Island Department of Human Services asked UWRI to participate in efforts to build awareness about the scheduled removal of Rhode Island's ABAWD waiver and recent changes to the ABAWD exemption categories that will soon affect Rhode Islanders in areas that are currently covered by the waiver.

1

Docusign Envelope ID: F0367193-D5A1-4443-B90B-9275817E14EB

5.     Specifically, UWRI has offered to provide assistance at the Department of Human Services' weekly "office hours," which are being held at two Rhode Island Department of Labor & Training offices, starting on February 3, 2026.

6.     At the office hours, UWRI will interact with members of the public to disseminate information, answer questions, and debunk myths about the ABAWD work requirement.

7.     If the ABAWD waiver is terminated earlier than expected, our public education efforts would not go forward as planned because they are scheduled to align with the natural expiration date of Rhode Island's waiver.

8.     Without the time and information to digest the ABAWD waiver termination, ABAWD SNAP recipients in the areas we serve will be confused, afraid, and frustrated by the sudden change in their work requirements and risk to their SNAP benefits.

9.     This will, in turn, lead to an influx of people contacting UWRI for individualized information about their benefits, referrals to appropriate employment opportunities, and direct support, as well as a rise in in-person visits and outreach requests.

10.     UWRI would therefore need to increase capacity for urgent support at the expense of our long-term stability programs and overall ability to maintain timely responses across other requests to our 211 Call Center and Aging and Disability Resource Center.

Docusign Envelope ID: F0267193-DEA1-4443-B90B-9275817E14EB

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January $\underline{22}$, 2026.

Signed by:

*Cortney M. Nicolato*

99C3FCED83D741F...

Cortney M. Nicolato
President and CEO, United Way of Rhode Island

3