# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BROOKE ROLLINS, *et al.*,<br><br>*Defendants.* | Case No. 25-cv-569-JJM-AEM |

## JOINT STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this action as moot under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Counts 1 through 3 of Plaintiffs' Complaint, regarding Defendants' suspension of SNAP benefits during the lapse in appropriations, are moot because SNAP benefits were reinstated in full following the resumption of appropriations on November 12, 2025. Counts 4 and 5 of Plaintiffs' Complaint, challenging Defendants' early termination of ABAWD waivers, are moot because, as of March 1, 2026, all of the ABAWD waivers whose early termination harmed Plaintiffs and their members have expired by their own terms. All parties shall bear their own attorneys' fees, costs, and expenses.

March 2, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ Jyoti Jasrasaria<br>Jyoti Jasrasaria (D.C. Bar No. 1671527)^<br>Kristin Bateman (D.C. Bar No. 90037068)^<br>Michael J. Torcello (D.C. Bar No. 90014480)^<br>Andrew Bookbinder (D.C. Bar No. 90028967)^<br>Adnan Perwez (D.C. Bar No. 90027532)^<br>Catherine M.A. Carroll (D.C. Bar No. 497890)^<br>Robin F. Thurston (D.C. Bar No. 1531399)^<br>Skye L. Perryman (D.C. Bar No. 984573)^<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>kbateman@democracyforward.org<br>jjasrasaria@democracyforward.org<br>mtorcello@democracyforward.org<br>abookbinder@democracyforward.org<br>aperwez@democracyforward.org<br>rthurston@democracyforward.org<br>sperryman@democracyforward.org | STANLEY WOODWARD, Jr.<br>Associate Attorney General<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br><br>TYLER J. BECKER (V.A. Bar No. 97636)<br>Counsel to the Assistant Attorney General<br>U.S. Department of Justice, Civil Division<br>Tel.: (202) 514-4052<br>Email: tyler.becker@usdoj.gov<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br>Federal Programs Branch |
| /s/ Amy R. Romero<br>Amy R. Romero (RI Bar # 8262)<br>Kevin Love Hubbard (MA Bar #704772)^<br>DeLuca, Weizenbaum, Barry & Revens, Ltd.<br>199 North Main Street<br>Providence, RI 02903<br>(401) 453-1500<br>Amy@dwbrlaw.com<br>Kevin@dwbrlaw.com<br>Cooperating counsel, Lawyers' Committee for RI | /s/ Jason Altabet<br>JASON ALTABET<br>Trial Attorney<br>Federal Programs Branch<br><br>*Counsel for Defendants* |

*Counsel for Plaintiffs*
^ Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within document via the Court's CM/ECF system on the 2nd day of March 2026, and that the participants in the case are registered CM/ECF users and will be served electronically by the CM/ECF system.

　　　　　　　　　　　　　　　　　　*/s/ Jyoti Jasrasaria*
　　　　　　　　　　　　　　　　　　Jyoti Jasrasaria